Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit A

READ INSTRUCTIONS ON REVERSE

| | |
|---|---|
| **File Number:** | **478892** |

No. of Pages: 1

File Date: 5/31/2006
Expires: 5/31/2011

Fee Total: 37.00

Clerk ID: 020

BRENDA DAVIS, County Clerk Recorder
SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE

**A** MAILING NAME AND ADDRESS (OPTIONAL):

NAME KEVIN VU

ADDRESS 1036 SUMMERMIST CT

CITY/STATE/ZIP SAN JOSE, CA 95122

FORM MUST BE TYPED OR LEGIBLY COMPLETED USING BLACK INK ONLY.

**FICTITIOUS BUSINESS NAME STATEMENT** - THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

1. Fictitious Business Name(s) (Please number additional names; use an ADDENDUM form if additional room is required)

THE BOILING CRAB

2. Street Address of Principal Place of Business in California - (P.O. Box, PMB NOT acceptable)

393 N. CAPITOL AVE      City SAN JOSE      State CA      Zip 95133

3. Full Name of Registrant/Owner

KEVIN VU

Residence Address (P.O. Box or PMB not acceptable)

1036 SUMMERMIST CT

City SAN JOSE      State CA      Zip 95122

4. This business is conducted by: (PLEASE CHECK ONE BOX ONLY in one GROUP. THE REMAINING GROUP WILL NOT HAVE A BOX CHECKED)

GROUP ONE: ☒ Individual

5. Registrant began transacting business under the fictitious business name(s) listed above on (date) ☒ has not yet begun

6. This filing is a: ☒ First Filing (Publication Required)

CURRENT / PREVIOUS FILE NUMBER _____      (REQUIRED for a refile or renewal)

I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

7A. GROUP ONE REGISTRANT sign below

Signed X _____

Print Full Name KEVIN VU

7B. GROUP TWO REGISTRANT (CORPORATION, LLC, LLP, or LP)

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA COUNTY ON THE DATE INDICATED IN THE FILING LABEL ABOVE

I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.

Brenda Davis, County Clerk-Recorder

By _____, Deputy

**EXHIBIT A**
Page 21

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit B



EXHIBIT B
Page 22

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit C



EXHIBIT C
Page 23

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit D

# The Boiling Crab

(714) 265-(CRAB) 2722
14241 Euclid St. #C-116
Garden Grove, CA 92843

## MENU

 BLUE CRAB _____ (seasonal) _____ $6.99/lb

OYSTERS (raw) _____ $7.99/6 or $13.99/DZ

 DUNGENESS CRAB _____ (seasonal) _____ $ Market Price

 CRAWFISH _____ (seasonal) _____ $ Market Price

** Corn and Sausages added for 2lbs or more ONLY **

SHRIMP _____ $8.99/lb

** Seasonings for Shrimp and Crawfish **
- RAJUN CAJUN (ORIGINAL)
- LEMON PEPPER
- GARLIC BUTTER
- THE WHOLE SHA-BANG! (all of the above)

## EXTRAS!

Corn on the cob ............................... $ .50/ea
Sausage ..................... $1.99/6 pcs. or  $2.99/12 pcs.
Gumbo – w/ or w/o rice .................... $4.99/cup
Xtra Condiments............................. $ .50/ea
(Garlic Butter, Butter, Ket/Mayo, Mayo, G-Sauce)

## Thirsty?

Soda – ONE SIZE (FREE refills) ............ $1.50
Bottled Water ................................. $1.25
Domestic Beer ................................. $2.00
(Budweiser, Bud Light, Michelob)
Imported Beer ................................. $2.50
(Heineken, Corona)

*** DINE IN: A 15% gratuity will be added
for parties of 6 or more ***

$20 minimum required on
all credit card purchases

OPEN 7 days a week!
MON – FRI 3:00 PM – 10:00 PM
SAT – SUN 12:00 PM – 10:00 PM

*** WARNING: This facility offers raw oysters from the Gulf of Mexico.
Eating these oysters may cause severe illness and even death in persons who
have liver disease (for ex. alcoholic cirrhosis), cancer or other chronic illness
that weaken the immune system. If you eat raw oysters and become ill, you
should seek immediate medical attention. If you are unsure if you are at
risk, you should consult your physician.

**EXHIBIT D**
Page 24

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit E



# THE BOILING CRAB



## CRAWFISH * SHRIMP * OYSTER * GUMBO

### Louisiana Crawfish
### The best tail in town

**Mon - Fri: 3PM - 10PM • Sat - Sun: 12PM - 10PM**

14241 Euclid Street #C-116
Garden Grove, CA 92843
**714-265-CRAB (2722)**

13892 Brookhurst Street
Garden Grove, CA 92843
**714-636-4885**



## www.theboilingcrab.com

**EXHIBIT E**
Page 25

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit F



contact us  |  myspace  |  employment opportunities  |  design by: gus rosales

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit G

Case 3:07-cv-04753-WHA     Document 1-2     Filed 08/23/2007     Page 14 of 20



Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Comedy | Classifieds

## Boiling Crab



"make a cow happy.. EAT SEAFOOD!!!"

Male
27 years old
GARDEN GROVE,
California
United States

Last Login: 8/19/2007

View My: Pics | Videos

### Contacting Boiling Crab

| | | | |
|---|---|---|---|
| ✉ | Send Message | ✉ | Forward to Friend |
| ⊕ | Add to Friends | ☑ | Add to Favorites |
| ⊕ | Instant Message | ⊖ | Block User |
| ⊕ | Add to Group | ⊕ | Rank User |

**MySpace URL:**
http://www.myspace.com/theboilingcrab



WE TAKIN' OVER     +add+
DJ KHALED - WE THE BEST     +view+

### Boiling Crab's Interests

| | |
|---|---|
| General | (714)265-**c r a b** |
| Music | tunes that make you wanna shake your tail feather and tap your feet |
| Television | sport channels, food network, mtv, family guy, american idol, oprah, dancing with the stars, the simpsons, and some more sport channels |
| Groups: | **The Boiling Crab Eater's CLUB!!!**
**View All Boiling Crab's Groups** |

### Boiling Crab's Details

| | |
|---|---|
| Status: | Single |

## Boiling Crab is in your extended network

**Boiling Crab's Latest Blog Entry** [Subscribe to this Blog]

[View All Blog Entries]

### Boiling Crab's Blurbs
### About me:

hop on the train and see where everyone is headed to!!! serving louisiana **crawfish**, louisiana raw **oysters**, texas **blue crab**, **dungeoness crab**, **king crab legs**, texas **shrimp**, and maine **lobster** (seasonal) with our own **ORIGINAL** seasonings: rajun cajun, garlic butter, lemon pepper, and the whole sha-bang. also serving **gumbo**, **corn** and **sausages**.

**new items added to the menu:**
fried catfish
cajun hot wings
fried shrimp
cajun fries
king crab legs
san fran crab
potatoes
shrimp etouffe

COME JOIN THE FUN! we have some new items up our sleeves so don't forget to ask about that. it's head suckn' tail pinchn' good.

catch us during the hours of
Monday thru Friday **3pm-10pm**
AND
Saturday thru Sunday **12pm-10pm**

you can find us at

**14241 Euclid Street**
(714)265-2722

ALSO!!!

our new **2nd** location
**13892 Brookhurst Street**
(714) 636-4885

in a **Garden Grove** city near you!

our 3rd Location
**8300 W Sam Houston Pkwy S#268**
**Houston, TX 77072**
**(281) 988-4750**

**EXHIBIT G**
Page 27

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit H

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

Reg. No. 3,256,219
Registered June 26, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# THE BOILING CRAB

SINHDARELLA INC. (CALIFORNIA CORPORA-
TION)

16130 WHITECAP CIRCLE

FOUNTAIN VALLEY, CA 927081843

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 6-13-2003; IN COMMERCE 9-11-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CRAB", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-954,843, FILED 8-17-2006.

KATHY DE JONGE, EXAMINING ATTORNEY

**EXHIBIT H**
Page 29

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit I



EXHIBIT I
Page 30

Sinhdarella, Inc. v. Kevin Vu, et al.

C07-04353 JCS

# Exhibit J

## THE BOILING CRAB
### 393 N CAPITOL AVE
### SAN JOSE, CA 95133
### (408)347-8344

## Menu

LOUISIANA CRAWFISH .................. $8.99 /lb
        Extra: garlic butter $.50

OYSTERS (Raw) ...... 6pieces ............... $9.99

CRAB**L.A. Cajun style/Steam** ..... $9.99/lb

SHRIMP**L.A. Cajun style/Steam**..$7.99/lb

CLAM**Steam Only** ...................... $7.99/lb

CORN................................................. $.50/EA

SAUSAGE............................................ $.50/EA

## DRINK

SODA (Coke, 7 up, Diet Coke)............... $1.50/EA

BOTTLE WATER............................... $1.50/EA

DOMESTIC BEER............................. $3.50/EA
(Budweiser, Budlight, Barcadi, )

IMPORTER BEER............................. $3.50/EA
(Heineken, Corona, Negro Modelo, Pacifico)

### OPEN 7 DAYS A WEEK!
MON-FRI     3:00 PM-10:00 PM
SAT-SUN     12:00 PM-10:00 PM

**EXHIBIT J**
Page 31