COPY

1  LATHAM & WATKINS LLP
2      Michael W. De Vries (SBN 211001)
       *mike.devries@lw.com*
3      Andrew Fossum (SBN 250373)
       *andrew.fossum@lw.com*
4  650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626
5  Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
6
7  Attorneys for Plaintiff
   SINHDARELLA, INC.
8

ORIGINAL FILED
AUG 23 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

JCS

11
12  SINHDARELLA, INC., a California     CASE NO. C07 04353
    corporation,
13
14                    Plaintiff,         CERTIFICATION OF INTERESTED
                                         ENTITIES OR PERSONS [CIVIL
15       v.                              LOCAL RULE 3-16]; CORPORATE
                                         DISCLOSURE STATEMENT
16  KEVIN VU, an individual, d/b/a/      [FEDERAL RULE OF CIVIL
    THE BOILING CRAB; and DOES 1         PROCEDURE 7.1]
17  through 10,
18
                      Defendants.
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS<sup>LLP</sup>  OC\907570.1
ATTORNEYS AT LAW
ORANGE COUNTY                                    CERTIFICATION OF INTERESTED
                                                    ENTITIES OR PERSONS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
### Civil Local Rule 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Sinhdarella, Inc.
2. Dada Ngo (shareholder of Sinhdarella, Inc.)
3. Sinh Nguyen (shareholder of Sinhdarella, Inc.)

## CORPORATE DISCLOSURE STATEMENT
### Federal Rule of Civil Procedure 7.1

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Sinhdarella, Inc. states that it has no parent corporation and further states that no publicly held corporation owns 10% or more of its stock.

Dated: August 22, 2007

Respectfully submitted,

LATHAM & WATKINS

By _____
Michael W. De Vries

Attorneys for Plaintiff
SINHDARELLA, INC.