NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
MICHAEL W. DEVRIES, ESQ.
LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
Telephone: (650) 328-4600

Attorney for: Plaintiff

ORIGINAL FILED

AUG 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| SINHDARELLA, INC.<br><br>Plaintiff,<br><br>KEVIN VU, ET AL.<br><br>Defendant. | CASE NUMBER<br><br>C07 04353 JCS<br><br>**DECLARATION OF SERVICE** |
|---|---|

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS[CIVIL LOCAL RULE 3-16]; CORPORATE DISCLOSURE STATEMENT [FEDERAL RULE OF CIVIL PROCEDURE 7.1]; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ADDITIONAL DISTRICT COURT GUIDELINES

in the within action by personally delivering true copies thereof to the person served as follows:

    Served           : KEVIN VU, AN INDIVIDUAL, D/B/A THE BOILING CRAB

    By Serving       : Kevin Vu

    Address          : ( Business ) THE BOILING CRAB

                        393 North Capitol Avenue
                         San Jose, Ca 95133

    Date of Service  : August 24, 2007

    Time of Service  : 2:35PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: August 24, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered  SANTA CLARA
Number 652

Signature: _____
MATTHEW CLARK