```
DLC LAW GROUP
Q. Huy Do (State Bar No. 184462)
222 Kearny Street, 7th Floor
San Francisco, CA 94108
Tel.:    415.433.1200
Fax:    415.433.1211
Email:  huy.do@dlc-law.com

Attorneys for Defendant KEVIN VU,
an individual, doing business as
THE BOILING CRAB
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SINHDARELLA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN VU, an individual, d/b/a THE BOILING CRAB; and DOES 1 through 10,<br><br>Defendants. | No. C 07 04353 JCS<br><br>The Honorable Joseph C. Spero<br><br>NOTICE OF WITHDRAWAL |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Q. Huy Do of the DLC Law Group law firm is withdrawing, effective immediately, as counsel of record for defendant Kevin Vu, an individual doing business as The Boiling Crab.

Defendant Kevin Vu will represent himself in pro per.

All further communications in this case should be directed to defendant Kevin Vu at the address below:

```
 1    393 N. Capitol Ave.
 2    San Jose, CA  95133
 3    408-347-8344
 4
 5                              Respectfully submitted,
 6    DATED: September 17, 2007   DLC LAW GROUP
 7
 8                              By: /s/ Q. Huy Do
 9                                  Q. Huy Do
10
11
12
...
26
```