1  DLC LAW GROUP
   Q. Huy Do (State Bar No. 184462)
2  222 Kearny Street, 7th Floor
   San Francisco, CA 94108
3  Tel.:    415.433.1200
   Fax:    415.433.1211
4  Email:  huy.do@dlc-law.com

5  Attorneys for Defendant KEVIN VU,
   an individual, doing business as
6  THE BOILING CRAB

7

                    UNITED STATES DISTRICT COURT

8

        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10  SINHDARELLA, INC., a California          No. C 07 04353 JCS
    Corporation,
11

12              Plaintiff,

13                                      ANSWER OF DEFENDANT KEVIN VU

14      v.

15  KEVIN VU, an individual, d/b/a
    THE BOILINGCRAB; and DOES 1 through 10
16

17              Defendant.

18

19          Defendant, KEVIN VU ("VU" or "Defendant") hereby responds to the Complaint

20  of Plaintiff SINHDARELLA, INC. ("Sinhdarella" or "Plaintiff") as follows:

21          Except as hereinafter expressly admitted, qualified or otherwise admitted,

22  Defendants specifically deny each and every allegation, statement, matter and thing contained

23  in the Complaint.

24                              **Jurisdiction**

25          1.    In response to this paragraph of the Complaint, Defendant is without

26  sufficient knowledge or information to form a belief as to the truth of the allegations in this

1  paragraph, and on that basis denies each and every allegation in this paragraph.

2  **Venue**

3  2.    In response to this paragraph of the Complaint, Defendant admits that he

4  does business within this district, but denies the remaining allegations in this paragraph.

5  **Intradistrict Assignment**

6  3.    In response to this paragraph of the Complaint, Defendant admit each and

7  every allegation of this paragraph.

8  **Parties**

9  4.    In response to this paragraph of the Complaint, Defendant is without

10  sufficient knowledge or information to form a belief as to the truth of the allegations in this

11  paragraph, and on that basis denies each and every allegation in this paragraph.

12  5.    In response to this paragraph of the Complaint, Defendant admits that he is

13  operating a restaurant by the name of The Boiling Crab and that he resides in San Jose.

14  Defendant denies the remaining allegations in this paragraph.

15  6.    In response to this paragraph of the Complaint, Defendant is without

16  sufficient knowledge or information to form a belief as to the truth of the allegations in this

17  paragraph, and on that basis denies each and every allegation in this paragraph.

18  7.    In response to this paragraph of the Complaint, Defendant is without

19  sufficient knowledge or information to form a belief as to the truth of the allegations in this

20  paragraph, and on that basis denies each and every allegation in this paragraph.

21  **Factual Allegations**

22  8.    In response to this paragraph of the Complaint, Defendant is without

23  sufficient knowledge or information to form a belief as to the truth of the allegations in this

24  paragraph, and on that basis denies each and every allegation in this paragraph.

25  9.    In response to this paragraph of the Complaint, Defendant is without

26  sufficient knowledge or information to form a belief as to the truth of the allegations in this

1  paragraph, and on that basis denies each and every allegation in this paragraph.

2      10.    In response to this paragraph of the Complaint, Defendant is without

3  sufficient knowledge or information to form a belief as to the truth of the allegations in this

4  paragraph, and on that basis denies each and every allegation in this paragraph.

5      11.    In response to this paragraph of the Complaint, Defendant is without

6  sufficient knowledge or information to form a belief as to the truth of the allegations in this

7  paragraph, and on that basis denies each and every allegation in this paragraph.

8      12.    In response to this paragraph of the Complaint, Defendant is without

9  sufficient knowledge or information to form a belief as to the truth of the allegations in this

10  paragraph, and on that basis denies each and every allegation in this paragraph.

11      13.    In response to this paragraph of the Complaint, Defendant is without

12  sufficient knowledge or information to form a belief as to the truth of the allegations in this

13  paragraph, and on that basis denies each and every allegation in this paragraph.

14      14.    In response to this paragraph of the Complaint, Defendant is without

15  sufficient knowledge or information to form a belief as to the truth of the allegations in this

16  paragraph, and on that basis denies each and every allegation in this paragraph.

17      15.    In response to this paragraph of the Complaint, Defendant is without

18  sufficient knowledge or information to form a belief as to the truth of the allegations in this

19  paragraph, and on that basis denies each and every allegation in this paragraph.

20                    **Allegations of Federal Registration**

21      16.    In response to this paragraph of the Complaint, Defendant is without

22  sufficient knowledge or information to form a belief as to the truth of the allegations in this

23  paragraph, and on that basis denies each and every allegation in this paragraph.

24      17.    In response to this paragraph of the Complaint, Defendant is without

25  sufficient knowledge or information to form a belief as to the truth of the allegations in this

26  paragraph, and on that basis denies each and every allegation in this paragraph.

1                                     **Infringement Allegations**

2          18.    In response to this paragraph of the Complaint, Defendant denies each and

3    every allegation in this paragraph.

4          19.    In response to this paragraph of the Complaint, Defendant denies each and

5    every allegation in this paragraph.

6          20.    In response to this paragraph of the Complaint, Defendant denies each and

7    every allegation in this paragraph.

8          21.    In response to this paragraph of the Complaint, Defendant denies each and

9    every allegation in this paragraph.

10         22.    In response to this paragraph of the Complaint, Defendant denies each and

11   every allegation in this paragraph.

12         23.    In response to this paragraph of the Complaint, Defendant denies each and

13   every allegation in this paragraph.

14                             **Allegations Regarding Demands to Stop**

15         24.    In response to this paragraph of the Complaint, Defendant is without

16   sufficient knowledge or information to form a belief as to the truth of the allegations in this

17   paragraph, and on that basis denies each and every allegation in this paragraph.

18         25.    In response to this paragraph of the Complaint, Defendant is without

19   sufficient knowledge or information to form a belief as to the truth of the allegations in this

20   paragraph, and on that basis denies each and every allegation in this paragraph.

21         26.    In response to this paragraph of the Complaint, Defendant is without

22   sufficient knowledge or information to form a belief as to the truth of the allegations in this

23   paragraph, and on that basis denies each and every allegation in this paragraph.

24         27.    In response to this paragraph of the Complaint, Defendant is without

25   sufficient knowledge or information to form a belief as to the truth of the allegations in this

26   paragraph, and on that basis denies each and every allegation in this paragraph.

1

**First Claim for Relief**

2      28.    In response to this paragraph of the Complaint, Defendant incorporates by
3  reference his responses to the allegations of paragraphs 1 through 27, inclusive of the
4  Complaint.

5      29.    In response to this paragraph of the Complaint, Defendant is without
6  sufficient knowledge or information to form a belief as to the truth of the allegations in this
7  paragraph, and on that basis denies each and every allegation in this paragraph.

8      30.    In response to this paragraph of the Complaint, Defendant denies each and
9  every allegation in this paragraph.

10     31.    In response to this paragraph of the Complaint, Defendant is without
11  sufficient knowledge or information to form a belief as to the truth of whether Sinhdarella
12  consented to or authorized Defendant's adoption or commercial use of the trademark and on
13  that basis denies this allegation.   Defendant denies the remaining allegations of this
14  paragraph.

15     32.    In response to this paragraph of the Complaint, Defendant denies each and
16  every allegation in this paragraph.

17     33.    In response to this paragraph of the Complaint, Defendant denies each and
18  every allegation in this paragraph.

19     34.    In response to this paragraph of the Complaint, Defendant denies each and
20  every allegation in this paragraph.

21     35.    In response to this paragraph of the Complaint, Defendant denies each and
22  every allegation in this paragraph.

23     36.    In response to this paragraph of the Complaint, Defendant denies each and
24  every allegation in this paragraph.

25     37.    In response to this paragraph of the Complaint, Defendant denies each and
26  every allegation in this paragraph.

**Second Claim for Relief**

38.    In response to this paragraph of the Complaint, Defendant incorporates by reference his responses to the allegations of paragraphs 1 through 37, inclusive of the Complaint.

39.    In response to this paragraph of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every allegation in this paragraph.

40.    In response to this paragraph of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph, and on that basis denies each and every allegation in this paragraph.

41.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

42.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

43.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

44.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

45.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

46.    In response to this paragraph of the Complaint, Defendant denies each and every allegation in this paragraph.

**Third Claim for Relief**

47.    In response to this paragraph of the Complaint, Defendant incorporates by reference his responses to the allegations of paragraphs 1 through 46, inclusive of the Complaint.

1    48.    In response to this paragraph of the Complaint, Defendant denies each and

2    every allegation in this paragraph.

3    49.    In response to this paragraph of the Complaint, Defendant denies each and

4    every allegation in this paragraph.

5    50.    In response to this paragraph of the Complaint, Defendant denies each and

6    every allegation in this paragraph.

7                                 **Fourth Claim for Relief**

8    51.    In response to this paragraph of the Complaint, Defendant incorporates by

9    reference his responses to the allegations of paragraphs 1 through 50, inclusive of the

10    Complaint.

11    52.    In response to this paragraph of the Complaint, Defendant denies each and

12    every allegation in this paragraph.

13    53.    In response to this paragraph of the Complaint, Defendant denies each and

14    every allegation in this paragraph.

15                                 **Fifth Claim for Relief**

16    54.    In response to this paragraph of the Complaint, Defendant incorporates by

17    reference his responses to the allegations of paragraphs 1 through 53, inclusive of the

18    Complaint.

19    55.    In response to this paragraph of the Complaint, Defendant denies each and

20    every allegation in this paragraph.

21    56.    In response to this paragraph of the Complaint, Defendant denies each and

22    every allegation in this paragraph.

23    57.    In response to this paragraph of the Complaint, Defendant denies each and

24    every allegation I n this paragraph.

25                                 **AFFIRMATIVE DEFENSES**

26    Defendant asserts the following affirmative defenses based on his current

1  knowledge and information and in order to avoid waiver. Defendant reserves the right to

2  withdraw any of these affirmative defenses to assert further affirmative defenses as

3  information becomes available.

4                          FIRST AFFIRMATIVE DEFENSE

5          Plaintiff's complaint fails to state a claim upon which relief may be granted.

6                          SECOND AFFIRMATIVE DEFENSE

7          Plaintiff's claims for infringement are barred because the registration is invalid and

8  unenforceable.

9                          THIRD AFFIRMATIVE DEFENSE

10         Plaintiff's alleged mark is merely descriptive of the goods and not entitled to

11 trademark protection.

12                         FOURTH AFFIRMATIVE DEFENSE

13         All or part of plaintiff's claims fail to state a cause of action because the purported

14 marks have not acquired distinctiveness (secondary meaning) and/or are not inherently

15 distinctive.

16                         FIFTH AFFIRMATIVE DEFENSE

17         Plaintiff's claim for trademark infringement and Lanham Act violations are barred

18 because the allegedly infringing words were not used as a trademark, but fairly and in good

19 faith to describe a product, and Plaintiff is not entitled to appropriate a generic or descriptive

20 term for its exclusive use.

21                         SIXTH AFFIRMATIVE DEFENSE

22         Plaintiff's claims are barred because Plaintiff cannot demonstrate any likelihood that

23 the public will be confused or misled as to the source of Defendant's goods or that

24 Defendant's goods are produced by, or endorsed by, Plaintiff.

25                         SEVENTH AFFIRMATIVE DEFENSE

26         Plaintiff, through its failure to protect or enforce their trademark rights, has

1 | abandoned all such rights.

2 | EIGHTH AFFIRMATIVE DEFENSE

3 | Plaintiff's claims are barred by the doctrine of fair use.

4 | NINTH AFFIRMATIVE DEFENSE

5 | Plaintiff's claims are barred because the purported trade dress does not qualify for
6 | protection.

7 | TENTH AFFIRMATIVE DEFENSE

8 | Plaintiff's claims are barred because any alleged infringement was innocent and
9 | wholly without knowledge by Defendant of any rights claimed by Plaintiff.

10 | ELEVENTH AFFIRMATIVE DEFENSE

11 | Any and all of the acts alleged by plaintiff were performed, if they were performed
12 | at all, with lack of knowledge, lack of willful intent and without malice or ill-will.

13 | TWELFH AFFIRMATIVE DEFENSE

14 | Defendant alleges that plaintiff's claims are barred because plaintiff has not suffered
15 | any damages as a result of the facts alleged in the Complaint.

16 | THIRTEENTH AFFIRMATIVE DEFENSE

17 | Defendant alleges they did not infringe any trademark and defendant's conduct, if
18 | any, was not intended to, was not used to, and did not, in fact, cause confusion, mistake, or
19 | deceit.

20 | FOURTEENTH AFFIRMATIVE DEFENSE

21 | Plaintiff's common law and state law claims are preempted by Federal law.

22 | FIFTEENTH AFFIRMATIVE DEFENSE

23 | Plaintiff's claims are barred by the applicable statutes of limitation.

24 | SIXTEENTH AFFIRMATIVE DEFENSE

25 | Plaintiff's claims are barred by the doctrine of laches.

26 | SEVENTEENTH AFFIRMATIVE DEFENSE

1    Plaintiff's claims are barred or its recovery must be reduced for failure to mitigate

2 damages, if any.

3                        EIGHTEENTH AFFIRMATIVE DEFENSE

4    Plaintiff's claims are barred by the doctrine of estoppel.

5                        NINETEENTH AFFIRMATIVE DEFENSE

6    Plaintiff's claims are barred by the doctrine of acquiescence.

7                        TWENTIETH AFFIRMATIVE DEFENSE

8    Plaintiff's claims are barred by the doctrine of waiver.

9                        TWENTY-FIRST AFFIRMATIVE DEFENSE

10   Plaintiff's claims are barred by the doctrine of unclean hands.

11

12   WHEREFORE, Defendant pray as follows:

13       1.    That Plaintiff takes nothing by reason of its Complaint;

14       2.    That judgment be rendered in favor of Defendants;

15       3.    That Defendant be awarded attorneys fees and costs incurred in defense of

16             this action as provided by any and all applicable laws and statutes; and

17       4.    For such other relief as the Court deems just and proper.

18   DEFENDANTS DEMAND TRIAL BY JURY ON ALL ISSUES.

19

20                        Respectfully submitted,

21   DATED: September 13, 2007          DLC LAW GROUP

22

23

24   By: _____
                        Attorneys for Defendant KEVIN VU,
25                      an individual, doing business as
                        THE BOILING CRAB
26