# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INCL.,                    )
                     Plaintiff (s)    )
          v.                          )
                            )
KEVIN VU,                              )
                   Defendant (s)    )
_____ )

CASE  NO. C-07-4353 JCS

**NOTICE OF IMPENDING
REASSIGNMENT TO A
UNITED STATES
DISTRICT COURT JUDGE**

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____  (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____  (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

      All previous hearing dates are hereby  **VACATED.**

Dated:   September 21, 2007


_____/s/_____
Joseph C. Spero
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk