UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California
Corporation,
            Plaintiff(s),

v.

KEVIN VU, an individual, d/b/a/ THE
BOILING CRAB, et al.
            Defendant(s).
_____/

Case No. C 07-04353 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 11/7/07

[see attached]
[Party]

[Counsel] Michael DeVries
Counsel for Plaintiff
Sinhdarella, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California
Corporation,
                Plaintiff(s),

Case No. C 07-04353 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

KEVIN VU, an individual, d/b/a/ THE
BOILING CRAB, et al.
                Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/7/07

[Party] Plaintiff Sindarella, Inc.

Dated: _____

[Counsel]

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **November 8, 2007**, I served the following document described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Kevin Vu
393 N. Capitol Avenue
San Jose, CA 95133

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 8, 2007**, at Costa Mesa, California.

*Deborah Rickert* (signature)
Deborah Rickert

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\911741.1

ADR Certificate by Parties and Counsel
3   No. C 07-04353 JCS