1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendant
   Kevin Vu

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 SINHDARELLA, INC., a California        No. C 07 04353 WHA
12 corporation,
                                          SUBSTITUTION OF ATTORNEYS
13              Plaintiff,

14      vs.

15 KEVIN VU, etc., et al.,

16              Defendants.
   _____/
17

18      KEVIN VU, defendant in the above-captioned action, substitutes

19 Christopher Hays and the Law Offices of Christopher Hays, whose address,

20 telephone number, facsimile number, and email address are specified above, for

21 himself *in propria persona*, as his attorneys of record.

22 Dated: 8 November 2007.
                                          _____
23                                                    Kevin Vu

24      The undersigned accepts the above substitution.

25 Dated: 8 November 2007.               LAW OFFICES OF CHRISTOPHER HAYS

26
                                          By _____
27                                                 Christopher Hays

28