1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendant
   KEVIN VU

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.
                                    No. C 07 04353 WHA
12       vs.
                                    CERTIFICATION OF INTERESTED
13  KEVIN VU, etc., et al.,         ENTITIES OR PERSONS

14       Defendants.
    _____/

15

16  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

17  associations of persons, firms, partnerships, corporations (including parent

18  corporations) or other entities (i) have a financial interest in the subject matter in

19  controversy or in a party to the proceeding, or (ii) have a non-financial interest in

20  that subject matter or in a party that could be substantially affected by the outcome

21  of this proceeding:

22       **Cafe Bonita, Inc.**, a California corporation (owner of restaurant

23       business in dispute).

24  Dated: 28 November 2007.              Law Offices of Christopher Hays

25

26                                        By_____/s/ Christopher Hays_____
                                              Christopher Hays
27                                            Attorneys for Defendant
                                              Kevin Vu
28