UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>November 29, 2007</u>

Case No.  <u>C 07-04353 WHA</u>

Title: <u>SINHDARELLA, INC</u> v. <u>COUNTY OF MARIN</u>

Plaintiff Attorneys: Mike DeVries

Defense Attorneys: Christopher Hays

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC - HELD</u>

2)   <u>                                                                                 </u>

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 5/30/08

Designation of Experts: 5/30/08

Last Day to File Motion: 6/26/08


Continued to _ for Further Case Management Conference

Continued to  <u>**8/4/08 at 2:00 pm**</u>  for Pretrial Conference

Continued to  <u>**8/18/08 at 7:30 am**</u>  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.