# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Sinhdarella, Inc.,<br><br>             Plaintiff(s),<br><br>      v.<br><br>Vu,<br><br>             Defendant(s). | 07-04353 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Daniel J. Bergeson**
Bergeson LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110
408-291-6200

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04353 WHA MED                               - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: December 10, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04353 WHA MED                    - 2 -