1

LATHAM & WATKINS LLP
    Michael W. De Vries (SBN 211001)
        *mike.devries@lw.com*
    Andrew Fossum (SBN 250373)
        *andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

2

3

4

5

6

7

Attorneys for Plaintiff
SINHDARELLA, INC.

8

9

Law Offices of Christopher Hays
    Christopher Hays
        *hays-sf@pacbell.net*
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone:  (415) 398-0848
Facsimile:  (415) 931-0444

10

11

12

13

Attorneys for Defendant
KEVIN VU

14

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

18

SINHDARELLA, INC., a California corporation,

19

20

                    Plaintiff,

21

        v.

22

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

23

24

                    **Defendants.**

25

CASE NO. C 07 04353 WHA

Honorable William H. Alsup

**STIPULATION TO FILING OF SINHDARELLA, INC.'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

26

27

28

1    Plaintiff Sinhdarella, Inc. ("Sinhdarella") and Defendant Kevin Vu ("Defendant")

2   hereby stipulate through their respective counsel of record that Sinhdarella's First Amended and

3   Supplemental Complaint attached hereto as Exhibit A may be filed.

4
    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
5

6   DATED: December 27, 2007.

7                                          LATHAM & WATKINS LLP

8
9                                          By:
                                               ANDREW FOSSUM
10
                                           Attorneys for Plaintiff Sinhdarella, Inc.
11
    DATED: December 28 2007.
12                                         LAW OFFICES OF CHRISTOPHER
                                           HAYS
13

14                                         By:
                                               CHRISTOPHER HAYS
15
                                           Attorneys for Defendant Kevin Vu
16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED that Sinhdarella, Inc.'s First Amended
    and Supplemental Complaint attached hereto as Exhibit A is filed.
18

19

20  DATED: _____, 2007.

21                                         HON. WILLIAM H. ALSUP
                                           United States District Judge
22

23

24

25

26

27

28

# EXHIBIT A

1    LATHAM & WATKINS LLP
        Michael W. De Vries (SBN 211001)
2          mike.devries@lw.com
        Andrew Fossum (SBN 250373)
3          andrew.fossum@lw.com
4    650 Town Center Drive, 20th Floor
     Costa Mesa, California  92626
5    Telephone:  (714) 540-1235
     Facsimile:  (714) 755-8290
6

7    Attorneys for Plaintiff
     SINHDARELLA, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12   SINHDARELLA, INC., a California        CASE NO.  C 07 04353 WHA
     corporation,
13                                          **COMPLAINT FOR:**
14                   Plaintiff,             **(1)  INFRINGEMENT OF A**
                                                **FEDERALLY REGISTERED**
15          v.                                   **TRADEMARK;**
16   KEVIN VU, an individual, d/b/a/        **(2)  TRADEMARK AND TRADE**
     THE BOILING CRAB; CAFE                     **DRESS INFRINGEMENT, AND**
17   BONITA, INC., a California                 **UNFAIR COMPETITION;**
     corporation; and DOES 2 through
18   10,                                    **(3)  STATE LAW UNFAIR**
19                                              **COMPETITION;**
                     Defendants.
20                                          **(4)  COMMON LAW TRADEMARK**
                                                **INFRINGEMENT; AND**
21
22                                          **(5)  CONSTRUCTIVE TRUST.**
23                                          **[DEMAND FOR JURY TRIAL]**
24

25

26

27

28

1    Plaintiff Sinhdarella, Inc. ("Sinhdarella" or "Plaintiff"), for its

2    complaint against defendants Kevin Vu d/b/a/ THE BOILING CRAB, Café

3    Bonita, Inc. ("Defendants" shall be used herein to refer to defendant Kevin Vu in

4    his individual capacity, or to Cafe Bonita, Inc. and Kevin Vu in his individual

5    capacity collectively) and Does 2 to 10, inclusive, alleges as follows:

6                                **JURISDICTION**

7        1.    The United States District Court for the Northern District of

8    California has subject matter jurisdiction over this action under 28 U.S.C. § 1331

9    (federal question jurisdiction), 28 U.S.C. § 1338(a) (jurisdiction over trademark

10   actions), 28 U.S.C. § 1338(b) (unfair competition claim joined with a substantial

11   and related claim under the trademark laws), and 15 U.S.C. § 1121(a) because this

12   action arises under the Lanham Act, 15 U.S.C. §§ 1051, *et seq.*  The Court also has

13   supplemental jurisdiction over the claims arising out of state law pursuant to 28

14   U.S.C. §§ 1338(b) and 1367 because the state law claims arise out of the same

15   operative facts as the federal claims.  This Court has personal jurisdiction over

16   Defendants because Defendants reside and/or have their principal place of business

17   in this district and jurisdiction.  Personal jurisdiction is also proper over

18   Defendants because Defendants sell and offer for sale goods and services, and

19   otherwise conduct business, in California, including in this judicial district.

20                                  **VENUE**

21       2.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)

22   because, among other reasons, Defendants transact business within this district and

23   offers for sale in this district goods and services in a manner that infringes

24   Sinhdarella's trademark and trade dress rights.  In addition, Sinhdarella has

25   suffered harm in this district and a substantial part of the events or omissions

26   giving rise to the claims asserted herein occurred in this district.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

1

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

**INTRADISTRICT ASSIGNMENT**

3.    Because this is an "Intellectual Property Action" for purposes of Local Rule 3-2(c), that rule provides that this action shall be assigned on a district-wide basis.

**PARTIES**

4.    Sinhdarella, Inc. is a corporation organized and existing under the laws of the State of California, with its principal headquarters located in Fountain Valley, California.  Sinhdarella operates a chain of restaurants throughout the United States under the trademark THE BOILING CRAB®, which Sinhdarella has used since at least as early as 2003, and offers restaurant services and related products and services under the trademark THE BOILING CRAB®.

5.    On information and belief, defendant Kevin Vu d/b/a/ THE BOILING CRAB is an individual who resides in San Jose, California.

6.    On information and belief, defendant Cafe Bonita, Inc. is a corporation organized and previously or currently existing under the laws of the State of California.  On information and belief, defendant Kevin Vu is the sole officer and director of Cafe Bonita, Inc.

7.    Through counsel, defendant Kevin Vu has represented that defendant Cafe Bonita, Inc. is responsible in some manner for occurrences herein alleged.  Based on this representation, Cafe Bonita, Inc. has been named as a defendant.  On information and belief, Sinhdarella alleges that defendant Kevin Vu is liable in his individual capacity for all conduct herein alleged.  Sinhdarella further alleges that Cafe Bonita, Inc. is an alter-ego of defendant Kevin Vu.

8.    On information and belief, defendant Kevin Vu, in his individual capacity, and defendant Cafe Bonita, Inc. are jointly and severally liable for conduct herein alleged.

9.    Defendants recently opened and began operating a restaurant that is virtually identical in all material respects to Sinhdarella's THE BOILING

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

2

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

1    CRAB® restaurants, including by virtue of Defendants' unauthorized use of

2    Sinhdarella's THE BOILING CRAB® trademark as the name of Defendants'

3    restaurant.  A true and correct copy of defendant Kevin Vu's Fictitious Business

4    Name Statement filed with the Santa Clara County Clerk – Recorder's Office is

5    attached hereto as Exhibit A.

6           10.    Plaintiff is unaware of the true names and capacities of the

7    defendants sued herein as Does 2 through 10, inclusive, and therefore sues those

8    additional defendants by such fictitious names.  Plaintiff will amend this

9    Complaint to allege their true names and capacities when ascertained.

10           11.    Upon information and belief, Plaintiff alleges that each of the

11   fictitiously named defendants is responsible in some manner for the occurrences

12   herein alleged and that Plaintiff's damages as herein alleged were proximately

13   caused by their conduct.

14                    **FACTS COMMON TO ALL CLAIMS**

15   **SINHDARELLA'S *THE BOILING CRAB*® CHAIN OF RESTAURANTS**

16           12.    In 2003, Sinhdarella opened its first restaurant under the

17   trademark THE BOILING CRAB®, in California.  A true and correct copy of a

18   picture of Sinhdarella's first THE BOILING CRAB® restaurant is attached hereto

19   as Exhibit B.

20           13.    Based on the huge popularity and success of Sinhdarella's THE

21   BOILING CRAB® restaurants, Sinhdarella has since expanded its chain of THE

22   BOILING CRAB® restaurants to include locations throughout the United States,

23   including three THE BOILING CRAB® restaurants in California and a THE

24   BOILING CRAB® restaurant in Houston, Texas.  Sinhdarella is also actively

25   exploring further expansion of its chain of THE BOILING CRAB® restaurants to

26   additional locations throughout the United States.

27           14.    Sinhdarella's THE BOILING CRAB® restaurants offer a

28   unique selection of Louisiana-style seafood, including blue crab, oysters,

1   Dungeness crab, shrimp, and crawfish seasoned with THE BOILING CRAB®
2   restaurants' distinctive blends of spices and seasonings.  Customers of THE
3   BOILING CRAB® restaurants are also treated to a singularly enjoyable dining
4   experience that is characterized by the innovative food presentations, distinctive
5   restaurant décor, unique menus, and one-of-a-kind dining experience pioneered
6   and provided by Sinhdarella's THE BOILING CRAB® restaurants.  A true and
7   correct copy of a picture of the inside of one of Sinhdarella's THE BOILING
8   CRAB® restaurants is attached hereto as Exhibit C.  Further contributing to
9   Sinhdarella's distinctive appearance and appeal, Sinhdarella's unique menus use a
10  distinctive format, contain unique content, and are distinctively printed on eye-
11  catching colored paper, such as blue, hot pink, yellow, green, or orange colored
12  paper.  A true and correct copy of THE BOILING CRAB® restaurants' unique
13  orange menu used around the time that Defendants began using Sinhdarella's THE
14  BOILING CRAB® trademark and distinctive trade dress without authorization is
15  attached hereto as Exhibit D.

16          15.     THE BOILING CRAB® chain of restaurants has become
17  extremely well known and respected among consumers, who have come to
18  associate Sinhdarella's THE BOILING CRAB® trademark with Sinhdarella's
19  THE BOILING CRAB® restaurants and the one-of-a-kind dining experience that
20  Sinhdarella pioneered and provides.  Sinhdarella's THE BOILING CRAB®
21  restaurants have also received unsolicited attention from, and positive recognition
22  by, the media, which has further contributed to consumers' widespread recognition
23  of Sinhdarella's THE BOILING CRAB® restaurants.

24          16.     Additionally, Sinhdarella has expended considerable time,
25  effort, and money promoting and advertising its chain of THE BOILING CRAB®
26  restaurants, further contributing to the recognition and success of THE BOILING
27  CRAB® chain of restaurants.  Today, Sinhdarella continues to promote and
28  advertise its THE BOILING CRAB® restaurants.  A true and correct copy of one

1  of Sinhdarella's paid advertisements for its THE BOILING CRAB® restaurants is

2  attached hereto as Exhibit E.

3      17.    Sinhdarella has also used the trademark THE BOILING

4  CRAB® extensively on the internet and, as a result, Sinhdarella's THE BOILING

5  CRAB® trademark has developed a strong internet presence and recognition by

6  consumers who use the internet.  Sinhdarella is the registrant of various domain

7  names incorporating, in whole or in part, THE BOILING CRAB® trademark,

8  including theboilingcrab.com and boilingcrab.com.  Sinhdarella owns and operates

9  a website at these domain names in order to promote, and provide consumers with

10  information concerning, Sinhdarella's nationwide chain of THE BOILING

11  CRAB® restaurants.  Sinhdarella's website makes extensive use of THE

12  BOILING CRAB® trademark and embodies part of the unique look-and-feel of

13  THE BOILING CRAB® dining experience.  A true and correct copy of the home

14  page of Sinhdarella's website at www.theboilingcrab.com is attached hereto as

15  Exhibit F.

16      18.    In addition to owning and operating a THE BOILING CRAB®

17  website at www.theboilingcrab.com, Sinhdarella also uses its trademark THE

18  BOILING CRAB® extensively on the internet through the popular social

19  networking site, myspace.com.  In particular, Sinhdarella operates a web page at

20  www.myspace.com/theboilingcrab in order to further promote its THE BOILING

21  CRAB® trademark and to provide information about and promote its chain of THE

22  BOILING CRAB® restaurants.  A true and correct copy of the page maintained by

23  Sinhdarella at www.myspace.com/theboilingcrab is attached hereto as Exhibit G.

24      19.    Through Sinhdarella's extensive use, marketing, branding, and

25  promotion of its THE BOILING CRAB® trademark and THE BOILING CRAB®

26  chain of restaurants, its trademark THE BOILING CRAB® is recognized by

27  consumers throughout the United States and around the world, enjoying substantial

28  recognition, goodwill, and association with THE BOILING CRAB® restaurant

1  chain.  The public distinguishes Sinhdarella's goods and services from those of

2  others who offer the same or similar goods and services on the basis of its

3  trademark THE BOILING CRAB®.  Sinhdarella's THE BOILING CRAB®

4  trademark has acquired secondary meaning throughout the United States, including

5  California.

6  **SINHDARELLA'S FEDERAL REGISTRATION OF ITS**

7  ***THE BOILING CRAB*® TRADEMARK**

8      20.    Sinhdarella is the owner of United States Trademark

9  Registration Number 3,256,219 for the mark THE BOILING CRAB® in

10 connection with restaurant services in International Class 43.  A true and correct

11 copy of Sinhdarella's federal trademark registration for THE BOILING CRAB®

12 trademark is attached hereto as Exhibit H.

13     21.    Sinhdarella's federal registration of its THE BOILING CRAB®

14 trademark constitutes *prima facie* evidence that the mark is valid and that

15 Sinhdarella is entitled to exclusive use of the mark THE BOILING CRAB® in

16 commerce throughout the United States for restaurant services and in connection

17 with goods and services related thereto.

18 **DEFENDANTS' INFRINGEMENT OF SINHDARELLA'S *THE BOILING***

19 ***CRAB*® TRADEMARK AND TRADE DRESS**

20     22.    Recently, several years after Sinhdarella first began using its

21 THE BOILING CRAB® trademark and distinctive trade dress, Defendants opened

22 and began operating a restaurant that imitates in all material respects the name and

23 distinctive trade dress of Sinhdarella's THE BOILING CRAB® restaurant chain.

24 Most blatantly, in a clear effort to confuse consumers into thinking that Defendants

25 are somehow associated or affiliated with Sinhdarella's THE BOILING CRAB®

26 nationwide chain of restaurants, Defendants precisely imitate Sinhdarella's THE

27 BOILING CRAB® trademark by calling Defendants' restaurant "The Boiling

28 Crab," even though Defendants do not have any affiliation with, or authorization

1  from, Sinhdarella.  A true and correct copy of a picture of Defendants' infringing

2  restaurant and unauthorized use of Sinhdarella's THE BOILING CRAB®

3  trademark is attached hereto as <u>Exhibit I</u>.

4        23.    Defendants' blatant imitation of Sinhdarella's THE BOILING

5  CRAB® restaurants did not stop with unauthorized use of Sinhdarella's THE

6  BOILING CRAB® trademark as the name of Defendants' restaurant.  Rather,

7  Defendants have also blatantly copied the unique trade dress used by Sinhdarella's

8  THE BOILING CRAB® restaurants in a further effort to confuse consumers into

9  thinking Defendants are somehow associated or affiliated with Sinhdarella's THE

10  BOILING CRAB® nationwide chain of restaurants.  Defendants' menu, a true and

11  correct copy of which is attached hereto as <u>Exhibit J</u>, is virtually an identical copy

12  of the menu used by Sinhdarella around the time that Defendants opened their

13  restaurant, a true and correct copy of which is attached hereto as <u>Exhibit D</u>.  As can

14  be seen by comparing <u>Exhibit D</u> with <u>Exhibit J</u>, Defendants' menu is the exact

15  same shape (rectangular), size (4.25"x11"), and color (orange) as the menu for

16  Sinhdarella's THE BOILING CRAB® restaurants used around the time that

17  Defendants opened their infringing restaurant.  Additionally, Defendants' menu

18  offers the same five entrees (crab, oysters (raw), crab, crawfish, and shrimp), two

19  of the same extras in the same order (corn and sausage), and the same drinks in the

20  same order (soda, bottled water, domestic beer, and imported beer) as does

21  Sinhdarella's THE BOILING CRAB® menu.  *Compare* <u>Exhibit D</u> *with* <u>Exhibit J</u>.

22  In fact, Defendants' imitation of Sinhdarella's THE BOILING CRAB® restaurants

23  is so complete that Defendants even copied precisely the same hours of operation

24  as those used by Sinhdarella's THE BOILING CRAB® restaurants: Mon-Fri 3:00

25  pm-10:00 pm and Sat-Sun 12:00 pm-10:00 pm!  *Compare* <u>Exhibit D</u> *with* <u>Exhibit

26  J</u>.

27        24.    As can be seen by comparing the interior of Defendants'

28  restaurant, a true and correct copy of a picture of which is attached hereto as

1   Exhibit K, with a copy of the interior of a genuine Sinhdarella THE BOILING

2   CRAB® restaurant, a true and correct copy of a picture of which is attached hereto

3   as Exhibit L, Defendants' restaurant also imitates the unique trade dress of

4   Sinhdarella's THE BOILING CRAB® restaurants.  For example, Defendants'

5   restaurant copies the overall, non-functional configuration of Sinhdarella's THE

6   BOILING CRAB® restaurants, including, but not limited to, by imitating the color

7   of the walls, the signs on the walls, the hanging of fishing nets on the walls,

8   affixing sculptures of red-colored crustaceans on the walls, the configuration of the

9   tables and chairs, Sinhdarella's menus, and the overall look-and-feel of the

10  restaurant.  *Compare* Exhibit K *with* Exhibit L.

11          25.     Sinhdarella is informed and believes, and based thereon alleges,

12  that at the time Defendants opened and began operating their restaurant under the

13  name "The Boiling Crab" and imitating Sinhdarella's distinctive THE BOILING

14  CRAB® trade dress, Defendants knew of Sinhdarella's superior rights in the

15  trademark THE BOILING CRAB® and in Sinhdarella's distinctive trade dress,

16  and knew or should have known that Defendants' unauthorized use of

17  Sinhdarella's THE BOILING CRAB® trademark and trade dress constitutes a

18  violation of Sinhdarella's rights in the trademark THE BOILING CRAB® and in

19  Sinhdarella's distinctive THE BOILING CRAB® trade dress.  Defendants'

20  infringement of Sinhdarella's trademark and trade dress rights is intentional and

21  willful.

22          26.     Defendants' use of the trademark THE BOILING CRAB® for

23  restaurant services and his willful and intentional infringement of Sinhdarella's

24  distinctive trade dress is likely to cause confusion, mistake, and deception of

25  consumers as to the source, quality, and nature of Defendants' services and goods,

26  including Defendants' services and goods offered under or in connection with the

27  trademark THE BOILING CRAB®, thereby proximately causing injury to

28  Sinhdarella and its trademark rights.

27.    Not surprisingly, Defendants' imitation of Sinhdarella's THE BOILING CRAB® restaurants through unauthorized use of THE BOILING CRAB® trademark and Sinhdarella's distinctive trade dress has caused actual confusion among consumers.  In part because of the sub-par quality of Defendants' food and service, the confusion caused by Defendants' willful infringement of Sinhdarella's THE BOILING CRAB® trademark and trade dress has caused significant injury to the reputation of Sinhdarella's THE BOILING CRAB® chain of restaurants, including by virtue of negative reviews written about Defendants' infringing restaurant.  Sinhdarella has also suffered additional significant injury as a result of Defendants' willful and intentional infringement of Sinhdarella's THE BOILING CRAB® trademark and trade dress, including as the result of lost business opportunities.

28.    In a letter dated December 13, 2007, counsel for defendant Kevin Vu stated, "Mr. Vu intends to open a restaurant in Sacramento named 'The Boiling Crayfish.'"  In another letter dated December 13, 2007, counsel for defendant Kevin Vu clarified his earlier letter stating, "I am advised that my client's restaurant in Sacramento will be named 'The Boiling Crawfish' and not 'The Boiling Crayfish.'"  Sinhdarella alleges that defendant Kevin Vu's use of the name "The Boiling Crawfish" is likely to cause confusion with Sinhdarella's THE BOILING CRAB® trademark and therefore constitutes infringement, unfair competition, and unfair business practices under 15 U.S.C. § 1114(1), 15 U.S.C. § 1125(a), California Business and Professions Code §§ 17200 *et seq.* and California common law as set forth is paragraphs 33 through 62 below.

## DEFENDANTS HAVE IGNORED SINHDARELLA'S DEMANDS THAT DEFENDANTS STOP INFRINGING SINHDARELLA'S *THE BOILING CRAB*® TRADEMARK

29.    On May 22, 2007, counsel for Sinhdarella sent a letter to defendant Kevin Vu objecting to Defendants' unauthorized use of Sinhdarella's

1  THE BOILING CRAB® trademark.  That letter demanded, among other things,

2  that Defendants immediately stop using the trademark THE BOILING CRAB®.  A

3  true and correct copy of that letter is attached hereto as <u>Exhibit M</u>.

4         30.    On June 26, 2007, having not heard anything from Defendants

5  in response to the initial letter, counsel for Sinhdarella sent another letter to

6  defendant Kevin Vu, again objecting to Defendants' unauthorized use of

7  Sinhdarella's THE BOILING CRAB® trademark and repeating the demands

8  contained in the May 22, 2007 letter.  A true and correct copy of that letter is

9  attached hereto as <u>Exhibit N</u>.

10        31.    On July 23, 2007, still having not heard anything from

11  Defendants in response to either of the first two letters, counsel for Sinhdarella sent

12  another letter to defendant Kevin Vu – this time by hand delivery directly to

13  Defendants' restaurant – again objecting to Defendants' unauthorized use of

14  Sinhdarella's THE BOILING CRAB® trademark and once again repeating the

15  demands contained in Sinhdarella's May 22, 2007 letter.  A true and correct copy

16  of that letter is attached hereto as <u>Exhibit O</u>.

17        32.    Despite Sinhdarella's repeated demands that Defendants stop

18  their blatant infringement of Sinhdarella's THE BOILING CRAB® trademark and

19  trade dress, Defendants have completely ignored Sinhdarella's efforts to reach an

20  informal resolution of this matter and continued, unabashedly, with their willful

21  and intentional infringement of Sinhdarella's THE BOILING CRAB® trademark

22  and trade dress rights.

23              **<u>FIRST CLAIM FOR RELIEF</u>**

24        **(Infringement of a Federally Registered Trademark)**

25                **15 U.S.C. § 1114(1)**

26        33.    Sinhdarella realleges and incorporates by reference the

27  allegations in paragraphs 1 through 32, as if set forth fully herein.

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY
OC\928469.1
10
FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

34.    This claim is against Defendants for trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

35.    Defendants have used and is using in interstate commerce Sinhdarella's valid and federally registered THE BOILING CRAB® trademark in connection with restaurant services in such a way as is likely to cause confusion, to cause mistake, and/or to deceive the consuming public.

36.    Sinhdarella never consented to or authorized Defendants' adoption or commercial use of the trademark THE BOILING CRAB® for any purpose.  Defendants therefore have infringed and is infringing Sinhdarella's THE BOILING CRAB® trademark in violation of Section 32(1)(a) of the Lanham Act, 15 U.S.C. § 1114(1)(a).

37.    Upon information and belief, Sinhdarella alleges that, at all times relevant to this action, including when Defendants first adopted the mark THE BOILING CRAB® and commenced commercial use of the mark THE BOILING CRAB® in connection with restaurant services, Defendants knew of Sinhdarella's prior adoption and widespread commercial use of the trademark THE BOILING CRAB® in connection with restaurant services and related goods and services and knew of the valuable goodwill and reputation acquired by Sinhdarella in connection with its THE BOILING CRAB® trademark.  Defendants' infringement of Sinhdarella's THE BOILING CRAB® trademark is willful and deliberate.

38.    Sinhdarella has no control over the quality of Defendants' infringing restaurant services, and because of the source confusion engendered by Defendants' willful trademark infringement, Sinhdarella's valuable goodwill in and to its federally registered trademark THE BOILING CRAB® is being significantly harmed.  Defendants' use of the mark THE BOILING CRAB®, in blatant imitation of Sinhdarella's THE BOILING CRAB® trademark, has caused

1  confusion, mistake, and deception to purchasers as to the source and origin of

2  Defendants' services and products sold under the mark THE BOILING CRAB®.

3         39.    Defendants' activities are intended, and are likely, to lead the

4  public to conclude, incorrectly, that Defendants' restaurant services originate with,

5  are sponsored by, and/or are authorized by Sinhdarella and its THE BOILING

6  CRAB® brand, to the damage and harm of Sinhdarella and the consuming public.

7  Defendants' activities constitute willful and deliberate infringement of

8  Sinhdarella's federally registered trademark in violation of the Lanham Act,

9  including, but not limited to, 15 U.S.C. § 1114(1).  Accordingly, Sinhdarella is

10 entitled to recover Defendants' profits, together with Sinhdarella's damages,

11 increased monetary recoveries as provided by the Lanham Act, as well as costs of

12 the action and reasonable attorneys' fees pursuant to Section 35(a) of the Lanham

13 Act, 15 U.S.C. § 1117(a).

14        40.    Defendants' activities have caused and will continue to cause

15 irreparable harm to Sinhdarella for which Sinhdarella has no adequate remedy at

16 law, in that:  (i) Sinhdarella's THE BOILING CRAB® trademark is a unique and

17 valuable property right that has no readily determinable market value; (ii)

18 Defendants' infringement constitutes an interference with Sinhdarella's goodwill

19 and customer relationships and will substantially harm Sinhdarella's reputation as

20 a source of high quality goods and services, as well as dilute the substantial value

21 of Sinhdarella's THE BOILING CRAB® name and trademark; and (iii)

22 Defendants' wrongful conduct, and the resulting damages to Sinhdarella, are

23 continuing.  Accordingly, Sinhdarella is entitled to preliminary and permanent

24 injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order under 15 U.S.C. §

25 1118 impounding all goods and other materials in Defendants' possession,

26 custody, or control that bear the trademark THE BOILING CRAB®.

27        41.    Sinhdarella also is entitled to, in addition to the other remedies

28 described herein, the cost of corrective advertising and a reasonable royalty as a

1    result of Defendants' infringement of Sinhdarella's federally registered THE

2    BOILING CRAB® trademark.

3         42.    This is an exceptional case, further entitling Sinhdarella to

4    additional remedies and also entitling Sinhdarella to recover its attorneys' fees and

5    costs incurred in prosecuting this action and stopping Defendants' willful

6    trademark infringement, pursuant to 15 U.S.C. § 1117.

7              **SECOND CLAIM FOR RELIEF**

8    **(Trademark and Trade Dress Infringement, and Unfair Competition)**

9              **15 U.S.C. § 1125(a)**

10        43.    Sinhdarella realleges and incorporates by reference the

11   allegations in paragraphs 1 through 42, as if set forth fully herein.

12        44.    This claim is against Defendants for trademark and trade dress

13   infringement, and unfair competition, in violation of Section 43(a) of the Lanham

14   Act, 15 U.S.C. § 1125(a).

15        45.    Sinhdarella's THE BOILING CRAB® trademark and

16   distinctive trade dress, including the overall, non-functional configuration of

17   Sinhdarella's THE BOILING CRAB® restaurants, including, but not limited to,

18   the menus, food items, color of the walls, the signs on the walls, the hanging of

19   fishing nets on the walls, affixing sculptures of red-colored crustaceans on the

20   walls, the configuration of the tables and chairs, and the overall look-and-feel of

21   the restaurant, all as described above, are nonfunctional and inherently distinctive.

22   They have acquired secondary meaning in the eyes of the public.

23        46.    Defendants' use and imitation of the trademark THE BOILING

24   CRAB® and the inherent trade dress of Sinhdarella's THE BOILING CRAB®

25   restaurants is so similar to Sinhdarella's THE BOILING CRAB® mark and trade

26   dress that Defendants are likely to cause confusion, mistake, and/or to deceive the

27   consuming public as to the affiliation, connection, and/or association between

28   Sinhdarella's THE BOILING CRAB® restaurants and Defendants' "The Boiling

1  Crab" restaurant.  Defendants' unauthorized use of the trademark THE BOILING

2  CRAB® and Sinhdarella's trade dress infringes Sinhdarella's THE BOILING

3  CRAB® trademark and trade dress, and constitutes unfair competition.

4  Defendants' unauthorized use of the trademark THE BOILING CRAB® also

5  constitutes a false designation of origin of products and services.

6         47.    On information and belief, at all times relevant to this action,

7  including at the time Defendants first copied and began using without authorization

8  Sinhdarella's THE BOILING CRAB® trademark and distinctive trade dress,

9  Defendants knew of Sinhdarella's prior adoption and widespread commercial use

10 of the trademark THE BOILING CRAB® and distinctive trade dress, and knew of

11 the valuable goodwill and reputation acquired by Sinhdarella in connection with its

12 THE BOILING CRAB® trademark and trade dress.  Defendants' infringement of

13 Sinhdarella's THE BOILING CRAB® trademark and trade dress is therefore

14 knowing, willful, and deliberate.

15        48.    Defendants' activities are intended to, and are likely to, lead the

16 public to conclude, incorrectly, that Defendants' restaurant services originate with,

17 are sponsored by, and/or are authorized by Sinhdarella and its nationwide chain of

18 THE BOILING CRAB® restaurants, to the damage and harm of Sinhdarella and

19 the consuming public.  Defendants' activities constitute willful and deliberate

20 infringement of Sinhdarella's THE BOILING CRAB® trademark and trade dress

21 in violation of the Lanham Act, including, but not limited to, 15 U.S.C. § 1125(a).

22 Accordingly, Sinhdarella is entitled to recover Defendants' profits together with

23 Sinhdarella's damages, an increased monetary recovery, as well as costs of the

24 action and reasonable attorneys' fees pursuant to Section 35(a) of the Lanham Act,

25 15 U.S.C. § 1117(a).

26        49.    Defendants' activities have caused and will continue to cause

27 irreparable harm to Sinhdarella for which Sinhdarella has no adequate remedy at

28 law, in that:  (i) Sinhdarella's rights in its THE BOILING CRAB® trademark and

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

14

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

1  trade dress are unique and valuable property rights which have no readily

2  determinable market value; (ii) Defendants' infringement constitutes an

3  interference with Sinhdarella's goodwill and customer relationships and will

4  substantially harm Sinhdarella's reputation as a source of high quality goods and

5  services, as well as harm the substantial value of Sinhdarella's THE BOILING

6  CRAB® trademark and trade dress; and (iii) Defendants' wrongful conduct, and

7  the resulting damages to Sinhdarella, are continuing.  Accordingly, Sinhdarella is

8  entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. §

9  1116(a) and to an order under 15 U.S.C. § 1118 impounding all goods and other

10  materials in Defendants' possession, custody, or control that bear the trademark

11  THE BOILING CRAB®.

12      50.     Sinhdarella also is entitled to, in addition to the other remedies

13  described herein, the cost of corrective advertising and a reasonable royalty as a

14  result of Defendants' infringement of Sinhdarella's THE BOILING CRAB®

15  trademark and trade dress.

16      51.     This is an exceptional case, further entitling Sinhdarella to

17  additional remedies and also entitling Sinhdarella to recover its attorneys' fees and

18  costs incurred in prosecuting this action and stopping Defendants' willful

19  trademark and trade dress infringement, pursuant to 15 U.S.C. § 1117.

20  **THIRD CLAIM FOR RELIEF**

21  **(Unfair Competition Under State Law)**

22  **Cal. Bus. & Prof. Code §§ 17200 *et seq.* and California Common Law**

23      52.     Sinhdarella realleges and incorporates by reference the

24  allegations in paragraphs 1 through 51, as if set forth fully herein.

25      53.     Defendants' acts as detailed herein have impaired Sinhdarella's

26  goodwill, have created a likelihood of confusion, are likely to deceive consumers,

27  and have otherwise adversely affected Sinhdarella's business and reputation by

28  Defendants' use of unfair, fraudulent, and unlawful business practices.  These acts

1   constitute unfair competition and unfair business practices under California

2   Business and Professions Code §§ 17200 *et seq.* and California common law.

3         54.    Absent injunctive relief, Sinhdarella has no means by which to

4   control Defendants' deceptive and confusing use of Sinhdarella's THE BOILING

5   CRAB® trademark and trade dress.  Sinhdarella is therefore entitled to injunctive

6   relief prohibiting Defendants from continuing such acts of unfair competition.

7         55.    As a direct and proximate result of the aforesaid acts of unfair

8   competition, Defendants have wrongfully profited and taken the benefit of

9   Sinhdarella's creativity and investment of time, energy, and money.  Defendants

10  have also wrongfully taken monies from consumers as the result of the aforesaid

11  acts of unfair competition.  Defendants should therefore be ordered to perform full

12  restitution, as permitted by law, as a consequence of their acts of unfair

13  competition.

14                    **FOURTH CLAIM FOR RELIEF**

15              **(Trademark Infringement Under State Law)**

16                    **California Common Law**

17        56.    Sinhdarella realleges and incorporates by reference the

18  allegations in paragraphs 1 through 55, as if set forth fully herein.

19        57.    Defendants' acts infringe Sinhdarella's THE BOILING

20  CRAB® trademark and the distinctive trade dress of its THE BOILING CRAB®

21  restaurants.  Defendants' acts have caused, and are likely to continue to cause,

22  consumer confusion and injury to Sinhdarella's business and reputation and to

23  dilute the distinctive quality of Sinhdarella's THE BOILING CRAB® trademark

24  and trade dress, and constitute trademark infringement under California common

25  law.  Defendants' acts have been and are the proximate cause of injury to

26  Sinhdarella.

27        58.    Absent injunctive relief, Sinhdarella has no means to stop

28  Defendants' continuing infringement of Sinhdarella's THE BOILING CRAB®

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

16

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

1  trademark and trade dress.  Sinhdarella is therefore entitled to injunctive relief

2  prohibiting Defendants from continuing the unlawful acts described herein.

3  Sinhdarella is also entitled to damages, Defendants' profits, punitive damages, an

4  accounting, costs, attorneys' fees and other damages and monetary relief, all

5  according to proof at trial.

6  ## FIFTH CLAIM FOR RELIEF

7  ### (Constructive Trust)

8  59.    Sinhdarella realleges and incorporates by reference the

9  allegations in paragraphs 1 through 58, as if set forth fully herein.

10  60.    Sinhdarella is entitled to all profits Defendants have derived

11  from infringement of Sinhdarella's rights pursuant to 15 U.S.C. § 1117(a), 15

12  U.S.C. § 1125(c)(2), and the statutory and common law of the United States and

13  State of California.

14  61.    Sinhdarella alleges on information and belief that Defendants

15  own and possess tangible real and personal property and assets consisting of or

16  obtained with profits from or obtained by Defendants' unlawful acts, as alleged

17  herein.

18  62.    Defendants hold the above-mentioned tangible real and

19  personal property and assets as constructive trustee for the benefit of Sinhdarella,

20  in an amount to be proven at trial.

21  ## PRAYER FOR RELIEF

22  WHEREFORE, Sinhdarella prays for entry of a judgment ordering

23  and declaring:

24  1.    That, preliminarily pending trial of this action and permanently

25  thereafter, Defendants and their agents, servants, employees, successors, licensees

26  and assignees, and all persons, firms, entities, partners, or corporations in active

27  concert or participation with Defendants, are preliminarily and thereafter

28  permanently enjoined from doing, threatening, or attempting to do or causing to be

1  done, either directly or indirectly, by any means, method or device, any of the
2  following acts:

3           (a)      Directly or indirectly infringing, using, or displaying the
4  trademark THE BOILING CRAB® or Sinhdarella's THE BOILING CRAB®
5  trade dress, or any mark or trade dress similar thereto, in any manner or for any
6  purpose, including, but not limited to, in advertising, promoting, producing,
7  distributing, selling, offering for sale, or giving away any services or products
8  which infringe, use, or display Sinhdarella's THE BOILING CRAB® trademark or
9  the trade dress of Sinhdarella's THE BOILING CRAB® restaurants, or any marks
10  or trade dress similar thereto;

11           (b)      Using any term that is likely to be confused with
12  Sinhdarella's THE BOILING CRAB® trademark;

13           (c)      Using any trade dress likely to be confused with the trade
14  dress of Sinhdarella's THE BOILING CRAB® restaurants, including the overall,
15  non-functional configuration of Sinhdarella's THE BOILING CRAB® restaurants,
16  including, but not limited to, the menus, food items, color of the walls, the signs on
17  the walls, the hanging of fishing nets on the walls, affixing sculptures of red-
18  colored crustaceans on the walls, the configuration of the tables and chairs, and the
19  overall look-and-feel of the restaurant;

20           (d)      Falsely representing, misleading, or deceiving consumers
21  into believing that services or products advertised, promoted, produced,
22  distributed, sold, or offered for sale by Defendants originate from Sinhdarella or its
23  THE BOILING CRAB® restaurants, or are sponsored, approved, licensed by, or
24  associated with Sinhdarella or its THE BOILING CRAB® restaurants, or that
25  Defendants or their services or products are in some way associated or affiliated
26  with Sinhdarella or its THE BOILING CRAB® restaurants;

27           (e)      Destroying, concealing, altering, or otherwise disposing
28  of any documents, electronically stored information, or other evidence that relates

LATHAM&WATKINS⊔⊔
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

18

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

or refers to the advertising, promotion, production, distribution, sale, or giving away Defendants' products and services which infringe Sinhdarella's THE BOILING CRAB® trademark and trade dress, including, but not limited to, sales journals, supplier journals, customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, correspondence, and e-mail messages;

(f)    Committing any other acts calculated to or that do unfairly compete with Sinhdarella in any manner;

(g)    Filing or prosecuting any trademark application for the trademark THE BOILING CRAB® or any mark confusingly similar thereto;

(h)    Filing or maintaining any business license, d/b/a, or similar document using the trademark THE BOILING CRAB® or any mark confusingly similar thereto; and

(i)    Registering or using any trade name or domain name containing or consisting of the trademark THE BOILING CRAB® or any mark confusingly similar thereto;

2.    That Defendants be required to account for all profits derived by them from their trade, infringing conduct, unfair practices and competition, and for an order of restitution of the entire amount of those profits, in amounts to be proven at trial, to Sinhdarella;

3.    That Defendants be required to turn over to be impounded during the pendency of this action all goods and other materials in their possession, custody, or control used or involved in the trademark and trade dress infringement complained of herein, and to turn over for destruction all such goods and other materials, or in the alternative that all such items be subject to seizure;

4.    That Defendants be ordered to pay all of Sinhdarella's attorneys' fees, costs, and disbursements incurred in this suit, in bringing this action for the legal enforcement of its trademark and trade dress rights, and in

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\928469.1

19

FIRST AMENDED AND SUPPLEMENTAL
COMPLAINT

1  connection with all efforts to stop Defendants' trademark infringement, trade dress

2  infringement, and unfair competition;

3       5.    That, in addition to being ordered to pay its profits attributable

4  to the infringing conduct complained of herein to Sinhdarella, Defendants also be

5  ordered to pay their infringing profits as monetary damages and reasonable

6  royalties, to be increased by the Court by such amount as the Court deems to be

7  just, together with Sinhdarella's damages, all of which, according to the

8  circumstances of this case, should be increased and trebled as provided by law,

9  including 15 U.S.C. § 1117, and paid to Sinhdarella;

10       6.    That Defendants be ordered to pay exemplary or punitive

11  damages to the extent available under, and according to, law;

12       7.    That Defendants have willfully and deliberately committed acts

13  of trademark infringement, trade dress infringement, and unfair competition

14  against Sinhdarella;

15       8.    That Defendants be ordered to pay interest according to law;

16       9.    That Defendants be ordered to pay the costs of corrective

17  advertising; and

18       10.    For all such other, further, and different relief that this Court

19  deems just and proper.

20

21  Dated: December 27, 2007          Respectfully submitted,

22                 LATHAM & WATKINS

23

24                 By _____

25                    Andrew Fossum

26                 Attorneys for Plaintiff
                  SINHDARELLA, INC.

27

28

1

## **DEMAND FOR JURY TRIAL**

2          Pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 3-6,

3   Plaintiff Sinhdarella, Inc. hereby demands a trial by jury of any and all issues

4   triable of right by a jury, including all issues so triable that are raised herein and all

5   such issues that are hereafter raised in this action.

6

Dated: December 27, 2007                    Respectfully submitted,

7                                           LATHAM & WATKINS

8

9                                           By

10                                             Andrew Fossum

11                                          Attorneys for Plaintiff
                                            SINHDARELLA, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT A

READ INSTRUCTIONS ON REVERSE

| | |
|---|---|
| **A** MAILING NAME AND ADDRESS (OPTIONAL): | **B** File Number: **478892** |

NAME KEVIN VU

ADDRESS 1036 SUMMERMIST CT

CITY/STATE/ZIP SAN JOSE, CA 95122

FORM MUST BE TYPED OR LEGIBLY COMPLETED USING BLACK INK ONLY.

No. of Pages: 1

File Date: 5/31/2006
Expires: 5/31/2011

Fee Total: 37.00

Clerk ID: 020

478892

BRENDA DAVIS, County Clerk Recorder
SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE

**FICTITIOUS BUSINESS NAME STATEMENT.** THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

1. Fictitious Business Name(s)    (Please number additional names; use an ADDENDUM form if additional room is required)

THE BOILING CRAB

2. Street Address of Principal Place of Business in California - (P.O. Box, PMB NOT acceptable)

393 N. CAPITOL AVE    City SAN JOSE    State CA    Zip 95133

3. Full Name of Registrant/Owner

KEVIN VU

Residence Address (P.O. Box or PMB not acceptable)

1036 SUMMERMIST CT    City SAN JOSE    State CA    Zip 95122

Full Name of Registrant/Owner

Residence Address (P.O. Box or PMB not acceptable)

City    State    Zip

4. The Business is conducted by: (PLEASE CHECK ONE BOX ONLY from ONE GROUP. THE REMAINING GROUP WILL NOT HAVE A BOX CHECKED)

GROUP ONE: ☒ Individual ☐ Husband & wife ☐ general partnership ☐ co-partners ☐ joint venture ☐ business trust
☐ an unincorporated association other than a partnership ☐ OTHER (specify) _____

OR

GROUP TWO: ☐ corporation ☐ limited liability company ☐ limited liability partnership ☐ limited partnership

5. Registrant began transacting business under the fictitious business name(s) listed above ☐ on (date) _____
   or: ☒ has not yet begun

6. This filing is a: ☒ First Filing (Publication Required) ☐ Refile within 40 days of expiration with no changes from the previous filing
   ☐ Refile with changed (Publication Required) ☐ Refile after 40-days of expiration date (Publication Required)

CURRENT / PREVIOUS FILE NUMBER _____ (REQUIRED for a refile or renewal)

I DECLARE THAT ALL INFORMATION IN THIS STATEMENT IS TRUE AND CORRECT.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

7A. GROUP ONE REGISTRANT sign below

Signed X _____

Print Full Name KEVIN VU

7B. GROUP TWO REGISTRANT (CORPORATION, LLC, LLP, or LP)
An officer must sign and complete the below information

Entity Name _____

Officer Signature X _____

Print Name and Title _____

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA COUNTY ON THE DATE INDICATED ON THE FILING LABEL ABOVE

NOTICE - This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. A new Fictitious Business Name Statement must be filed before that time.

The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another under Federal, state, or common law (see Section 14411 et seq., Business and Professions Code).

I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.

Brenda Davis, County Clerk-Recorder

_____ , Deputy

**EXHIBIT A**
Page 21

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT B



EXHIBIT B
Page 22

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT C



EXHIBIT C
Page 28

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT D

(714) 265-(CRAB) 2722
14241 Euclid St. #C-116
Garden Grove, CA 92843

## MENU

BLUE CRAB      (seasonal)    $6.99/lb

OYSTERS (raw)      $7.99/6 or $13.99/DZ

DUNGENESS CRAB (seasonal)    $ Market Price

CRAWFISH      (seasonal)    $ Market Price
** Corn and Sausages added for 2lbs or more ONLY **

SHRIMP          $8.99/lb

** Seasonings for Shrimp and Crawfish **
- RAJUN CAJUN (ORIGINAL)
- LEMON PEPPER
- GARLIC BUTTER
- THE WHOLE SHA-BANG! (all of the above)

## EXTRAS!

Corn on the cob ............................................ $ .50/ea
Sausage...................... $1.99/6 pcs. or $2.99/12 pcs.
Gumbo – w/ or w/o rice............................$4.99/cup
Xtra Condiments.........................................$ .50/ea
(Garlic Butter, Butter, Ket/Mayo, Mayo, G-Sauce)

## Thirsty?

Soda – ONE SIZE (FREE refills) .............$1.50
Bottled Water ..............................................$1.25
Domestic Beer ............................................$2.00
(Budweiser, Bud Light, Michelob)
Imported Beer .............................................$2.50
(Heineken, Corona)

*** DINE IN: A 15% gratuity will be added
for parties of 6 or more ***

$20 minimum required on
all credit card purchases

OPEN 7 days a week!
MON – FRI 3:00 PM – 10:00 PM
SAT – SUN 12:00 PM – 10:00 PM

*** WARNING: This facility offers raw oysters from the Gulf of Mexico.
Eating these oysters may cause severe illness and even death in persons who
have liver disease (for ex, alcoholic cirrhosis), cancer or other chronic illness
that weaken the immune systerm. If you eat raw oysters and become ill, you
should seek immediate medical attention. If you are unsure if you are at
risk, you should consult your physician.

**EXHIBIT D**
Page 24

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT E



# THE BOILING CRAB



## CRAWFISH · SHRIMP · OYSTER · GUMBO

### Louisiana Crawfish
### The best tail in town

**Mon - Fri: 3PM - 10PM • Sat - Sun: 12PM - 10PM**

14241 Euclid Street #C-116
Garden Grove, CA 92843
**714-265-CRAB (2722)**

13892 Brookhurst Street
Garden Grove, CA 92843
**714-636-4885**



## www.theboilingcrab.com

**EXHIBIT E**
Page 25

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT F



contact us | myspace | employment opportunities | design by: gus rosales

EXHIBIT F
Page 26

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT G



**are you game...**
**to ignite a hot new career?**
**WWW.VIDEO-GAME-SCHOOLS.COM**

| | MySpace ▼ | Search | powered by Google |

Home | Browse | Search | Invite | Film | Mail | Blog | Favorites | Forum | Groups | Events | Videos | Music | Comedy | Classifieds

## Boiling Crab

"make a cow happy.. EAT SEAFOOD!!!"

Male
27 years old
GARDEN GROVE,
California
United States

Last Login: 8/19/2007

View My: Pics | Videos

| Contacting Boiling Crab | | |
|---|---|---|
| ✉ Send Message | | 📩 Forward to Friend |
| 👤 Add to Friends | | ☑ Add to Favorites |
| 💬 Instant Message | | 🔒 Block User |
| 👥 Add to Group | | 👤 Rank User |

**MySpace URL:**
http://www.myspace.com/theboilingcrab



**WE TAKIN' OVER**
DJ KHALED - WE THE BEST    +add+   +view+

| Boiling Crab's Interests | |
|---|---|
| General | (7 1 4 ) 2 6 5 - **c r a b** |
| Music | tunes that make you wanna shake your tail feather and tap your feet |
| Television | sport channels, food network, mtv, family guy, american idol, oprah, dancing with the stars, the simpsons, and some more sport channels |
| Groups: | **The Boiling Crab Eater's CLUB!!!** **View All Boiling Crab's Groups** |

| Boiling Crab's Details | |
|---|---|
| Status: | Single |

### Boiling Crab is in your extended network

**Boiling Crab's Latest Blog Entry [Subscribe to this Blog]**

[View All Blog Entries]

**Boiling Crab's Blurbs**

About me:

hop on the train and see where everyone is headed to!!!
serving louisiana **crawfish**, louisiana raw **oysters**, texas **blue crab**,
**dungeoness crab**, **king crab legs**, texas **shrimp**, and maine **lobster**
(seasonal) with our own **ORIGINAL** seasonings: rajun cajun, garlic butter,
lemon pepper, and the whole sha-bang. also serving **gumbo**, **corn** and
**sausages**.

**new items added to the menu:**
fried catfish
cajun hot wings
fried shrimp
cajun fries
king crab legs
san fran crab
potatoes
shrimp etouffe

COME JOIN THE FUN! we have some new items up our sleeves so don't
forget to ask about that. it's head suckn' tail pinchn' good.

catch us during the hours of
Monday thru Friday **3pm-10pm**
AND
Saturday thru Sunday **12pm-10pm**

you can find us at

**14241 Euclid Street**
(714)265-2722

ALSO!!!

our new **2nd** location
**13892 Brookhurst Street**
(714) 636-4885

in a **Garden Grove** city near you!

our 3rd Location
**8300 W Sam Houston Pkwy**
**S#268**
**Houston, TX 77072**
**(281) 988-4750**

**EXHIBIT G**
Page 27

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT H

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**Reg. No. 3,256,219**

United States Patent and Trademark Office    Registered June 26, 2007

## SERVICE MARK
## PRINCIPAL REGISTER

# THE BOILING CRAB

SINHDARELLA INC. (CALIFORNIA CORPORA-
TION)

16130 WHITECAP CIRCLE

FOUNTAIN VALLEY, CA 927081843

FOR: RESTAURANT SERVICES, IN CLASS 43
(U.S. CLS. 100 AND 101).

FIRST USE 6-13-2003; IN COMMERCE 9-11-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CRAB", APART FROM THE MARK
AS SHOWN.

SER. NO. 78-954,843, FILED 8-17-2006.

KATHY DE JONGE, EXAMINING ATTORNEY

**EXHIBIT H**
Page 29

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT I



EXHIBIT I
Page 30

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT J

**THE BOILING CRAB**
**393 N CAPITOL AVE**
**SAN JOSE, CA 95133**
**(408)347-8344**

## Menu

LOUISIANA CRAWFISH ................ $8.99 /lb
    Extra: garlic butter $.50

OYSTERS (Raw) ...... 6pieces ............... $9.99

CRAB**L.A. Cajun style/Steam**..... $9.99/lb

SHRIMP**L.A. Cajun style/Steam**..$7.99/lb

CLAM**Steam Only**.............................$7.99/lb

CORN...............................................................$.50/EA

SAUSAGE..........................................................$.50/EA

## DRINK

SODA (Coke, 7 up, Diet Coke)...............$1.50/EA

BOTTLE WATER.......................................$1.50/EA

DOMESTIC BEER.......................................$3.50/EA
(Budweiser, Budlight, Barcadi, )

IMPORTER BEER.........................................$3.50/EA
(Heineken, Corona, Negro Modelo, Pacifica)

### OPEN 7 DAYS A WEEK!
MON-FRI    3:00 PM-10:00 PM
SAT-SUN    12:00 PM-10:00 PM

**EXHIBIT J**
Page 31

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT K



EXHIBIT K
Page 32

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT L



EXHIBIT L
Page 33

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT M

Michael G. DeVries
Direct Dial: (714) 755-8170
mike.devries@lw.com

Mesa, California 92626-1925
Tel: (714) 540-1235  Fax: (714) 755-8290
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

May 22, 2007

### VIA CERTIFIED MAIL

Mr. Kevin Vu d/b/a "The Boiling Crab"
393 N. Capitol Ave.
San Jose, CA 95133

File No. 043376-0000

Re:    Trademark Infringement – THE BOILING CRAB trademark

Dear Mr. Vu:

We represent Sinhdarella Inc. d/b/a The Boiling Crab ("The Boiling Crab") in intellectual property enforcement matters.

The Boiling Crab has offered and sold restaurant services and related products and services under the trademark **THE BOILING CRAB**, including by operating restaurants specializing in Louisiana-style seafood dishes under the trademark **THE BOILING CRAB**, since at least as early as 2003. The Boiling Crab is the owner of valuable trademark rights that have contributed to its success, including the trademark **THE BOILING CRAB**. The Boiling Crab also owns United States Trademark Application Serial No. 78/954,843 for the trademark **THE BOILING CRAB** in International Class No. 43 in connection with *restaurant services*. The United States Patent and Trademark Office has reviewed The Boiling Crab's application, approved it for publication, and it is expected that a registration on this application will be issued shortly. The Boiling Crab is firmly committed to defending its valuable trademark rights.

It has come to our attention that you are operating a Louisiana-style seafood restaurant under the name **THE BOILING CRAB**, without the consent or authorization of The Boiling Crab. Photographs of your restaurant are enclosed herewith.

Your unauthorized use of our client's **THE BOILING CRAB** trademark is likely to cause confusion and constitutes: (1) trademark infringement, unfair competition, and false designation of origin in violation of 15 U.S.C. § 1125(a); (2) trademark dilution in violation of 15 U.S.C. § 1125(c); (3) trademark infringement, unfair competition, and dilution under California law and the law of other states; and (4) a violation of various other state and federal laws.

By way of this letter, The Boiling Crab demands that you, and all persons and entities affiliated with you, immediately cease and desist from any further use of the name **THE BOILING CRAB**, or of any other mark that is confusingly similar to the trademark **THE**

OC\874163.1

**EXHIBIT M**
Page 34

Case 3:07-cv-04353-WHA   Document 26   Filed 12/28/2007   Page 52 of 67

LATHAM & WATKINS LLP

**BOILING CRAB**. The Boiling Crab also demands that you immediately provide us with the following information:

    1.   A detailed summary of your total gross revenues from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present;

    2.   A detailed summary of your expenses from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present; and

    3.   A detailed summary of all uses by you of the trademark **THE BOILING CRAB**.

Please send me written acknowledgment by no later than **June 1, 2007** that you have complied, and will permanently comply, with these demands. So long as you do so, we will work with you to try to reach an amicable resolution of this matter. If you fail to abide by these reasonable demands, The Boiling Crab may have no choice but to protect its rights through litigation. If The Boiling Crab is forced to protect its valuable trademark rights through litigation, it will seek all available remedies, including but not limited to preliminary and permanent injunctive relief, damages, increased damages, attorneys' fees, and costs. Moreover, if you continue to use the name **THE BOILING CRAB** after receipt of this letter, such continuing use would unquestionably constitute willful infringement, thereby entitling The Boiling Crab to additional remedies in the event that litigation is necessary.

We are hopeful that you are willing to work with us to reach an amicable resolution of this matter. Nothing contained in this letter constitutes an express or implied waiver of any right or remedy, all of which are expressly reserved.

                Sincerely,

                Michael W. De Vries  
                of LATHAM & WATKINS LLP

Enclosures (photographs)

**EXHIBIT M**
Page 35



EXHIBIT M
Page 36

GRAND OPENING

LOUISIANA CRAWFISH · CRAB · OYSTERS · SHRIMP · CLAM

EXHIBIT M
Page 37

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT N

Michael De Vries
Attorney
Direct Dial: (714) 755-8170
mike.devries@lw.com

own Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +714.540.1235  Fax: +714.755.8290
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

June 26, 2007

**VIA FEDERAL EXPRESS**

Mr. Kevin Vu
d/b/a "The Boiling Crab"
393 N. Capitol Ave.
San Jose, CA 95133

      Re:     **Trademark Infringement – THE BOILING CRAB trademark**

Dear Mr. Vu:

Please find enclosed an additional copy of my letter to you dated May 22, 2007, which was sent to you via Certified Mail on that date. Your prompt attention to this matter is requested. If you fail to respond to our May 22 letter and agree to the reasonable demands contained therein by July 6, 2007, we will assume you have no intention to do so and will proceed accordingly.

Nothing contained in this letter constitutes an express or implied waiver of any right or remedy, all of which are expressly reserved.

            Very truly yours,

            Michael Woodrow De Vries
            of LATHAM & WATKINS LLP

Enclosure

**EXHIBIT N**
Page 38

OC\897451.1

Michael Woodrow De Vries
Direct Dial (714) 755-8170
mike.devries@lw.com

2 Park Plaza, 8th Floor
Costa Mesa, California 92626-1925
Tel: (714) 540-1235  Fax: (714) 755-8290
www.lw.com

## LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

May 22, 2007

### VIA CERTIFIED MAIL

File No. 043376-0000

Mr. Kevin Vu d/b/a "The Boiling Crab"
393 N. Capitol Ave.
San Jose, CA 95133

Re:    Trademark Infringement – THE BOILING CRAB trademark

Dear Mr. Vu:

We represent Sinhdarella Inc. d/b/a The Boiling Crab ("The Boiling Crab") in intellectual property enforcement matters.

The Boiling Crab has offered and sold restaurant services and related products and services under the trademark **THE BOILING CRAB**, including by operating restaurants specializing in Louisiana-style seafood dishes under the trademark **THE BOILING CRAB**, since at least as early as 2003. The Boiling Crab is the owner of valuable trademark rights that have contributed to its success, including the trademark **THE BOILING CRAB**. The Boiling Crab also owns United States Trademark Application Serial No. 78/954,843 for the trademark **THE BOILING CRAB** in International Class No. 43 in connection with *restaurant services*. The United States Patent and Trademark Office has reviewed The Boiling Crab's application, approved it for publication, and it is expected that a registration on this application will be issued shortly. The Boiling Crab is firmly committed to defending its valuable trademark rights.

It has come to our attention that you are operating a Louisiana-style seafood restaurant under the name **THE BOILING CRAB**, without the consent or authorization of The Boiling Crab. Photographs of your restaurant are enclosed herewith.

Your unauthorized use of our client's **THE BOILING CRAB** trademark is likely to cause confusion and constitutes: (1) trademark infringement, unfair competition, and false designation of origin in violation of 15 U.S.C. § 1125(a); (2) trademark dilution in violation of 15 U.S.C. § 1125(c); (3) trademark infringement, unfair competition, and dilution under California law and the law of other states; and (4) a violation of various other state and federal laws.

By way of this letter, The Boiling Crab demands that you, and all persons and entities affiliated with you, immediately cease and desist from any further use of the name **THE BOILING CRAB**, or of any other mark that is confusingly similar to the trademark **THE**

**EXHIBIT N**
Page 39

OC\874163.1

LATHAM&WATKINSᴸᴸᴾ

**BOILING CRAB.** The Boiling Crab also demands that you immediately provide us with the following information:

1.    A detailed summary of your total gross revenues from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present;

2.    A detailed summary of your expenses from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present; and

3.    A detailed summary of all uses by you of the trademark **THE BOILING CRAB**.

Please send me written acknowledgment by no later than **June 1, 2007** that you have complied, and will permanently comply, with these demands. So long as you do so, we will work with you to try to reach an amicable resolution of this matter. If you fail to abide by these reasonable demands, The Boiling Crab may have no choice but to protect its rights through litigation. If The Boiling Crab is forced to protect its valuable trademark rights through litigation, it will seek all available remedies, including but not limited to preliminary and permanent injunctive relief, damages, increased damages, attorneys' fees, and costs. Moreover, if you continue to use the name **THE BOILING CRAB** after receipt of this letter, such continuing use would unquestionably constitute willful infringement, thereby entitling The Boiling Crab to additional remedies in the event that litigation is necessary.

We are hopeful that you are willing to work with us to reach an amicable resolution of this matter. Nothing contained in this letter constitutes an express or implied waiver of any right or remedy, all of which are expressly reserved.

Sincerely,

*Michael DeVries*

Michael W. De Vries
of LATHAM & WATKINS LLP

Enclosures (photographs)

**EXHIBIT N**
Page 40



EXHIBIT N
Page 41

EXHIBIT N
Page 42

**Sinhdarella, Inc. v. Kevin Vu, et al.**

**Case No. C 07 04353 WHA**

**First Amended Complaint**

# EXHIBIT O

Michael De Vries
Attorney
Direct Dial: (714) 755-8170
mike.devries@lw.com

n Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +714.540.1235  Fax: +714.755.8290
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

July 23, 2007

**VIA MESSENGER**

Mr. Kevin Vu
d/b/a "The Boiling Crab"
393 N. Capitol Ave.
San Jose, CA 95133

      Re:    Trademark Infringement – THE BOILING CRAB trademark

Dear Mr. Vu:

      Please find enclosed an additional copy of my letter to you dated May 22, 2007, which was sent to you via Certified Mail on that date and via Federal Express on July 16, 2007. Your prompt attention to this matter is requested. If you fail to respond to our May 22 letter and agree to the reasonable demands contained therein by August 5, 2007, we will assume you have no intention to do so and will proceed accordingly.

      Nothing contained in this letter constitutes an express or implied waiver of any right or remedy, all of which are expressly reserved.

          Very truly yours,

          Michael Woodrow De Vries
          of LATHAM & WATKINS LLP

Enclosure

**EXHIBIT O**
Page 43

OC\902398.1

Michael Woodrow De Vries
Direct Dial (714) 755-8170
mike.devries@lw.com

Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel (714) 540-1235 Fax: (714) 755-8290
www lw.com

## LATHAM&WATKINSᴸᴸᴾ

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

May 22, 2007

### VIA CERTIFIED MAIL

Mr. Kevin Vu d/b/a "The Boiling Crab"
393 N. Capitol Ave.
San Jose, CA 95133

File No. 043376-0000

Re:    Trademark Infringement – THE BOILING CRAB trademark

Dear Mr. Vu:

We represent Sinhdarella Inc. d/b/a The Boiling Crab ("The Boiling Crab") in intellectual property enforcement matters.

The Boiling Crab has offered and sold restaurant services and related products and services under the trademark **THE BOILING CRAB**, including by operating restaurants specializing in Louisiana-style seafood dishes under the trademark **THE BOILING CRAB**, since at least as early as 2003. The Boiling Crab is the owner of valuable trademark rights that have contributed to its success, including the trademark **THE BOILING CRAB**. The Boiling Crab also owns United States Trademark Application Serial No. 78/954,843 for the trademark **THE BOILING CRAB** in International Class No. 43 in connection with *restaurant services*. The United States Patent and Trademark Office has reviewed The Boiling Crab's application, approved it for publication, and it is expected that a registration on this application will be issued shortly. The Boiling Crab is firmly committed to defending its valuable trademark rights.

It has come to our attention that you are operating a Louisiana-style seafood restaurant under the name **THE BOILING CRAB**, without the consent or authorization of The Boiling Crab. Photographs of your restaurant are enclosed herewith.

Your unauthorized use of our client's **THE BOILING CRAB** trademark is likely to cause confusion and constitutes: (1) trademark infringement, unfair competition, and false designation of origin in violation of 15 U.S.C. § 1125(a); (2) trademark dilution in violation of 15 U.S.C. § 1125(c); (3) trademark infringement, unfair competition, and dilution under California law and the law of other states; and (4) a violation of various other state and federal laws.

By way of this letter, The Boiling Crab demands that you, and all persons and entities affiliated with you, immediately cease and desist from any further use of the name **THE BOILING CRAB**, or of any other mark that is confusingly similar to the trademark **THE**

**EXHIBIT O**
Page 44

OC\874163.1

**LATHAM & WATKINS** LLP

**BOILING CRAB**. The Boiling Crab also demands that you immediately provide us with the following information:

1. A detailed summary of your total gross revenues from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present;

2. A detailed summary of your expenses from the restaurant you are operating under the trademark **THE BOILING CRAB**, from the opening of your restaurant to the present; and

3. A detailed summary of all uses by you of the trademark **THE BOILING CRAB**.

Please send me written acknowledgment by no later than **June 1, 2007** that you have complied, and will permanently comply, with these demands. So long as you do so, we will work with you to try to reach an amicable resolution of this matter. If you fail to abide by these reasonable demands, The Boiling Crab may have no choice but to protect its rights through litigation. If The Boiling Crab is forced to protect its valuable trademark rights through litigation, it will seek all available remedies, including but not limited to preliminary and permanent injunctive relief, damages, increased damages, attorneys' fees, and costs. Moreover, if you continue to use the name **THE BOILING CRAB** after receipt of this letter, such continuing use would unquestionably constitute willful infringement, thereby entitling The Boiling Crab to additional remedies in the event that litigation is necessary.

We are hopeful that you are willing to work with us to reach an amicable resolution of this matter. Nothing contained in this letter constitutes an express or implied waiver of any right or remedy, all of which are expressly reserved.

Sincerely,

Michael W. De Vries
of LATHAM & WATKINS LLP

Enclosures (photographs)

**EXHIBIT O**
Page 45



EXHIBIT O
Page 46

GRAND OPENING 06-24-06

LOUISIANA CRAWFISH · CRABS · OYSTERS · SHRIMP · CLAM

EXHIBIT O
Page 47

1

## PROOF OF SERVICE

2

3

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

4

On **December 27, 2007**, I served the following document described as:

5

6

## STIPULATION TO FILING OF SINHDARELLA, INC.'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

7

by serving a true copy of the above-described document in the following manner:

8

## BY U.S. MAIL

9

10

11

12

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

13

14

15

Christopher Hays, Esq.
Law Offices of Christopher Hays
One Embarcadero Center, Suite 500
San Francisco, California 94111

16

Attorneys for Defendant
Kevin Vu

17

18

19

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20

Executed on **December 27, 2007**, at Costa Mesa, California.

21

22

Pamela Carvalho

23

24

25

26

27

28