1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendant
   KEVIN VU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC.

   vs.

KEVIN VU, etc., et al.,

   Defendants.
_____/

No. C 07 04353 WHA

STIPULATION FOR
AMENDMENT TO ANSWER

Plaintiff Sinhdarella, Inc. and Defendant Kevin Vu stipulate, through their respective counsel of record, that defendant Kevin Vu may amend paragraph 5 of his Answer herein in accordance with the proposed Amendment to Answer attached hereto as Exhibit A.

Dated: 19 December 2007.

Latham & Watkins

By_____
   ~~Michael De Vries~~ ANDREW FOSSUM
   Attorneys for Plaintiff
   Sinhdarella, Inc.

Dated: 27 December 2007.

Law Offices of Christopher Hays

By_____
   Christopher Hays
   Attorneys for Defendant
   Kevin Vu

CHRISTOPHER HAYS, State Bar No. 59480
Law Offices of Christopher Hays
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 398-0848
Facsimile: (415) 931-0444
Email: <hays-sf@pacbell.net>

Attorneys for Defendant
KEVIN VU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC.

vs.

KEVIN VU, etc., et al.,

    Defendants.
_____/

No. C 07 04353 WHA

AMENDMENT TO ANSWER

Pursuant to *Federal Rule of Civil Procedure* 15(a)(2), and pursuant to Plaintiff's Stipulation filed herewith, defendant KEVIN VU hereby amends paragraph 5 of his Answer herein to read as follows:

    5. In response to this paragraph of the complaint, Defendant admits that he is operating a restaurant by the name of "The Boiling Crab" in his capacity as sole officer and director of the California corporation known as "Cafe Bonita, Inc.", and that he resides in San Jose, California. Defendant denies the remaining allegations in this paragraph.

Dated: ____ December 2007.

Law Offices of Christopher Hays

By_____
Christopher Hays
Attorneys for Defendant
Kevin Vu

**EXHIBIT A**