1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendant
   KEVIN VU
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SINHDARELLA, INC.
                                    No. C 07 04353 WHA
12    vs.
                                    AMENDMENT TO ANSWER
13 KEVIN VU, etc., et al.,

14       Defendants.
   _____/
15

16 Pursuant to *Federal Rule of Civil Procedure* 15(a)(2), and pursuant to Plaintiff's

17 Stipulation filed herewith, defendant KEVIN VU hereby amends paragraph 5 of his

18 Answer herein to read as follows:

19       5. In response to this paragraph of the complaint, Defendant

20       admits that he is operating a restaurant by the name of "The Boiling

21       Crab" in his capacity as sole officer and director of the California

22       corporation known as "Cafe Bonita, Inc.", and that he resides in San

23       Jose, California. Defendant denies the remaining allegations in this

24       paragraph.

25 Dated: 27 December 2007.          Law Offices of Christopher Hays

26

27                                   By /s/ Christopher Hays
                                        Christopher Hays
28                                      Attorneys for Defendant
                                        Kevin Vu