LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**APPENDIX OF CUSTOMER DECLARATIONS IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

# EXHIBIT A

LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**DECLARATION OF KAYLA NGUYEN IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

# DECLARATION OF KAYLA NGUYEN

I, Kayla Nguyen, hereby declare under penalty of perjury that:

1. I am a customer of Sinhdarella, Inc.'s ("Sinhdarella") THE BOILING CRAB® restaurant.
2. During the last week of August 2006, I had dinner with some friends at a restaurant in San Jose, California under the name "The Boiling Crab". I had heard a lot about the Garden Grove location but never got a chance to eat there. We had heard there was a Boiling Crab in San Jose and I was excited to finally try it. When we got there the girls were speculating as to whether or not it was the same restaurant. I was told later from one of the girls that it was not the same restaurant and that I should try it again at the Garden Grove location when I return home.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 18 day of December, 2007 at San Diego, California.

Kayla Nguyen [signature]

Kayla Nguyen

# EXHIBIT B

LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**DECLARATION OF LAN VU IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

**DECLARATION OF LAN VU**

I, Lan Vu, hereby declare under penalty of perjury that:

1. I am a customer of Sinhdarella, Inc.'s ("Sinhdarella") THE BOILING CRAB® restaurant.

2. During the last week of August 2006, I had dinner with friends at a restaurant in San Jose, California under the name "The Boiling Crab". I was looking forward to trying it since I had heard a lot about the Boiling Crab in Garden Grove. When we got there the girls ordered and then concluded that it was probably not the same restaurant since the food did not taste the same. Uyen Tran confirmed the next day that it was not related to or associated in anyway to the Boiling Crab in Garden Grove.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 19 day of December, 2007 at Sterling, Virginia.

**Lan Vu**

# EXHIBIT C

LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**DECLARATION OF NINA NGO IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

**DECLARATION OF NINA NGO**

I, Nina Ngo, hereby declare under penalty of perjury that:

1. I am a customer of Sinhdarella, Inc.'s ("Sinhdarella") THE BOILING CRAB® restaurant.

2. In the month of August 2006, approximately around the last week, I had dinner with some friends at a restaurant in San Jose, California under the name "The Boiling Crab". I have eaten at THE BOILING CRAB® restaurants in Orange County since they opened in April 2004and was excited to take my other friend who was visiting the Bay Area to the new San Jose location. We were not surprised when we found out the next day from a friend that they were not associated with The Boiling Crab in Garden Grove.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 18 day of December, 2007 at Los Angeles, California.

Nina Ngo

# EXHIBIT D

LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**DECLARATION OF THUY WEISSHAUT IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

# DECLARATION OF THUY WEISSHAUT

I, Thuy Weisshaut, hereby declare under penalty of perjury that:

1. I am a customer of Sinhdarella, Inc.'s ("Sinhdarella") THE BOILING CRAB® restaurant.
2. In the month of August 2006, approximately around the last week, I had dinner with some friends at a restaurant in San Jose, California under the name "The Boiling Crab." I have been a big fan of THE BOILING CRAB® restaurants in Orange County and was happy to hear that they had opened one in San Jose closer to where I lived. However, once we got there and tried the food we realized it must not be the same owner. When a friend called later that week to the Garden Grove location we then found out that they were not associated with one another.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 20 day of December, 2007 at Santa Clara, California.

Thuy Weisshaut

# EXHIBIT E

LATHAM & WATKINS LLP
Michael W. De Vries (SBN 211001)
*mike.devries@lw.com*
Andrew Fossum (SBN 250373)
*andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California corporation,

Plaintiff,

v.

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,

Defendants.

CASE NO. C 07-04353 WHA

Honorable William H. Alsup

**DECLARATION OF UYEN TRAN IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

Date: February 7, 2008
Time: 8:00 a.m.
Courtroom: 9

**DECLARATION OF UYEN TRAN**

I, Uyen Tran, hereby declare under penalty of perjury that:

1. I am a customer of Sinhdarella, Inc.'s ("Sinhdarella") THE BOILING CRAB® restaurant.

2. In the last week of August 2006, I took a road trip with some friends to San Jose to visit another friend. We decided to have dinner at The Boiling Crab since we had heard they just opened and wanted to introduce our other friend to the restaurant. When we got there we noticed the décor was a bit different but the menus were the same. Once we ordered the food and began to eat we realized that it tasted different. I tried contacting my friend Dada a few times but finally called into the restaurant and asked one of the workers if they were the same restaurant. They informed me that there was no affiliation whatsoever.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 17 day of December, 2007 at Garden Grove, California.

Uyen Tran

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **December 28, 2007**, I served the following document described as:

**APPENDIX OF CUSTOMER DECLARATIONS IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Christopher Hays, Esq.
Law Offices of Christopher Hays
One Embarcadero Center, Suite 500
San Francisco, California 94111

Attorneys for Defendant
Kevin Vu

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 28, 2007**, at Costa Mesa, California.

Pamela J. Carvalho