LATHAM & WATKINS LLP
  Michael W. De Vries (SBN 211001)
    *mike.devries@lw.com*
  Andrew Fossum (SBN 250373)
    *andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,<br><br>                    Defendants. | CASE NO. C 07-04353 WHA<br><br>Honorable William H. Alsup<br><br>**DECLARATION OF STEVE MCFARLAND IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        February 7, 2008<br>Time:       8:00 a.m.<br>Courtroom: 9 |

## DECLARATION OF STEVE MCFARLAND

I, Steve McFarland, hereby declare under penalty of perjury that:

1. I am a certified fraud examiner and licensed private investigator with offices in San Jose, California.

2. On October 5, 2007, I took photographs of a restaurant at 393 N. Capitol Avenue, San Jose, CA, called "The Boiling Crawfish." A true and correct copy of a photograph that fairly and accurately represents the exterior of that restaurant is attached hereto as <u>Exhibit A</u>.

3. On December 16, 2007, I took photographs of a restaurant at 6835 Stockton Boulevard #450, Sacramento, CA. True and correct copies of photographs that fairly and accurately represent the exterior of that restaurant are attached hereto as <u>Exhibit B</u> and <u>Exhibit C</u>. A true and correct copy of a photograph that fairly and accurately represents a "Help Wanted" sign appearing in the window of that restaurant is attached hereto as <u>Exhibit D</u>.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 17th day of December, 2007 at San Jose, California.

_Steve McFarland_

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

**HELP WANTED!**

THE BOILING CRAWFISH

CONTACT:
KEVIN 408.772.1242
BRYAN 408.828.0121

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **December 28, 2007**, I served the following document described as:

## DECLARATION OF STEVE MCFARLAND IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION

by serving a true copy of the above-described document in the following manner:

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Christopher Hays, Esq.
Law Offices of Christopher Hays
One Embarcadero Center, Suite 500
San Francisco, California 94111

Attorneys for Defendant
Kevin Vu

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 28, 2007**, at Costa Mesa, California.

Pamela J. Carvalho