# EXHIBIT A

The Boiling Crab

(714) 265-(CRAB) 2722
14241 Euclid St. #C-116
Garden Grove, CA 92843

## MENU

 BLUE CRAB .......... (seasonal)   $6.99/lb

OYSTERS (raw) .......... $7.99/6 or $13.99/DZ

DUNGENESS CRAB .......... (seasonal)   $ Market Price

CRAWFISH .......... (seasonal)   $ Market Price
** Corn and Sausages added for 2lbs or more ONLY **

SHRIMP .......... $8.99/lb

** Seasonings for Shrimp and Crawfish **
- RAJUN CAJUN (ORIGINAL)
- LEMON PEPPER
- GARLIC BUTTER
- THE WHOLE SHA-BANG! (all of the above)

## EXTRAS!

Corn on the cob .......... $ .50/ea
Sausage .......... $1.99/6 pcs. or $2.99/12 pcs.
Gumbo - w/ or w/o rice .......... $4.99/cup
Xtra Condiments .......... $ .50/ea
(Garlic Butter, Butter, Ket/Mayo, Mayo, G-Sauce)

## Thirsty?

Soda - ONE SIZE (FREE refills) .......... $1.50
Bottled Water .......... $1.25
Domestic Beer .......... $2.00
(Budweiser, Bud Light, Michelob)
Imported Beer .......... $2.50
(Heineken, Corona)

*** DINE IN: A 15% gratuity will be added
for parties of 6 or more ***

$20 minimum required on
all credit card purchases

OPEN 7 days a week!
MON - FRI 3:00 PM - 10:00 PM
SAT - SUN 12:00 PM - 10:00 PM

*** WARNING: This facility offers raw oysters from the Gulf of Mexico.
Eating these oysters may cause severe illness and even death in persons who
have liver disease (for ex. alcoholic cirrhosis), cancer or other chronic illness
that weaken the immune systerm. If you eat raw oysters and become ill, you
should seek immediate medical attention. If you are unsure if you are at
risk, you should consult your physician.

# EXHIBIT B



# EXHIBIT C







# EXHIBIT D



# EXHIBIT E

# THE BOILING CRAB



## CRAWFISH * SHRIMP * OYSTER * GUMBO

Louisiana Crawfish
The best tail in town

**Mon - Fri: 3PM - 10PM ● Sat - Sun: 12PM - 10PM**

14241 Euclid Street #C-116
Garden Grove, CA 92843

**714-265-CRAB (2722)**

13892 Brookhurst Street
Garden Grove, CA 92843

**714-636-4885**



www.theboilingcrab.com

# EXHIBIT F





# EXHIBIT G






contact us | myspace | employment opportunities | design by: gus rosales



# Menu

Blue Crab
Oysters (Raw)
Dungeoness Crab
King Crab Legs
Crawfish*
Shrimp
Fried Shrimp W/ Cajun Fries
Fried Catfish W/ Cajun Fries
Cajun Hot Wings
Gumbo
with or without Rice

*click here to see seasonings*

## Extras!
Corn on the Cob
Sausage
Cajun Fries
Xtra Condiments
(Garlic Butter, Butter, Ket/Mayo,
Mayo, G-Sauce, Ranch, Tartar)

\* Corn and Sausages added for 2lbs or more ONLY

## Thirsty?                    ☒ close

Soda (One Size) - Free Refills
(Coke, Diet Coke, Sprite, Ice Tea, Lemonade, Root
Beer)
**Domestic Beer**
(Budweiser, Bud Light, Michelob)
**Imported Beer**
(Heineken, Corona, New Castle)

**DINE IN**: A 15% gratuity will be added for parties of 6 or more
$20 minimum on all credit card transactions.

check us out on myspace

contact us  |  myspace  |  employment opportunities  |  design by: gus rosales

the Boiling Crab - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back

Address http://www.theboilingcrab.com/

Search   Favorites

## Contact

☒ close

**Email:** theboilingcrab@yahoo.com

**Myspace:** www.myspace.com/theboilingcrab

**Telephone:**

California:

**Boiling Crab (Euclid St.)**
(714) 265-CRAB (2722)

**Boiling Crab (Brookhurst St.)**
(714) 636-4885

**Boiling Crab (Alhambra)**
(626) 576-9368

Texas:

**Boiling Crab (Houston)**
(281) 988-4750

check us out on myspace

Menu

Contact

Locations

BITE ME

Join Our Crew

The Boiling Crab

contact us | myspace | employment opportunities | design by: gus rosales

Done

Internet





the Boiling Crab - Microsoft Internet Explorer

File  Edit  View  Favorites  Tools  Help

Back

Address  http://www.theboilingcrab.com/    Go

Search  Favorites

Done    Internet

# Our Story

[X] close

It all began in a little Southeastern Texas town called Seadrift. Seadrift, population 2000, was home to Yo'Daddy and family. The family of crabbers and fishermen labored in their boats year-round, catching oysters, crab and shrimp for the seafood industry. As toiling as the work was, every weekend, the men would come home and make sure that they enjoyed their catch of the week... boiling crawfish and crab... shucking raw oysters... grilling fresh fish.... always with a beer in hand.

The enjoyment of fresh seafood and spending quality time with family and friends extended, after Yo'Daddy caught the best catch of his life, Yo'Mama, in 1995. Yo'Mama, the consummate Midwest girl from Kansas, did not have as much exposure to the seafood delicacies that Yo'Daddy was to introduce to her. But, she did have the natural inclination to have friends and family over for joyous occasions that were always surrounded by good food-a-plenty. And one thing Yo'Mama does know is that she knows how to EAT!!!

With their flair for having a good time, warm hospitality, and knowledge of excellent seafood preparation, Yo'Daddy and Yo'Mama opened the first Boiling Crab in 2003. Now family and friends (and you, too!) can experience the fun and taste of New Orleans right here in Southern California. Their dream - that the Boiling Crab have the "best fall in town" and be the biggest ass-pinching, head sucking venue, this side of the Mississippi - has become a reality.

"Laissez Les Bon Temps Roulez" Let the Good Times Roll!!



## Locations

**OPEN 7 days a week!**

MON – FRI
3:00 PM – 10:00 PM

SAT – SUN
12:00 PM – 10:00 PM

Pick a State:

CALIFORNIA

TEXAS

CALIFORNIA

| **Boiling Crab #1** | **Boiling Crab #2** | **Boiling Crab #4** |
|---|---|---|
| 14241 Euclid St. #C-116 Garden Grove, CA 92843 | 13892 Brookhurst St. Garden Grove, CA 92843 | 742 W. Valley Blvd Alhambra, CA 91803 |
| (714) 265-CRAB (2722) | (714) 636-4885 | (626) 576-9368 |

Magnolia St.

Brookhurst St.

22

THE BOILING CRAB

Euclid St.

Westminster Ave.

Garden Grove Blvd.

Hazard Ave.

Harbor Blvd.

N / S / E / W

☒ close

check us out on myspace

contact us | myspace | employment opportunities | design by: gus rosales

the Boiling Crab - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back

Address   http://www.theboilingcrab.com/

Search   Favorites

Done

Internet

Menu

## Locations

OPEN 7 days a week!

MON – FRI
3:00 PM – 10:00 PM

SAT – SUN
12:00 PM – 10:00 PM

Pick a state:

CALIFORNIA

TEXAS

C A L I F O R N I A

### Boiling Crab #1

14241 Euclid St. #C-116
Garden Grove, CA 92843

(714) 265-CRAB (2722)

### Boiling Crab #2

13892 Brookhurst St.
Garden Grove, CA 92843

(714) 636-4885

### Boiling Crab #4

742 W. Valley Blvd
Alhambra, CA 91803

(626) 576-9368

☒ close

Magnolia St.

Brookhurst St.

THE
BOILING
CRAB

22

Euclid St.    Westminster Ave.    Garden Grove Blvd.

Hazard Ave

N
W    E
S

Harbor Blvd.

contact us  |  myspace  |  employment opportunities  |  design by: gus rosales



## Locations

**OPEN 7 days a week!**

MON – FRI
3:00 PM – 10:00 PM

SAT – SUN
12:00 PM – 10:00 PM

Pick a State:

**CALIFORNIA**

**TEXAS**

CALIFORNIA

**Boiling Crab #1**

14241 Euclid St. #C-116
Garden Grove, CA 92843

(714) 265-CRAB (2722)

**Boiling Crab #2**

13892 Brookhurst St.
Garden Grove, CA 92843

(714) 636-4885

**Boiling Crab #4**

742 W. Valley Blvd
Alhambra, CA 91803

(626) 576-9368

☒ close

Fremont Ave

San Bernardino Fwy

W. Main

Atlantic Blvd

THE BOILING CRAB

W. Valley Blvd

W. Mission Blvd

Garfield Ave

contact us | myspace | employment opportunities | design by: gus rosales



## Locations

**OPEN 7 days a week!**

MON – FRI
3:00 PM – 10:00 PM

SAT – SUN
12:00 PM – 10:00 PM

Pick a state:

CALIFORNIA

TEXAS
_____

**Boiling Crab #3**

8300 W Sam Houston Pkwy
S #268
Houston, TX 77072

(281) 988-4750

T E X A S

**Boiling Crab #5**

**DALLAS**, TX
COMING SOON!

Wilrest Dr

Bissonnet St

Bellaire Blvd

THE BOILING CRAB

W. Sam Houston Pkwy S

Beechnut St

Southwest Fwy

Gessner Rd

X close

check us out on myspace

contact us  |  myspace  |  employment opportunities  |  design by: gus rosales

