# EXHIBIT H



Address http://www.myspace.com/theboilingcrab

Home | Browse | Search | Invite | Film | Mail | Blogs | Favorites | Forum | Groups | Events | MySpace TV | Music | Comedy | Classifieds

## Boiling Crab



"make a cow happy..
EAT SEAFOOD!!!"

Male
27 years old
GARDEN GROVE,
California
United States

Last Login: 12/4/2007

View My: Pics | Videos

### Contacting Boiling Crab

| | | |
|---|---|---|
| ✉ Send Message | ⬛ Forward to Friend |
| ✉ Add to Friends | ⬛ Add to Favorites |
| ☎ IM / Call | ⬛ Block User |
| ☎ Add to Group | ⬛ Rank User |

**MySpace URL:**
http://www.myspace.com/theboilingcrab

WE TAKIN' OVER by DJ KHALED    01:32

### Boiling Crab's Interests

| | |
|---|---|
| **General** | FIESTA!!! |
| **Music** | tunes that make you wanna shake your tail feather and tap your feet |
| **Television** | sport channels, food network, mtv, family guy, american idol, oprah, dancing with the stars, the simpsons, and some more sport channels |
| **Groups:** | **The Boiling Crab Eater's CLUB!!!**  View All Boiling Crab's Groups |

### Boiling Crab's Details

| | |
|---|---|
| **Status:** | Single |
| **Hometown:** | Grove of Garden |
| **Zodiac Sign:** | Aries |
| **Income:** | $250,000 and Higher |



**Boiling Crab is in your extended network**

**Boiling Crab's Latest Blog Entry** [Subscribe to this Blog]

[View All Blog Entries]

**About me:**



www.VietCircles.com    YouTube

hop on the train and see where everyone is headed to!!!
serving louisiana **crawfish**, louisiana raw **oysters**, texas **blue crab**,
**dungeoness crab**, **king crab legs**, texas **shrimp**, and maine **lobster**
(seasonal) with our own **ORIGINAL** seasonings: rajun cajun, garlic
butter, lemon pepper, and the whole sha-bang. also serving **gumbo**,
**corn** and **sausages**.

new items added to the menu:
fried catfish
cajun hot wings
fried shrimp
cajun fries
king crab legs
san fran crab
potatoes
shrimp etouffe

COME JOIN THE FUN! we have some new items up our sleeves so don't
forget to ask about that. it's head suckn' tail pinchn' good.

catch us during the hours of
Monday thru Friday **3pm-10pm**
AND
Saturday thru Sunday **12pm-10pm**

you can find us in

CALIFORNIA

14241 Euclid Street
Garden Grove, CA 92843
(714)265-2722

13892 Brookhurst Street
Garden Grove, CA 92843
(714) 636-4885

742 W. Valley Blvd
Alhambra, CA 91803
(626) 576-9368

TEXAS

8300 W Sam Houston Pkwy
S#268
Houston, TX 77072
(281) 988-4750

Dallas, TX
COMING SOON!

ATTEN ON: check out our official website
www.theboilingcrab.com

we'll see you there!

**Who I'd like to meet:**

♥ you crazy seafood lovers ♥

send in your pictures so we can post them up

**Boiling Crab has 543 friends.**

| Nana THE Lau | Lucas | Nazty | julie |
|---|---|---|---|
|  |  |  |  |

# EXHIBIT I

| | |
|---|---|
| **From:** | Han Van [snowhv@yahoo.com] |
| **Sent:** | Wednesday, January 17, 2007 10:17 PM |
| **To:** | theboilingcrab@yahoo.com |
| **Subject:** | Location |

Do you have another location in San Jose, CA? I saw one in San Jose but wasn't sure if it was the same restaurant as the ones in Orange County.

Never miss an email again!
Yahoo! Toolbar alerts you the instant new Mail arrives. Check it out.

TBC 000155

# EXHIBIT J

THE BOILING CRAB
14241 Euclid St. #C-116
Garden Grove, CA 92843
714-265-2722

October 2, 2006

The Boiling Crab
393 N. Capitol Avenue
San Jose, CA 95133

To Whom It May Concern:

## UNLAWFUL USE OF "THE BOILING CRAB" TRADENAME

This letter is to inform you and your company that you are currently in violation of both the California State Penal Code and the California Business & Professions Code for your unlawful use of "The Boiling Crab" tradename.

You are hereby ordered to cease and desist the use of "THE BOILING CRAB" in any manner or form to identify your business.

**IF YOU DONNOT STOP USE OF "THE BOILING CRAB" WITHIN 10 DAYS WE ARE PREPARED TO FILE THE FOLLOWING CHARGES AGAINST YOU:**

(1) Penal Code Section 350
(2) Business & Professions Code Section 14208
(3) Intentional Interference with Contractual Relations
(4) Intentional Interference with Business Relations
(5) Intentional Interference with Prospective Economic Advantage

    You may be punished by a fine of more than fifty thousand dollars ($50,000), or by imprisonment in a county jail for not more than one year, or in the state prison for 16 months, or two or three years, or by both that fine and imprisonment.

**YOU HAVE EXACTLY 10 BUSINESS DAYS TO COMPLY WITH THIS REQUEST BEFORE WE BRING FORMAL LEGAL SUIT AGAINST YOU.**
If we do not hear from you after 10 business days, we shall assume that you have decided to ignore our demand.

Sincerely,
THE BOILING CRAB
A Registered California Entity

TBC 000273

# EXHIBIT K

# O R A N G E   C O U N T Y   R E P O R T E R

~ SINCE 1921 ~

600 W. Santa Ana Blvd., Suite 205, Santa Ana, California 92701-4542
Telephone  (714) 543-2027 ● Fax  (714) 542-6841

DADA NGO
SINHDARELLA L.L.C.
16130 WHITECAP CIR.
FOUNTAIN VALLEY, CA 92708

# **PROOF OF PUBLICATION**

(2015.5 C.C.P.)

State of California            )
County of Orange          ) ss

Notice Type:          FNS FICTITIOUS BUSINESS NAME

Ad Description:        THE BOILING CRAB

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter.   I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the City of Santa Ana, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of Orange, State of California, under date of June 2, 1922, Case No. 13,421.  That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/02/03,07/09/03,07/16/03,07/23/03

Executed on: 07/23/2003
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

---

This space for filing stamp only

# FILED

## JUL 2 5 2003

**TOM DALY, CLERK-RECORDER**

By_____ DEPUTY

---

OR#: 555166

**FICTITIOUS BUSINESS
NAME STATEMENT**
File No. 20036948061
The following person(s) is (are) doing business as:
THE BOILING CRAB, 14241 Euclid St. #C116, Garden Grove, CA 92843.
SinhDarella L.L.C. 16130 WhiteCap Cir, Fountain Valley, CA 92708-1843.
This business is conducted by Limited Liability Co.
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
SINHDARELLA, L.L.C.
/s/ DADA NGO, President
This statement was filed with the County Clerk of Orange County on June 13, 2003.
The registrant(s) commenced to transact business under the fictitious business name or names listed above on N/A.
NOTICE-This Fictitious Name Statement expires five years from the date it was filed in the office of the County Clerk. A New Fictitious Business Name Statement must be filed before that time.
The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under Federal, State, or common law (See Section 14411 et seq., Business and Professions Code).
Change List Previous No. 20036944750
07/02/03, 07/09/03, 07/16/03, 07/23/03
        OR 555166#

TBC 000213

# EXHIBIT L





# EXHIBIT M



# EXHIBIT N

The Boiling Crab

# EXHIBIT O



# EXHIBIT P



# EXHIBIT Q



# EXHIBIT R





# EXHIBIT S

 SEARCH THIS BLOG    GET YOUR OWN BLOG    FLAG?    NEXT BLOG»
SEARCH ALL BLOGS  BlogThis!

# Monster Munching

A blog about dining, cooking, and eating in and around Orange County, California.

**TUESDAY, APRIL 04, 2006**

### Boiling Crab - Garden Grove



A recent Chowhound find reported by jaydee and followed up by Hershey Bomar was **Boiling Crab**, a Cajun-styled, Vietnamese-owned, seafood boil restaurant located on the fringes of Garden Grove's Little Saigon.

Although the restaurant is <u>one of many Cajun crawfish joints to recently pop-up in the area</u>, on the Saturday night of my visit, it was filled to capacity and the wait list was two pages long.

Two doors down, a coin-op laundromat did its own steady business. And with **Boiling Crab**'s wait time lasting well over an hour, I estimate that a load of laundry was washed, dried, pressed and folded by the time our table was ready.

Since the restaurant took no reservations and its rectangular room was no larger than a stripmall *pho* joint, most of the crowd milled around outside, on the sidewalk. Those waiting and standing were predominantly college-aged Asians, who smoked like fiends and swore like sailors.

## About Me

 **Name:** elmomons
**Location:** Irvine, Cal United States

**View my complete prof**

**Advertise on my blog!**

*Your Ad Here, Starting at Only $10/week*

### Previous Posts

Pondok Kaki Lima at the Inn - Duarte

A Tale of Three Soft Tofu Restaurants - Irvine

Mr. Baguette - Rosemead

Cafe Hiro - Cypress - Lun its Fourth Anniversary

Growers Direct - Costa M

Jerry's Dogs - Santa Ana

Genki Living - Irvine

Breakfast at Ikea - Costa

Wholesome Choice - Irvir

The Magic Wok - Artesia Superpost

 Blogger

Ads by Google

The kitschy decor of the place, which feels like a hastily put together nautical theme night at the high school dance (a fake anchor here, a fishing net and a life preserver there), seemed contradictory to the crowd.



The point of the evening was not to bask in the theme park ambience, but to feast on crawfish, shrimp and crab. Small mountains of spent shells, heads, crawlers, and bald corn cobs littered the tables, along with sweaty bottles of Coronas and sytrofoam cups of soda-pop.

Upon being seated, butcher paper was laid out on our tabletop for soaking up stray juice. Asking how we should order, our young waitress explained that the rule of thumb is a pound of crawfish per person at a market price of $7.99/lb. The first two pounds includes one small corn on the cob and sliced Cajun sausage.

We ordered three pounds of the mudbugs seasoned with "The Whole Sha-Bang", a mixture of hot Cajun rub, roughly diced garlic, lemon juice, and melted butter. We also asked for some extra corn ($0.50 each) and sausage ($2.99).

**Alaska King Crab Legs**
Free Shipping! Wholesale - Colossal King Crab Legs direct from Alaska.
www.great-alaska-seafood.com

**Gambys Stone Crab Shack**
We catch, cook, and ship fresh Florida stone crab the same day.
www.freshfloridastonecrai

**Riggins Crab House, FL**
Maryland Style Steamed Crabs Garlic Crabs, Softshell, Live Crabs
www.rigginscrabhouse.co

**Hard Shell Crabs**
Fresh Live/Steamed Crabs Next Day Delivery - Guaranteed
www.iLoveCrabs.com

Advertise on this site

**Dining Out Index**

368 Noodle House

Aji Grill

Alertos

Aloha Hawaiian BBQ

Ay-Chung Noodle

Bangkok Taste

Banh Mi Che Cali

Bluefin

Boba Smoothie

**TBC 000143**



Peering through the clear plastic bag, the crawdads looked like aliens, the kind which leap out during the climax of a movie to chew on people's faces. But it was us who decimated them. We twisted the heads off the buggers, wrapped our puckered lips around them, and sucked out the fatty/spicy juice from the skull, laughing like maniacal madmen.

To get at the pasty tomalley beneath the thorax, we pried the feelers apart from the body, ripping it off with a sickening crunch. Their pea green innards had a mossy taste, faintly sweet and swampy.

The tail we saved for last. This was the money meat. We pinched the aft section of the dorsal fin to force the succulent morsel out, and detached it daintily with two fingers. The thimble-sized hunk of flesh was tiny like a shrimp, but tasted like its bigger cousin, the lobster.

However, our assertion of dominance on the food chain was short-lived, as the mudbugs exacted its own revenge against us. Its weapon of choice was the pepper red brew it wore like a protective force field, which left our lips throbbing. Thankfully, the "mild" spice level we chose was only pleasantly numbing at this stage of heat, but at higher dosages it would be downright radioactive and lethal.

Boiling Crab
Brodard
Bua Siam
Cafe Hiro
California Fish Grill, Cyp
California Fish Grill, Irvir
Captain's Table at OCC
Chat Noir
Chicago's Best
China Garden
Chuao Chocolatier
Chowking
Claro's Italian Market
Com Tam Thuan Kieu
The Cravery
Crescent City
Dosa Place
Ebisu Mendokoro
El Pollo Inka
El Rocoto
Farmer Boys
Fatburger
Fisherman's Restaurant
French 75 Brasserie
Fukada
Gabbi's Mexican Kitchen
GaJa Okonomiyaki
Genki Living
Greek Island Grille
Growers Direct
Hakata Ramen
Honda Ya
Hong Kong Fishball Hous
Houston's
IKEA

**TBC 000144**



In the end, we had built our own little hills of litter piled high with the hollowed out shells of crustacean carcasses, soiled WetNaps, and a bill which was comparatively smaller than the carnage we left behind.

But in a last ditch effort of insolence, notice what those little mudbugs managed to get the nice servers to print on the receipt.

```
TABLE #: table 7c

        BOILING CRAB
     14241 Euclid Ave. #C-116
      Garden Grove, CA 92843
       714-265-CRAB(2722)

INVOICE # 794
DATE\TIME: 3/18/2006 9:27:44 PM
SERVER: YO MAMA
STATION: 01
PARTY SIZE: 3
===============================
3   CRAWFISH2*              $23.97
       SB
       MILD
1   SAUSAGE (12)*           $2.98
2   CORN*                   $1.00
2   SODA*                   $2.00
1   H2O                     $0.00
-------------------------------
SUBTOTAL                   $30.76
Tax1                        $2.38
GRAND TOTAL                $33.14

Opened: 3/18/2006 9:27:27 PM

Ya'll come back now, Ya'hear?!
```

"Yo mama," indeed! You may have won this round, my wily adversaries,

India Cook House
Indo Kitchen
Irvine Tofu House
Jerry's Dogs
JJ Bakery & Cafe
Jollibee
Kaya Tofu House
Kim Loan
King's Fish House
Koba Tofu Grill
Korean Dae Myoung Ok
Krua Thai
Le Chef de Continental
Lollicup
Lonestar Steakhouse
Los Cotijas
Lucques
Magic Wok
Maki-Zushi
Malibu Fish Grill
Manila Sunset
Mastro's Steakhouse
Memphis Soul Cafe & Bar
Mitsui
Mr.Baguette
Nalu's Island Grill
New Capital
Nice Time Deli
Niki's Indian Food
Noodle Avenue
Nory's Peruvian Restaura
Original Mike's
Pagolac
Park Avenue Dining
Pho Bac Ky, Irvine

TBC 000145

but I'll be back later with more friends and lemon wedges.

Boiling Crab
(714) 265-2722
14241 Euclid St # C116
Garden Grove, CA 92843

posted by elmomonster @ 5:45 PM          30 comments

## 30 Comments:

At 8:09 PM, onetomato said...

no offense...but that is the most disgusting sounding meal i've ever heard of....*shudders*

At 10:13 PM, dietchilicheesefries said...

damn elmo looks like something out of Predator or Aliens... and you ate it... nice

At 12:41 AM, Passionate Eater said...

With the messy look of those "crabs in a bag," it's great to know that you could just pop in next door and wash your dirtied shirt (dirtied with cracking open the messy shell fish)!

I feel mildly disappointed that they don't have any other sides other than "one" corn on the cob and "one" Cajun sausage. They should have potatoes at least, or maybe some cornbread to go with the crawfish. But I guess the caked-on seasoning mess constitutes a side dish in and of itself.

At 7:57 AM, joy said...

Crawdads are on the list of things I haven't gotten around to eating because (1) I didn't eat seafood, not willingly at least, for the first 25 years or so of my life and it's taking a while to make up for lost time, and (2) I didn't know how to extract the food content from the protective covering. But no longer! In fact, inspired by your vicious attack on these creatures, I found the following web site that shows pictures of the approach (albeit in tasteful, comic book form):

http://www.cajuncrawfish.com/page.cfm?sct=howtos&pg=eating

Watch out you spicy crawdaddies, here I come...

At 8:13 AM, Kirk said...

Pho Bac Ky, Tustin
Phoenix Food Boutique
Phuong Trang
Pondok Kaki Lima
Pupuseria San Sivar
Quan Hop
Ramayani
Robata Yakitori
Royal Khyber
Saigon Grille
Sanamluang Cafe
Santoka Ramen
Sea Harbour
Spago
Stricklands
Super Corokke
Sushi Shibucho
Tan Huong
Ten Ten Seafood
Thai Nakorn
Thanh Mai
The Hat
TK Burger
Toko Rame
Tommy's Sushi
Trabuco Oaks Steakhouse
Tropika
Uptown Kabob
Waikiki Hawaiian Grill
Wat Thai Temple
Wholesome Choice
Zankou Chicken
Zesty Thai
Zon Baguettes
Zov's Bistro

**TBC 000146**

Wow some bugs & brews don't sound too bad...especially if Yo' Mama made them! I don't do the heads though....

At 8:49 AM, elmomonster said...

onetomato,

It's certainly not a meal for everyone. It's a good thing they gave me a bib...juice and guts everywhere! Seasoning stuck underneath my nails. Sweat beading up my brow.

DCCF,

Aliens is exactly the movie I was thinking of...you really get close and personal with these things, more so than lobster or shrimp.

PE,

I know! I was sooo bummed there were no potatoes! And I thought it was kinda weird that they just don't include a corn and sausage for every pound of crawfish bought, instead of just the first. But I guess that's how they keep the price low and how they can earn some incremental revenue on offering extra corn and sausage. By comparison, one place I used to go to a lot in Long Beach, called Crab Pot, included everything -- shrimp, clams, crab legs, sausage, corn and potatoes...but they charged a flat $25-$30 per person!!!

Joy,

HAHA! That comic is hilarious! I think I remember a similar cartoon appears on Boiling Crab's wall as a poster. It's definitely more visceral and messier in practice. My taste and tactile memory of that experience is still vivid even though my visit was more than 2 weeks ago.

Kirk,

They have blue crabs and shrimp sold by the pound too...I am definitely going to try them next. I think the most cost effective in terms of meat to dollars would be the shrimp. The crawdads tail meat accounts for only 20% of the total weight.

At 4:07 PM, ChristianZ said...

Perhaps Yo Mama is the Vietnamese answer to YoYo Ma.

At 8:24 PM, MEalCentric said...

**Cooking In Index**

Chicken Karaage a la Che

Homemade Carcinogenic Fries

Tempeh - The Amazing Fermented Soybean Cake

Baked Mussels in Dynami

On Cooking Longanisa

How to Cook Fish

**Eating Stuff Index**

99 Ranch's Chicken Cold

Asian Junk Food

Assal Pastry's Cakes

Banh Mi Che Cali's Desser

El Gallo Giro's Tortilla Ch

El Pollo Loco's Flan

HK Market's Bulgogi

Le Croissant Dore's Fruit

Mitsuwa Marketplace's Be Boxes

More Asian Junk Food

Sam Woo's Takeout

**Non-California Adventu**

Blimpy Burgers - Ann Arb

KTA Super Stores - Hilo,

Lotus of Siam - Las Vega:

Tao Asian Bistro - Las Ve

Zingerman's Delicatessen Arbor, MI

**Memes Index**

Childhood Memories Men

Five Cookbooks Meme

Things to Eat Before You Meme

**TBC 000147**

Thanks for the review Elmo, I was wondering about this place. I gotta
say though, the plastic bag makes it sorta unappetizing. When I was in
New Orleans, they would give you the same meal but on a plate,
rather than in a bag so you dont feel like your opening a bag of dead
bugs. But still, for that price, I would be willing to overlook that minor
problem and chow down. Looking forward to trying this out

At 12:04 AM, Seth Chadwick said...

elmo,

I think I am going to nominate this post for some food blogging award
next year. LOL!

You are a great master of the tale and you survived the onslaught of
the aquatic aliens.

Sounds like the perfect place for J. to tell me all about. :o)

And, it has to be someone's mama, no?

At 12:52 PM, elmomonster said...

Christian,

If Yo Yo Ma's mother was named "Yo", she'd have to introduce herself
as "Yo Yo Ma's Mama, Yo".

Mealcentric,

Yeah, presentation is definitely not their strong suit. The soft drinks
come in cheap fast-food sytrofoam cups. I'm also betting the
jambalaya is served on Dixie plates.

Seth,

Thanks Seth! But I think your Mastro's post is going to edge me out. I'm
still savoring every word of your post as I type this.

At 1:31 PM, eatdrinknbmerry said...

Elmo, i've never tried crawfish but I definitely want to now. Contrary
to what others are saying about the plastic bag presentation - I like it!

At 5:26 PM, elmomonster said...

EDBM,

One thing that plastic is good for, if you don't finish, you have an

**Site Feeds**

Atom Site Feed

RSS Site Feed

**TBC 000148**

instant doggie bag...

But seeing as how crawfish is mostly shell and head, I doubt anyone will have leftovers.

At 8:07 PM, dietchilicheesefries said...

if it bleeds... you can kill it...

Governer Schwarzenneger

At 8:43 AM, elmomonster said...

*Foreigners cannot enjoy our food, I suppose, any more than we can enjoy theirs. It is not strange; for tastes are made, not born. I might glorify my bill of fare until I was tired; but afer all, the Scotchman would shake his head, and say, "Where's your haggis?" and the Fijan would sigh and say, "Where's your missionary?"*

- Mark Twain

At 11:14 AM, Daily Gluttony said...

"Cajun-style", "Vietnamese-owned"...just the thought of that is so intruiging that it makes me wanna check it out!

At 7:02 PM, hbgrrl said...

Whatta bunch of babies!!
Plastic bag? Feh!
heads on your meal??
meh!
juice and guts everyhwhere?

You're my kinda guy!!
Elmo...I'm seriously in love.

At 12:02 AM, elmomonster said...

Pam,

That potential of Cajun and Vietnamese fusion was pretty tempting for me too. Although I don't know if there's much Vietnamese flavor in the food, the prices are definitely indicative of a typical Vietnamese dive.

hbgrrl,

LOL! Amen! If were possible for the crawfish to be eaten whole, like I do shrimp, I'd a done it!

**TBC 000149**

At 11:53 AM, Anonymous said...

I am in love... affected by the tastegasms...=)

At 8:51 AM, elmomonster said...

Anon,

Tastegasms?! I think you just coined a brilliant new word!

At 4:58 PM, Jeni said...

Oh man. When I went N'awlins last summer to visit my one big
Vietnamese uncle, the one thing I wasn't able to eat were crawfish.
Crawfish, unfortunately were out of season. Cajun and Vietnamese go
together just like my big boy Uncle Loi. ;) I'm gonna try and check this
place out.

I think "Yo mama" is the coolest server's name. But if I had a server
name, it'd be "Yo mama's mama!" Oh snap!

At 3:28 AM, Anonymous said...

ahhh, disgusting the meal may sound and as alien as they may look the
messy mudbugs were DEEEE-licious! i'm from New Orleans myself and
this stuff is even better than MY mama's! The plastic bags were not as
"unappetizing" as Mealcentric thinks..especially once you see these
beautiful mudbugs marinating in the spicey juices.. *licking my
lips*..besides i think a place like this doesn't need good presentation..
the cool jams and good eats for that price was well worth the drive
from LA. I'm just left wondering if they have "Yo'Mama" ...you think
there's a "Yo'Daddy"?!

-Searching for "Yo'Daddy"

At 5:14 PM, elmomonster said...

jeni and anon,

Yo mama! Yo daddy! Yo kids! Everyone should like these bugs!

At 3:35 PM, Eddie Lin said...

elmo,

just catching up on your posts. i love this one. the last time i had a
crawdad boil was in houston, tx. i'm really happy there is one just
south of LA, los angeles, that is.

At 7:41 AM, elmomonster said...

TBC 000150

Eddie,

As far as I know, the family that owns it used to hail from Houston. So this is the real deal!

At 1:33 AM, Anonymous said...

Cafe Artist is way better than Boiling Crab. Much more flavorful, and it was the first to open.

http://www.ocregister.com/ocr/2004/12/31/sections/entertainment/et_dining_nightlife/article_361331.pl

Great blog!

At 1:36 AM, Anonymous said...

oops, that's

http://www.ocregister.com/ocr/2004/
12/31/sections/entertainment/
et_dining_nightlife/article_361331.php

At 2:35 PM, Anonymous said...

i have been to this restaurant and is really kick back. you can get down and dirty and no one will be looking at you weird. what is so nasty bout putting seafood in a plastic back? i personally think is way cleaner than plates. it is a fun enviroment because everyone is laughing and having a good time getting their hands dirty. $2 BEERS? that is way cheaper than most places. the price cant get any cheaper for seafood and they arent cheap with their portions like most restaurants. they may not serve so much sides but hey you know their food is off the hook when the waiting list is up to an hour or more! YOU WANT POTATOES THAN GO TO RED LOBSTER OR OTHER SEAFOOD RESTAURANTS AND PAY 20 BUCKS MORE. after all they are known for their crawfish not pototoes or anything else!

At 6:39 PM, Anonymous said...

the only comment for this place is you gotta go try it yourself. If you can't handle the spices then may be it's best to leave for those who loves it. Trust me i can admit this addiction.

At 9:48 PM, jx said...

My woman and I are hooked on this place. We get 2 pounds of the whole sha-bang crawfish, 1 pound whole sha-bang shrimp, and she just has to have her lemon pepper shrimp. That's 4 lbs between the 2 of us only!

**TBC 000151**

Oh yeah, we usually stop by Cajun Corner as well to get some clams since this place doesn't serve clams. What can I say, what my baby wants, we go..:) You do get sausage and corn for 1 pound at CC. Gotta try the Long Beach spot though.

At 6:24 PM, Anonymous said...

It was about back in september when I first read this blog. I have been completely addicted ever since. I go almost every week and I live 50 miles away from the place.

If you have never gone there, I would advise ordering your seafood "whole she-bang" and Medium heat. my personal order is 2lb. crawfish and 1 dungeoness crab.

Garden Grove location now offers, Shimp etouffee, Fried Catfish, Cajun Hotwings, Cajon fries.

They also are working on getting lobster tanks and will be offering them around $13/lobster (1lb lobsters)

The oysters are a great value around ($1/oyster) served cold over ice with lemon/salt pepper and g-sauce which tastes like worstershire and ketchup.

Beers, you can't beat the price at $2 a bottle.

Blue crab, I wouldn't personally recommend as they yield little meat. (they are VERY high in vitamin b12)

Crawfish are awesome and your server lets you know if they are previously frozen or not.. Don't be scared off by frozen ones because while they are not as good as fresh, they certainly don't dissapoint.

Dungeoness crab is my absolute favorite.. they are typically around 2lb each and will cost you around $16 per crab. Absolutely delicious and served as they should be, completely in tact! A plus for those who love tomale(innards)

Boiling crab is a place you will either probably not like or become completely obsessed with.

Post a Comment

<< Home

**TBC 000152**

# EXHIBIT T

# EAT & DRINK



## WHERE TO EAT NOW

### BY JONATHAN GOLD AND MICHELLE HUNEVEN

**DOWNTOWN L.A./CHINATOWN/WESTLAKE**

**GOLD 9.99 ★★ Ciudad** Glistening oysters at happy hour. Fatally strong mojitos. Peruvian-style ceviches and Bolivian-style tamales, Caribbean paella and a classic *pescado Veracruzano*, Bahia-style *moquecas* and a *fritanga* that would knock them silly in Managua. Ciudad, the Pan-Latin downtown outpost of Mary Sue Milliken and Susan Feniger, may be all things to all people, but especially to all people whose pleasures include bending an elbow every now and then. 445 S. Figueroa St., downtown, (213) 486-5171. Mon.–Tues. 11:30 a.m.–9 p.m., Wed.–Thurs. 11:30 a.m.–10 p.m., Fri. 11:30 a.m.–11 p.m., Sat. 5–11 p.m., Sun. 5–9 p.m. Full bar. Valet parking. AE, D, MC, V. Pan-Latino. $$ ☺☺

**GOLD 9.99 ★★ Haru Ulala** Los Angeles is in the middle of an *izakaya* renaissance, an explosion of intimate, beer-soaked taverns flipping out beakers of sake, small plates of tofu and braised seaweed, and small, oily grilled fish of every description. Haru Ulala, a neighborhood izakaya affiliated with the nearby Go-Ya sushi bar, may have neither the encyclopedic sake list nor the fancy seafood selection of some other restaurants, but the steamed cow tongue, yellowtail with daikon radish, and simmered Kurobuta pork belly are delicious, the green-tea noodles are soothing, and the restaurant is open very late on weekends. 368 E. Second St., downtown, (213) 620-0977. Mon.–Thurs. 6 p.m.–mid., Fri.–Sat. 6 p.m.–2 a.m. Street parking. AE, MC, V. Japanese. $$ ☺

**SILVER LAKE/LOS FELIZ/ECHO PARK**

**Millie's** As several generations of Silver Lake hipsters can attest, Millie's was designed to cure hangovers the way that penicillin was designed to cure syphilis, a hot, crowded, under-ventilated slice of culinary purgatory that cuts straight to the heart of the problem. Swear by the grease cure? Millie's chicken-fried steak with 40-weight gravy is there for you. Believe in a check to the system? An extra-spicy Devil's Mess omelet, which comes with therapeutic doses of everything in the kitchen, may do the trick. Bacon and strong coffee the ticket? You've come to the right place. 3524 W. Sunset Blvd., Silver Lake, (323) 664-0404. Open daily 7:30 a.m.–4 p.m. No alcohol. No liquor. Street parking. American. $$ ☺

**Say Cheese** A dual storefront in Silver Lake houses this gourmet store on one side and espresso cafe on the other. The lunch menu features salads, sandwiches, quiche and the house specialty, tartiflette (baked sliced potatoes with onion and bacon topped with melted reblochon cheese and served with a mixed green salad). The gourmet shop tempts with a notable variety of pâtés (including duck foie gras at a dizzy-making $106 a pound), olives and, of course, a handpicked selection of French cheeses. 2800 Hyperion Ave., Silver Lake, (323) 665-0545, fax (323) 665-6465. Open Mon.–Sat. 8:30 a.m.–9:30 p.m. (store open until 6:30), Sun. til 9 p.m.–9 p.m. No alcohol. Lot parking. AE, MC, V. Sandwiches $8–$9.50. MHL ☺

**HOLLYWOOD/MELROSE/LA BREA/FAIRFAX**

**Antequera de Oaxaca** The place specializes in botana — bar munchies, more or less, served in a restaurant without alcohol. The botanas are assembled onto a bap combination plate for one, two or four people: crunchy balls of chorizo, dried beef, professional-strength slabs of fried pork rind, a tangle of shredded string cheese, Oaxacan chile relleno stuffed with a sweet-sour chicken stew, and chunky, rustic guacamole. The pace is just right. The dining room is pleasant. And the plate is enough for two or three hungry people. 5200 Melrose Ave., Hlywd., (323) 466-1101. Open daily 9 a.m.–8:30 p.m. No alcohol. Street parking. MC, V. Oaxacan. $$ ☺

**GOLD 9.99 ★★ Magnolia** Magnolia is the very model of a useful restaurant, open after the chichi close but prepared to make you eggs Benedict for brunch the next day, suitable both for a first date and an impromptu burger after a movie at the Arclight, with a roadhouse dining room suited to long conversations and an indoor one so loud that conversation is moot. The wine list is short and pleasant. The menu of big salads, hearty pastas, hummus with pita, and pan-seared halibut is probably the sort of thing you could assemble yourself out of ingredients bought from Trader Joe's, but the kitchen does a pretty good job — and the point is to be out, with music, cocktails and your friends. 6266 1/2 W. Sunset Blvd., Hlywd., (323) 467-0660. Open daily 11 a.m.–2 a.m. Full bar. Valet parking. AE, MC, V. California Contemporary. $$ ☺ ☺

**MID-WILSHIRE/KOREATOWN/CENTRAL LOS ANGELES**

**GOLD 9.99 ★★ A-Won** Just south of L.A.'s oldest Thai-restaurant neighborhood, tucked away in a mini-mall where the Luxuries pack together as tightly as grains of rice in a bowl, A-Won is one of Koreatown's oldest sushi restaurants, a temple of raw halibut and sliced chiles, a serene but well-worn place where the high-backed booths are as private as little cabanas and the soju flows like water. Marinated sea cucumber, massive portions and the habit of eating sashimi with raw garlic have their fans, but the great Korean contribution to the world's sushi kitchen is probably raw dap.



## MOOD METER

- ✱ New to the List
- ☾ Not Rich, But Adventurous
- 🕯 Candlelight Dinners... on a Budget
- $$$ This Is Getting Serious
- $$$ Hey, Big Spender
- ☾ Late-Night
- 🌿 Veggie-friendly
- 🎉 Loves to Party
- ★★★★ Jonathan Gold's 99 Essential L.A. Restaurants

---

In the 18 hours and 43 minutes since my last meal at **Boiling Crab**, I have taken three showers, washed my hands thirty-seven times, soaked in the juice of four lemons and scrubbed twice with a stainless-steel bar. I have brushed my teeth six times, flossed five and gargled with Listerine and Plax. My khakis are in the midst of their second round with Snuggles the fabric-softener bear, and my shoes have been quarantined on the back porch. I would like to think that I will be ready to reconnect with the outside world soon, but my son scooted away rather quickly when I dropped him off at school this morning, and the cat regards my fingers with an ominous hunger in her eyes.

The Los Angeles restaurant world has long been a place of improbable carom shots, but even here the Boiling Crab, a Cajun seafood restaurant opened by a Vietnamese family from southeast Texas and serving a young Chinese clientele, is unprecedented in the complexity of its resonances: Southeast Asian seafood culture colliding head-on with Franco-Acadian cuisine, Tabasco running into the bird pepper, spicy Vietnamese-Chinese crabstyles bleeding into the swamp cooking of the American South. The wait for a table often exceeds an hour. The beer is cheap. You are never farther than a couple of feet from a flat screen showing the game, but the soundtrack is loud rock & roll and the neon signs and graffiti-

> Big plastic bags of seafood plopped down in the middle of the table — **shrimp and crab and crawfish ready to be plucked from the bag and dismembered,** heads smashed and sucked, meat stripped from smoking-hot shells until you reach a gross seafood satori.

scarred walls are college-town juke-joint funk — a New Iberia seafood patio whose parking lot happens to be thronged with Lexuses and souped-up Scions instead of F-150 trucks.

The vast, swampy stretch of Cajun Louisiana between New Orleans and the Texas border has always been known for its seafood, especially at the "boiling points" that pop up in prefab metal buildings practically everywhere around the countryside, especially during prime springtime crawfish season. At a boiling point you can get boiled potatoes and corn on the cob, and usually spicy shrimp or crab, sold by the dozen or by the pound. What you usually get, of course, is crawfish, bright-red and ominous looking, boiled in a vat of peppers and bright spice, occasionally including the odd tub of Tabasco-pepper mash imported from the factory in New Iberia but always spicy

# Red

## *Shell games at*



enough to knot your insides and scorch your lips.

At Boiling Crab, you choose seafood, all sold by the pound or three, boiled with your choice of supersaturated garlic butter, lemon pepper or a fiery Cajunesque seasoning that will stain your fingers and seep out of your pores — or more likely what the restaurant calls the Whole Sha-Bang, a mixture of the three. (It is good to remember that what the restaurant calls spicy is extremely spicy, of an intensity that more or less blots out the flavor of the seafood. Medium-spicy is fine.) There are French



Ripped frenzy: The Boiling Crab in action

fries, seasoned with a spicier version of the stuff that coats barbecue potato chips, fried chicken winglets and boiled corn on the cob. The waiters seem to take special pride in the restaurant's refusal to serve bread, and I suspect that even a Five Easy Pieces gambit — a cup of rice and gumbo, hold the gumbo — would be insufficient to get you an order of rice. It may take four or five attempts to get a glass of ice water, but a second beer appears on the table almost before you have a chance to open your mouth.

If you haven't been here before, the extreme informality of the service may be a little off-putting, big plastic bags of seafood plopped down in the middle of the table and not a utensil in sight, shrimp and crab and crawfish ready to be

---

# MAGICAL MYSTERY TOUR
### Bastide reopens

To the small, food-obsessed population of Angelenos who know the difference between a silver Jabugo ham and a chunk of mere *jamon serrano*, Bastide is the Montrachet-slinging equivalent of Willy Wonka's chocolate factory, with *Space Jam* auteur Joe Pytka, its mad proprietor, taking the place of the estimable Mr. Wonka.

When Bastide opened half a decade ago, its chef, Alain Giraud, redefined what California-Provençal cooking might be, only to be replaced abruptly by Ludovic Lefebvre, who introduced molecular gastronomy to the Los Angeles kitchen. The all-French wine list was of unmatched depth. And then, as suddenly as it opened, Bastide closed, and many months went by while French design star Andrée Putman tweaked her postrustic minimalist interior to include treasures from Pytka's art collection; Walter Manzke, an ex-Patina

chef who had become a locavore cult figure in the Monterey Bay area, took over the range, and Pieter Verheyde, the former sommelier at Ducasse in New York, assumed control of the wine list. It was the most famous nonoperating restaurant in America.

Pytka opened the doors last week, and the former customers began to creep back — dinner may start with a glass of Champagne in an empty garden, the music of Louis Armstrong drowned out by the noise of steamrollers, before you are ushered into an equally empty dining room decorated with tchotchke-laden leafless birchtree trunks (by Russian artist Nicolai Ovtchinnikov) as a few more people trickle into the restaurant.

The menu is prix-fixe, $100 for seven courses. There is as yet no wine list, so for the moment matching wines are poured with

TBC 000156

# COUNTER INTELLIGENCE
### BY JONATHAN GOLD

# Scare

*Boiling Crab*



*It bites back.*

PHOTOS BY ANNE FISHBEIN

plucked from the bag and dismembered, heads smashed and sucked, meat stripped from smoking-hot shells until you reach a gross seafood satori.

The restaurant claims that all the seafood is delivered fresh daily, but crawfish is not in its peak season right now, although the plump Gulf shrimp may be at its best. Alaskan king crab legs respond extremely well to the Boiling Point treatment. Dungeness crab may also be out of season, but the plump, sweet backfin meat hidden inside the shell is still pretty great with garlic butter. It is a primal, satisfying feast.

But even the cat, fond as she is of fish guts, would recoil at the aftermath of a Boiling Crab dinner, a wax-paper tablecloth piled high with shrimp shells and mangled crawfish carapaces, oozing green crab guts, scarlet antennae and shattered claws, spiky shards of chiton, orange bits of liver and dismembered spinnerets, and a dozen human elbows smeared with garlic, peppers and the stinking viscera of a hundred former animals, a scene that makes an abattoir seem as civilized as croquet. I can hardly wait to return. ⊞

*Boiling Crab, 742 W. Valley Blvd., Alhambra, (626) 576-9368, www. theboilingcrab.com. Mon.–Fri., 3–10 p.m.; Sat.–Sun., noon–10 p.m. MC, V. Beer. Takeout. Severely limited lot parking. Dinner for two, food only, $30–$40. Recommended dishes: shrimp, crab, crawfish.*

each course, and unless you are the type of connoisseur who claims familiarity with Hungarian Királyleánykia, there will be things you have never tasted. The servers are dressed to the nines, as if dinner were one of those parties in *Eyes Wide Shut*; the music toggles between Cole Porter and Fleetwood Mac.

As in the last incarnation of Bastide, the food wobbles on the edge between familiarity and utter weirdness, things like a shot glass of clear, salsa-flavored tomato water, a sliver of tortilla chip, an espresso spoon of lobster, a squidge of guacamole and a scoop of salty lime sorbet in a shot of tequila — a deconstructed Baja lobster taco. Or tiny squares of sliced *hamachi* laid out in a mosaic, each dotted with numbing sancho pepper, dusted with salt grated from a massive Peruvian rock and served with a sake-oyster slushy: a take on a Peruvian *tiradito*. Tomato salad is moistened with tomato water for extra intensity. A Thai plate includes creamy corn soup poured from a press coffee pot over a bit of Alaskan king crab, a fresh spring roll and a remarkably spicy crab-peanut salad. Warm shavings of abalone are garnished with shaved raw shiitake mushrooms, potato gnocchi and brown butter, an improvisation from the school of Joachim Splichal. Lamb — is, well, lamb, but a remarkably luxurious version of itself, probably cooked for hours at low temperature. Many, many cheeses. Dessert. A fifth or sixth glass of wine, probably a vintage port. And then out on the street, wondering exactly what you had been doing over the last three hours. *8475 Melrose Pl., LA, (310) 392-9571.*

*—Jonathan Gold*



Hollywood Welcomes Back The 6th Annual

PRECIOUS Cheese

Hosted By: Jimmy Kimmel & Adam Carolla

# Feast OF SAN GENNARO
## LOS ANGELES

PRESENTED BY Ralphs

## ITALIAN FOOD, MUSIC, CULTURE, RIDES and GAMES

# SEPTEMBER 28 – 30, 2007
## 11am – 10pm
### 1651 N. Highland Ave., Hollywood, CA 90028
One block south of Hollywood and Highland

$5 Admission*
*Kids under 12 free   *student discounts

## Prima Notte

# VIP GALA SEPTEMBER 27
Join us the night before the feast for a star-studded Fundraising Gala and Auction to support the San Gennaro Foundation, established to aid children and families in need in the Los Angeles area.

## Honoring

The Original Jersey Boy
**FRANKIE VALLI**

CEO of John Paul Mitchell Systems
**JOHN PAUL DEJORIA**

For Prima Notte Tickets visit:
# www.feastofla.org
or for more information call 818.508.0082

Special Musical Performance by: FRANKIE VALLI

All proceeds benefit the San Gennaro Foundation, an established 501c3 non-profit organization. Under the auspices of the Italian Consulate, Istituto Italiano di Cultura, NIAF, IACCW, OSIA, Hollywood Entertainment District, Hollywood Chamber of Commerce, LA Inc., The San Gennaro Foundation presents

Ralphs   PONTIAC   Holiday Inn   PERONI   Metro

TBC 000157

# EXHIBIT U

Orange County Weekly - Mmm . . . Vittles



Search **search**...

ADVANCED SEARCH

| HOME | NEWS | COLUMNS | MUSIC | FILM | CULTURE | BEST OF | FOOD |

· INVESTIGATIONS

FEATURED ARCHIVES

**MMM . . . VITTLES**

BY STAFF

*Thursday, September 20, 2007 - 3:00 pm*

**BEST OF OC**

PRINT    E-MAIL

CONTINUED FROM PAGE 3

Slightly reminiscent of London's Portobello Road Market, Long Beach's Olives Gourmet Grocer is like your very own reasonably priced version of Bristol Farms or Gelsons. With dozens of schmancy spreads, olive oils, sauces, a smattering of fresh produce, jams, Barefoot Contessa baking mixes, fine wine and more to choose from, you'll give up completely the Albertsons and Ralphs chain stores of yesteryear.

*Best Grocery Store for Live Seafood*
**99 Ranch Market**
**Euclid Plaza**
**651 N. Euclid St., Anaheim**
**(714) 776-8899**
www.99ranch.com

Major chain grocery stores such as Ralphs tend to have pitiful seafood selections that lean toward any number of unpleasant-looking imitation-crabmeat dishes. But at this Asian grocery store, the ocean comes to life, with tanks full of writhing, breathing tilapia, catfish and lobsters, not to mention basins of still-moving crabs (Dungeness and stone), twitching mussels (green and black) and oysters (replete with numerous health warnings, so choose carefully). If you don't like to be on hand when your dinner-dish-to-be bites it, there are plenty of already-dead fish, too, and they can be fried for free between 10 a.m. and 8 p.m. Don't feel like preparing something so large? Hit up the food court, which features steamed buns, sushi, whole fried shrimp and entire roasted ducks with crispy heads still attached. Or if you'd rather skip the main course, head to the ice cream aisle for flavors you've never heard of (ube-macapuno twirl? jackfruit with cashew?) and might never have wanted to (avocado). (Note: This blurb describes the Anaheim location, but there are also two branches in Irvine.)

*Best Place to Get Crabs*
**Captain Jack's**
**16812 Pacific Coast Hwy., Sunset Beach**
**(562) 592-2514**

Because Paris Hilton doesn't live in OC, the award for best place to get crabs had to go to Captain Jack's. Famous for their Alaskan king crab legs, the restaurant serves up monstrous portions of the hard-shelled crustacean. Although the price tag is high (about $40), it is worth every penny.

*Best Crawfish*
**The Boiling Crab**
**13892 Brookhurst St., Garden Grove**
**(714) 636-4885**
**14241 Euclid St., Ste. C-116, Garden Grove**
**(714) 265-CRAB**
www.theboilingcrab.com

When a restaurant is so no-frills that it eschews such niceties as plates and silverware and has a menu with only a few items on it, you know they either haven't a clue what they're doing, or they're just so damn secure in their awesomeness they don't need to show off. The Boiling Crab is in this latter category. Yes, they have two types of crab, but their specialty is crawfish, boiled in a large plastic bag full of Cajun seasoning, lemon pepper, garlic butter, or a combination of all three. It comes to your paper-bedecked table in a pail, and you go to work, prying open the heads and sucking out the innards before snapping the tail and peeling out that delectable sliver of shellfish

**TBC 000140**

goodness (a waiter will happily demonstrate the correct technique). It's involving enough that it can feel like you're burning as many calories as you gain. Your mouth will definitely feel the burn, as the delicacies are spiced for a Vietnamese palate—even the "medium" will make you sweat. A side of blue-cheese dressing eases the peppery pain somewhat, and if you order at least two pounds of the little sea bugs, you'll get half a corncob and some sausage slices thrown in the bag alongside. Totally worth it.

*Best Prime Rib*
**The Summit House**
**2000 E. Bastanchury Rd., Fullerton**
**(714) 671-4111**
**www.summithouse.net**
Cuisine these days tends toward the fancy, whether it be a rainbow roll with dynamite sauce, or turkey meatloaf in apricot reduction or whatnot, and that's all good, but sometimes you just gotta have a big, tender, bloody hunk of cow flesh, and none are so perfect as the Summit House prime rib, available in three sizes to suit any appetite, with the option of mild "horseradish sauce" versus the pure fiery minced root itself. Sides are non-negotiable—creamed corn and creamed spinach, a.k.a. vegetables for people who don't like vegetables—but why would you negotiate when it's clear the cooks know what they're doing? Set against a luxurious backdrop that looks like it could have been Henry VIII's dining room, one can imagine this was how old-time Hollywood executives or ancient aristocracy used to eat. The prices, while not rock-bottom, are manageable on most budgets (a prime-rib dinner runs $24.50 to $33.95, depending on size, including sides, for more food than most individuals can handle alone). After-dinner mints are coated in chocolate just to show that even the small stuff gets sweated at the Summit.

*Best Salsa*
**El Fortín**
**700 E. Commonwealth Ave., Fullerton**
**(714) 773-4290**
**10444 Dale Ave., Stanton**
**(714) 252-9120**
**www.restaurantelfortin.com**
For years, El Fortín was the county's only restaurant to specialize in Oaxacan cuisine, the gustatory star of Mexico. But continued Mexican migration to this county means there are now about half a dozen Oaxacan eateries, so El Fortín now must content itself with preparing the county's best salsa: steaming chocolate spiked with chiles, a thick liquid equal parts sweet and scorching. They could bottle this stuff and bankrupt Tapatío, but you can only get it in small bowls for the time being—and only when the stout women who man the kitchen decide to prepare it.

PAGE 4 OF 8 • PREV  1  2  3  4  5  6  7  8  NEXT

TBC 000141