| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Michael W. De Vries (SBN 211001)<br>    *mike.devries@lw.com*<br>  Andrew Fossum (SBN 250373)<br>    *andrew.fossum@lw.com*<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626<br>Telephone:  (714) 540-1235<br>Facsimile:  (714) 755-8290<br><br>Attorneys for Plaintiff<br>SINHDARELLA, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10,<br><br>              Defendants. | CASE NO. C 07-04353 WHA<br><br>Honorable William H. Alsup<br><br>**EXHIBIT V TO THE DECLARATION OF DADA NGO IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         February 7, 2008<br>Time:        8:00 a.m.<br>Location:  Courtroom 9 |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT V to the DECLARATION OF DADA NGO IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION.

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason:

    -It is a non graphical/textual computer file (audio, video, etc.) on CD or other media.

Dated: December 27, 2007

LATHAM & WATKINS LLP

By _____
Andrew Fossum, Esq.

Attorneys for Plaintiff
SINHDARELLA, INC.

## PROOF OF SERVICE

1  
2  I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On **December 28, 2007**, I served the following document described as:

**EXHIBIT V TO THE DECLARATION OF DADA NGO IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service

Christopher Hays, Esq.  
Law Offices of Christopher Hays  
One Embarcadero Center, Suite 500  
San Francisco, California 94111

Attorneys for Defendant  
Kevin Vu

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 28, 2007**, at Costa Mesa, California.

_____  
Pamela J. Carvalho