1  LATHAM & WATKINS LLP
     Michael W. De Vries (SBN 211001)
2      mike.devries@lw.com
     Andrew Fossum (SBN 250373)
3      andrew.fossum@lw.com
4  650 Town Center Drive, 20th Floor
   Costa Mesa, California  92626
5  Telephone:  (714) 540-1235
   Facsimile:  (714) 755-8290
6

7  Attorneys for Plaintiff
   SINHDARELLA, INC.
8

9  Law Offices of Christopher Hays
     Christopher Hays
       hays-sf@pacbell.net
10 One Embarcadero Center, Suite 500
11 San Francisco, CA 94111
   Telephone:  (415) 398-0848
12 Facsimile:  (415) 931-0444

13 Attorneys for Defendant
   KEVIN VU
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  SINHDARELLA, INC., a California corporation, | CASE NO. C 07 04353 WHA |
| 19 | |
| 20        Plaintiff, | Honorable William H. Alsup |
| 21     v. | **STIPULATION TO FILING OF SINHDARELLA, INC.'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT** |
| 22  KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; and DOES 1 through 10, | |
| 23 | |
| 24 | |
| 25        **Defendants.** | |

26
27
28

LATHAM&WATKINS LLP  OC\927485.2
ATTORNEYS AT LAW
ORANGE COUNTY
                                                    1    STIPULATION TO FILING OF SINHDARELLA,
                                                         INC.'S FIRST AMENDED AND SUPPLEMENTAL
                                                         COMPLAINT

1    Plaintiff Sinhdarella, Inc. ("Sinhdarella") and Defendant Kevin Vu ("Defendant")
2  hereby stipulate through their respective counsel of record that Sinhdarella's First Amended and
3  Supplemental Complaint attached hereto as Exhibit A may be filed.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 27, 2007.

          LATHAM & WATKINS LLP

          By: _____
             ANDREW FOSSUM

          Attorneys for Plaintiff Sinhdarella, Inc.

DATED: December 27, 2007.

          LAW OFFICES OF CHRISTOPHER HAYS

          By: _____
             CHRISTOPHER HAYS

          Attorneys for Defendant Kevin Vu

PURSUANT TO STIPULATION, IT IS SO ORDERED that Sinhdarella, Inc.'s First Amended and Supplemental Complaint attached hereto as Exhibit A is filed.

DATED: January 3, ~~2007~~ 2008

          _____
          HON. WILLIAM H. ALSUP
          United States District Judge

IT IS SO ORDERED
Judge William Alsup