1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendants
   KEVIN VU and CAFE BONITA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.                    No. C 07 04353 WHA

12          vs.                          DECLARATION OF KEVIN VU
                                         IN OPPOSITION TO MOTION
13  KEVIN VU, etc., et al.,              FOR PRELIMINARY INJUNCTION

14          Defendants.                  Hearing Date:  7 February 2008
                                         Time:          8:00 a.m.
15  _____/         Courtroom:     9

16

17  I, Kevin Vu, hereby declare under penalty of perjury that:

18          1.  I was born in Vietnam on 6 April 1965.

19          2.  I came to the United States in 1978, when was 13 years old.

20          3.  I became a citizen of the United States in 1986 or 1987.

21          4.  I attended college at the University of California at Santa Barbara,

22  and graduated therefrom in 1988 with a Bachelor of Arts degree in Business

23  Economics.

24          5.  I attended Temple University School of Dentistry in Philadelphia,

25  Pennsylvania, and graduated therefrom in 1997 with a Doctor of Dental Medicine

26  degree.

27          6.  I have a current dental license with the State of California and with

28  Vietnam.

DECL KEVIN VU

7.  I am the president and sole shareholder of Cafe Bonita, Inc., a California corporation, which owns and operates the restaurant known as the "Boiling Crab" located at 393 North Capitol Avenue, San Jose, California (the "San Jose "Boiling Crab" Restaurant").

8.  I purchased a Mexican restaurant as an individual and named it "Cafe Bonita" at that location in or about September 2003.  I changed the restaurant's type to Coffee Shop in or about Spring 2005.

9.  The San Jose "Boiling Crab" Restaurant is, and has always been, owned and operated by Cafe Bonita, Inc., a California corporation of which I am the sole shareholder and officer .

10.  The San Jose "Boiling Crab" Restaurant had been inspired by a restaurant named "Boiling Crab" which I had seen in Ho Chi Minh City (formerly "Saigon") (the "Vietnam "Boiling Crab" Restaurant") when I was traveling there beginning in December 2005.  My travel records for said trip are attached hereto as Exhibit A.

11.  The exterior sign of the Vietnam "Boiling Crab" Restaurant was in English, and was colored red and blue.

12.  In June 2006, I did a search on the United States Patent and Trademark Office website for the name "Boiling Crab," and learned at that time that the name was not registered.  I accordingly named my new seafood restaurant the "Boiling Crab" and it reopened under that name on or about 20 June 2006.

13.  At no time prior to the naming of my restaurant the "Boiling Crab" was I aware of the restaurants of similar name owned and operated by Plaintiff herein, Sinhdarella, Inc.

14.  When deciding on the interior decor of my "Boiling Crab" restaurant in or before June 2006, I initially wanted to decorate the interior with antique photographs of fishing and ocean scenes similar to what I had seen in some seafood restaurants in San Jose, Santa Cruz, and San Francisco.   I was

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

DECL KEVIN VU

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

1  unable to find a source for such photographs after a search at the Santa Cruz Pier

2  and at Fisherman's Wharf in San Francisco.

3      15.  As an alternative that still produced a visual effect of a seafood

4  theme, I decided to hang my own fishing pole and crab nets on the wall of the

5  restaurant, already had models of red crustaceans in the Mexican Restaurant, and

6  purchased seafood signs in Santa Cruz.

7      16.  I chose the wall color and the font for the signs myself, without any

8  reference whatsoever to Plaintiff's restaurants, which I had never seen and about

9  which existence I was totally unaware.

10      17.  The configuration of the tables and chairs was not changed from

11  my original setup for the Mexican Restaurant, "Cafe Bonita," in 2003.

12      18.  The Menu of my "Boiling Crab" restaurant was inspired by the

13  Menu of the Vietnam "Boiling Crab" Restaurant, and was created by me without

14  any reference whatsoever to Plaintiff's restaurants, which I had never seen and

15  about which existence I was totally unaware.  Copies of a Menu from the Vietnam

16  "Boiling Crab" Restaurant, and of the first Menu of the San Jose "Boiling Crab"

17  Restaurant, are attached hereto as Exhibits B and C, respectively.

18      19.  The size of the Menu of the San Jose "Boiling Crab" Restaurant

19  was dictated by the size of a standard piece of 8-1/2" by 11" paper, which was

20  printed with 2 Menus and thereafter cut in half, and its color, orange, was chosen

21  by me from among approximately 15 colors of paper available from Office Depot

22  without any reference whatsoever to Plaintiff's restaurants, which I had never seen

23  and about which existence I was totally unaware.

24      20.  In or about October 2007, at a time I was not represented by

25  counsel, Plaintiff's attorney, Michael De Vries, informed me that Plaintiff would have

26  the U.S. Marshal close my restaurant if I did not immediately stop using the "Boiling

27  Crab" name.  Accordingly, for a period of about three weeks, until I was advised by

28  my present counsel, Christopher Hays, that the continuous use of the name

DECL KEVIN VU

1  "Boiling Crab" may be a defense to this action, I changed the restaurant's name to

2  the "Boiling Crawfish."

3         21.  I had told my suppliers I planned to open a second restaurant to

4  get a better prices from them, and it was the truth.  Everything regarding the

5  second restaurant was in the planning stage, and I wasn't sure if I could find a

6  second investor to take care of the second restaurant.  Thereafter, at which time I

7  was again not represented by counsel, I spoke by telephone to Mr. De Vries, and

8  he asked me if I had a second restaurant, and I truthfully said no.

9         22.  During yet another telephone conversation with Mr. De Vries

10  when I was not represented by counsel, at which time we were discussing

11  settlement, I told him that even before this lawsuit I had planned to live and retire in

12  Vietnam.  Last year I lived almost 6 months in Vietnam.   I also told Mr. De Vries that

13  even though I have assets, I also have lots of debt, so that even if he wins the case,

14  I will have to pay my lawyer and he will not get much because there will not be

15  much left.

16  / / / /

17  / / / /

18  / / / /

19  / / / /

20  / / / /

21  / / / /

22  / / / /

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

DECL KEVIN VU

1    I declare under penalty of perjury under the laws of the United States
2    that the foregoing is true and correct, and that this declaration is executed
3    at San Jose, California on the date set forth below.
4    Dated: 11 January 2008.

5
6    _____
                        Kevin Vu
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

**Exhibit  A**

93A602  00033  11/24/2019

OD 6M9ZA1P

PLS INSPECT YOUR TKTS
IMMED. WE WILL NOT BE
RESPONSIBLE FOR ERRORS
MADE 48 HRS AFTER DELIV

VU/KEVIN

24NOV06

A WE 29NOV LV LOS ANGELES        1140P    EVA            1B OK
         01DEC AR TAIPEI          600A                         0STOP 747

A FR 01DEC LV TAIPEI             720A    EVA          39SB OK
         AR HO CHI MINH CITY      950A                         0STOP JET

A TU 16JAN LV HO CHI MINH CITY  1245P    EVA          39SB OK
         AR TAIPEI               500P                         0STOP 747

A TU 16JAN LV TAIPEI             640P    EVA           12B OK
         AR LOS ANGELES          205P                         0STOP 747

HAVE A PLEASANT TRIP

PASSENGER TICKET NUMBER (S)
695 7656101150

IN CONJUNCTION WITH / IN EXCHANGE FOR

EXCESS WEIGHT (KG)   3kn 1s L+k 65

RATE PER KG OR PIECE   USS 1s0 OV

CHARGE   USS 327 OV

TAX

TOTAL   USS 327 OV

FORM OF PAYMENT   VISA 659 9852000S1-5/5/x/5/1/1/

EXCESS BAGGAGE TICKET

PASSENGER COUPON

DATE AND PLACE OF ISSUE  04

☐ SKIING EQUIPMENT
☐ GOLFING EQUIPMENT
☐ PET
☑ BULKY BAGGAGE ___ SEATS   2/3
☐

NOT GOOD FOR CARRIAGE OF EXCESS BAGGAGE

REMARKS   Ap# 077622
VU/KEN ✓

CARRIER  ?C   FROM  1A?
CARRIER  ?   TO  7P?
TO  ?u1

ISSUED BY

EVA AIR
SUBJECT TO CONDITIONS OF CONTRACT OF PASSENGER TICKET AND BAGGAGE CHECK
CPN   AIRLINE CODE   FORM AND SERIAL NUMBER   CK

⊙ 695 4520474902 6 ⊙

DO NOT MARK OR STAMP IN THE WHITE AREA ABOVE

**Exhibit  B**

Menu
in VN

LOUISIANA CRAWFISH
# THE BOILING CRAB
*Nhà Hàng Cua*
157 Lê Thánh Tôn, P. Bến Thành, Q.1, Tp.HCM
(08) 823 3289

## *Thực đơn* ..........................

*Crawfish*

| | | |
|---|---|---|
| Small (Nhỏ) | | 117.000 VND |
| Large (Lớn) | | 197.000 VND |

*Crab*

| | | |
|---|---|---|
| Small (Nhỏ) | | 147.000 VND |
| Large (Lớn) | | 247.000 VND |

*Tiger Shrimp*

| | | |
|---|---|---|
| Small (Nhỏ) | | 137.000 VND |
| Large (Lớn) | | 237.000 VND |

*Crawfish Fried Rice*

| | | |
|---|---|---|
| Cơm chiên Crawfish | | 79.000 VND |

*Crawfish Pasta*

| | | |
|---|---|---|
| Mì Ý Crawfish | | 79.000 VND |

*Crawfish Cocktail Salad*

| | | |
|---|---|---|
| Salad trái cây | | 49.000 VND |

*The Boiling Crab Salad*

| | | |
|---|---|---|
| Salad Nhà Hàng Cua | | 49.000 VND |

*Crawfish Bisque Soup*

| | | |
|---|---|---|
| Soup Crafish | | 49.000 VND |

*The Boiling Crab Soup*

| | | |
|---|---|---|
| Soup Nhà Hàng Cua | | 49.000 VND |

*Corn*

| | | |
|---|---|---|
| Bắp | | 7.000 VND |

*Sausage*

| | | |
|---|---|---|
| Xúc xích | | 7.000 VND |

## *Nước uống* ........................

| | |
|---|---|
| SODA ( Coke, 7 up, Diet Coke, Twister, Xá xị...) | 15.000 VND |
| Nước Suối | 15.000 VND |
| Nước Dừa | 15.000 VND |
| Bia ( Heineken, Tiger, Sài gòn) | 22.000 VND |

Mở cửa các ngày trong tuần - Từ 10:30 - 23:30
Email : contact@nhahangcua.com

**Exhibit C**

*1st Months*
*OF opening 2006*



### THE BOILING CRAB
### 393 N CAPITOL AVE
### SAN JOSE, CA 95133
### (408) 347-8344

#### Menu

LOUISIANA CRAWFISH ....................$8.99/lb
   Extra: garlic butter $.50

OYSTERS (Raw)..........6pieces.................$9.99

CRAB**LA Cajun style/Steam**..........$10.99/lb

SHRIMP**LA Cajun style/Steam**....$7.99lb

CLAM**Steam only**................................$7.99/lb

CORN.............................................................$.50/EA

SAUSAGE.....................................................$.50/EA

#### DRINKS

SODA (Coke, 7 up, Diet Coke).................$1.50/EA

BOTTLE WATER...........................................$1.50/EA

DOMESTIC BEER.........................................$3.50/EA
(Budweiser, Budlight, Barcardi,)

IMPORTER BEER..........................................$3.50/EA
(Heineken, Corona, Negra Modelo, Pacifico)

### OPEN 7 DAYS A WEEK!

EVERYDAY     12:00 PM-10:00 PM