1   CHRISTOPHER HAYS, State Bar No. 59480
    Law Offices of Christopher Hays
2   One Embarcadero Center, Suite 500
    San Francisco, California 94111
3   Telephone: (415) 398-0848
    Facsimile: (415) 931-0444
4   Email: <hays-sf@pacbell.net>

5   Attorneys for Defendants
    KEVIN VU and CAFE BONITA, INC.

6

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.                        No. C 07 04353 WHA

12       vs.                                 DECLARATION OF CHRISTOPHER
                                             HAYS IN OPPOSITION TO MOTION
13  KEVIN VU, etc., et al.,                  FOR PRELIMINARY INJUNCTION

14
         Defendants.                         Hearing Date:    7 February 2008
15  _____/             Time:            8:00 a.m.
                                             Courtroom:       9
16

17  I, Christopher Hays, hereby declare under penalty of perjury that:

18          1.  I am an attorney at law authorized to practice in the courts of the

19  State of California and in the United States District Court, Northern District of

20  California, and am the attorney for Defendants KEVIN VU and CAFE BONITA, INC.

21  herein.   If called upon I would and could  competently testify to the matters set forth

22  in this declaration based upon my personal knowledge.

23          2.  Michael W. De Vries, one of the attorneys for Plaintiff Sinhdarella,

24  Inc., states in paragraph 10 of his Declaration in Support of Plaintiff's Motion for

25  Preliminary Injunction, that

26      During a meet and confer call on November 13, 2007, Christopher
        Hays, current counsel for defendant Kevin Vu, told me that he had
27      advised his client to resume use of the name "The Boiling Crab."

28          3.  Neither my telephone conference notes nor my billing records

DECL CHRISTOPHER HAYS

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

1    indicate that I spoke with Mr. De Vries on 13 November 2007, but both of said

2    records indicate that I spoke with Mr. De Vries and his associate Andrew Fossum

3    on 15 November 2007, the former record indicating that said conversation began

4    at 4:00 pm.

5            4.   During said conversation, I told Mr. De Vries that I would likely be

6    advising my client to resume using the name "The Boiling Crab" because its

7    "continuous" use may be a defense under 15 U.S.C.§ 1115(a)(5).

8            5.   The Joint Case Management Statement, filed herein 6 days

9    thereafter, likewise reflects the reason for my advice to my client as follows:

10
11
12
13
14
15
16

> Defendant asserts a defense under 15 U.S.C. § 1115(b)(5), claiming that he adopted "The Boiling Crab" name before Sinhdarella filed its application for Trademark registration in good faith and without actual or constructive knowledge of Sinhdarella's prior use and trademark rights in its THE BOILING CRAB mark. . . . Defendant contends that Sinhdarella should be estopped from denying that Defendant's use of "the Boiling Crab" was continuous since the brief period during which it was not used was occasioned by threats made by Sinhdarella's counsel that Sinhdarella would have the U.S. Marshal close Defendant's restaurant if Defendant did not immediately stop using "The Boiling Crab" name. Defendant was not represented by counsel when this threat was made. [Joint Case Management Statement filed herein on 21 November 2007, p. 6, lines 3-15 (footnotes omitted).]

17            I declare under penalty of perjury under the laws of the United States

18    that the foregoing is true and correct, and that this declaration is executed

19    at San Francisco, California on the date set forth below.

20    Dated: 17 January 2008.

21

22    _____
                    Christopher Hays

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

DECL CHRISTOPHER HAYS