1

LATHAM & WATKINS LLP
   Michael W. De Vries (SBN 211001)
2      *mike.devries@lw.com*
   Andrew Fossum (SBN 250373)
3      *andrew.fossum@lw.com*
4  650 Town Center Drive, 20th Floor
   Costa Mesa, California  92626
5  Telephone:  (714) 540-1235
   Facsimile:  (714) 755-8290
6

7  Attorneys for Plaintiff
   SINHDARELLA, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  SINHDARELLA, INC., a California corporation, | CASE NO. C 07-04353 WHA |
| 13 | Honorable William H. Alsup |
| 14              Plaintiff, | **SUPPLEMENTAL DECLARATION OF** |
| 15       v. | **MICHAEL W. DE VRIES IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S** |
| 16  KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., | **MOTION FOR PRELIMINARY INJUNCTION** |
| 17  a California corporation; and DOES 2 through 10, | Date:         February 7, 2008 |
| 18              Defendants. | Time:         8:00 a.m. Courtroom:   9 |

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\933405.1

## SUPPLEMENTAL DECLARATION OF MICHAEL W. DE VRIES

I, Michael W. De Vries, hereby declare under penalty of perjury that:

1. I am an active member of the State Bar of California and an attorney with the law firm of Latham & Watkins LLP, counsel of record for plaintiff Sinhdarella, Inc.  The facts set forth herein are within my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Certificate of Status for Cafe Bonita, Inc. obtained from the California Secretary of State on December 19, 2007, showing that Defendant Café Bonita, Inc. was suspended as a corporation by the California Secretary of State on July 20, 2006, shortly after Defendant Kevin Vu's Opposition to Sinhdarella's motion for preliminary injunction claims Defendant began using the name THE BOILING CRAB towards the end of June 2006, and that Café Bonita, Inc. was still suspended by the California Secretary of State as of December 19, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of Defendant Kevin Vu's interrogatory responses received on January 2, 2008 from counsel for Defendant, Christopher Hays.

4. Attached hereto as Exhibit C is a true and correct copy of the WHOIS search results for the domain name boilingcrab.com obtained from www.networksolutions.com on January 24, 2008, showing that this domain name was registered on May 15, 2006, more than a month before Defendant Kevin Vu's Opposition to Sinhdarella's motion for preliminary injunction claims Defendant began using the name THE BOILING CRAB towards the end of June 2006.

5. Attached hereto as Exhibit D is a true and correct copy of the WHOIS search results for the domain name theboilingcrab.com obtained from www.networksolutions.com on January 24, 2008, showing that this domain name was registered on May 18, 2006, more than a month before Defendant Kevin Vu's Opposition to Sinhdarella's motion for

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\933405.1

2

SUPPLEMENTAL DECLARATION OF MICHAEL W. DE
VRIES (CASE NO. C 07-04353 WHA)

1    preliminary injunction claims Defendant began using the name THE BOILING CRAB

2    towards the end of June 2006.

3    6.    Attached hereto as Exhibit E is a true and correct copy of the document Bates labeled

4    D000068, which was produced to Sinhdarella, Inc. by Defendant Kevin Vu through his

5    counsel Christopher Hays and which bears the date 10/17/2007.

6    7.    Paragraph 10 of my declaration filed concurrently with Sinhdarella's motion for

7    preliminary injunction contained a clerical error that is immaterial to any issue connected

8    to Sinhdarella's pending motion for preliminary injunction.  That paragraph stated:

9    "During a meet and confer call on November 13, 2007, Christopher Hays, current counsel

10   for defendant Kevin Vu, told me that he had advised his client to resume use of the name

11   'The Boiling Crab.'"  Solely to ensure the accuracy of my prior declaration, based upon a

12   review of my calendar records, it appears that the referenced conversation with Mr. Hays

13   may have taken place on November 15, 2007, rather than on November 13, 2007.

14        I declare under penalty of perjury of the laws of the United States that the

15   foregoing is true and correct.

16        Executed this 24th day of January, 2008 at Costa Mesa, California.

17

18        _____
         Michael W. De Vries

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# State of California
## Secretary of State

## CERTIFICATE OF STATUS

**ENTITY NAME:**          CAFE BONITA, INC.

**ENTITY FILE NUMBER:**   C2438032
**ENTITY FILE DATE:**     JANUARY 2, 2004
**ENTITY TYPE:**          DOMESTIC CORPORATION
**ENTITY JURISDICTION:**  CALIFORNIA
**ENTITY STATUS:**        SUSPENDED

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the corporate powers, rights and privileges of the above-referenced entity were suspended by the Secretary of State on July 20, 2006 pursuant to the provisions of the California Corporations Code; and

That the powers, rights and privileges of the above-referenced entity remain suspended, reinstatement never having been effected.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of December 22, 2007.

**DEBRA BOWEN**
**Secretary of State**

ms

*NP-25 (REV 1/2007)*                                    OSP 06 99731

# EXHIBIT B

1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendant
   KEVIN VU

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.

12          vs.                          No. C 07 04353 WHA

                                         ANSWERS TO INTERROGATORIES
13  KEVIN VU, etc., et al.,

14          Defendants.
    _____/

15

16  PROPOUNDING PARTY:       Plaintiff SINHDARELLA, INC.

    RESPONDING PARTY:        Defendant KEVIN VU
17
    SET NUMBER:              ONE.
18
            Defendant  KEVIN  VU  answers  the  following  numbered
19
    Interrogatories as follows:
20
            With respect to all of said Answers to Interrogatories, Defendant
21
    KEVIN VU states that the Boiling Crab Restaurant located at 393 North Capitol
22
    Avenue, San Jose, California, was at all times owned and operated by Cafe Bonita,
23
    Inc., a California corporation, and Defendant KEVIN VU at no time had any
24
    ownership interest therein as an individual.
25
    1.    **Date and Location of First Use of name "Boiling Crab."**
26
          Cafe Bonita, Inc. first used the name "THE BOILING CRAB" on June 20,
27
    2006, at the seafood restaurant owned and operated by it at 393 North
28
    Capitol Avenue, San Jose, CA 95133, serving crawfish, crab, oyster, clam,

    shrimp, and lobster.

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

2. **Trademark Search for name "Boiling Crab."**

Before Defendant KEVIN VU, on behalf of Cafe Bonita, Inc., registered as a fictitious business name the name "THE BOILING CRAB," he went to the United States Patent and Trademark office website and did a name search to see if the name had been previously registered.  His search indicated that it had not.

3. **First Awareness of Plaintiff's "Boiling Crab" Restaurants.**

Defendant KEVIN VU first became aware of the plaintiff 's "THE BOILING CRAB" restaurants after he was served with the Summons and Complaint in this action.

4. **Goods and Services Provided by Defendant.**

Cafe Bonita, Inc.'s "Boiling Crab" restaurant serves crawfish, crab, clams, oysters, shrimp, corn, sausage, and sometime lobsters.  For drinks it serves bottled water. soft drinks, beer and wine.

5. **Customers Goods and Services Marketed To.**

Cafe Bonita, Inc. markets to the local people near the restaurant and especially in San Jose.

6. **Advertising Channels Used.**

Cafe Bonita, Inc. advertised in *Thang Mo* magazine, a local Vietnamese magazine, on *Vien Thao*, a local Vietnamese radio station. and on *Penny Saver*, a local public magazine, and had flyers passed around the neighborhood near the restaurant.

7. **Monthly Advertising Expenditures.**

Presently, none.  Cafe Bonita, Inc. advertised only on the first month to the *Thang Mo*, and *Vien Thao*, and in March of 2007 in the *Penny Saver*.

8. **Expansion Plans.**

Defendant KEVIN VU has an ownership interest in a recently-opened restaurant in Sacramento known as "The Boiling Crawfish," 6835 Stockton Boulevard, Sacramento, California, and in a restaurant to be opened in San

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 5OO
SAN FRANCISCO, CALIFORNIA 94111

Francisco known as "The Boiling Crawfish," 2333 Irving Street, San Francisco, California.

9. **Comments Regarding Similarity to Plaintiff's Restaurants.**

Defendant KEVIN VU is not aware of any comments made (orally or in writing) regarding any similarity between any aspect of the restaurant known as "The Boiling Crab" owned and operated by Cafe Bonita, Inc., and the Plaintiff's Restaurants.

10. **Misdirected Communications Intended for Plaintiff's Restaurants.**

Defendant KEVIN VU has not received, and is not aware that Cafe Bonita, Inc., has received, any misdirected mail, telephone calls, orders, inquiries, or complaints that were intended for the Plaintiff's Restaurants.

11. **Gross Revenues, Expenses, and Profits of Defendant's Restaurants.**

Defendant VU responds to this Interrogatory by offering, pursuant to *Federal Rule of Civil Procedure* 33(d), to produce Business Records by which the answer may be determined, namely the Bank Statements and Schedule Cs to Income Tax Returns for the restaurant business for KEVIN VU for the years 2004 and 2005, and the Bank Statements for Cafe Bonita, Inc.'s "The Boiling Crab" restaurant in 2006 and 2007, and the Income Tax Return for Cafe Bonita, Inc.'s "The Boiling Crab" restaurant in 2006.

12. **Evidence of Plaintiff's Trademark's Unenforceability.**

Evidence of Plaintiff's Trademark's unenforceability will consist of (1) proof that Plaintiff's trademark is merely descriptive; (2) proof that Plaintiff's trademark has no secondary meaning; (3) proof that Defendants' use of the name "The Boiling Crab" was lawful under 15 U.S.C. § 1115(b)(5), because this name was adopted by Defendants without knowledge of Plaintiff's prior use and has been continuously used by Defendant Cafe Bonita, Inc. from a date prior to Plaintiff's registration of said mark, and (4) proof of lack of confusion between Defendants' use of the name "The Boiling Crab" in connection with

the restaurant of that name owned and operated by Cafe Bonita, Inc., and Plaintiff's use of said mane.

13. **Current and Former Suppliers of Defendant's Restaurant.**

Sal Crawfish, Phil Clark Crayfish, Critter Runners, Bob Baits, Restaurant Depot, Costco, Eddie's Produce, Seafood Connection, Cash and Carry, Louisiana Product.

14. **Persons Assisting Defendant in Design.**

Graphic Signs - Tuan Vo, Century Graphic, (408) 298-2598; Menu - Defendant KEVIN VU; business card, flyers, layout for magazine - Century Graphic; T-shirt- a friend of Defendant KEVIN VU in Vietnam named "Tin" [surname unknown].

15. **Employees at Defendant's Restaurant.**

Defendant VU responds to this Interrogatory by offering, pursuant to *Federal Rule of Civil Procedure* 33(d), to produce Business Records by which the answer may be determined, namely, the lists of employees from E-Chex Payroll Company.

16. **Origin of names "Boiling Crab" and "Boiling Crawfish.".**

In December of 2005, Defendant KEVIN VU traveled to Vietnam. He had crawfish at a restaurant in Ho Chi Minh City named "THE BOILING CRAB." Defendant KEVIN VU thereafter conceived of an idea to open a restaurant serving seafood in place of the existing restaurant in San Jose in which he had an ownership interest. When Defendant KEVIN VU returned to the United States, he still was self-employed as a dentist in San Jose, California, and in Las Vegas, Nevada. As a result, he didn't have time to carry out this plan until he sold his office in San Jose in May of 2006, after which he traveled to Houston to do some research. Thereafter, he changed the style of his existing restaurant in San Jose and caused its name to be changed to "THE BOILING CRAB." Defendant KEVIN VU came up with the name "THE BOILING CRAWFISH" in response to threats by Plaintiff's attorney, Michael

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

De Vries, to have the United States Marshal "shut down" Defendants' restaurant unless Defendants ceased using the name "The Boiling Crab."

17. **Facts, Documents, and Witnesses re Confusion with Plaintiff's "Boiling Crab" Restaurants.**

Defendant KEVIN VU is unaware at this time of any facts, documents, or witnesses which demonstrate that there is no likelihood of confusion between Plaintiff's and Defendants' "Boiling Crab" restaurants.

18. **Names of Defendant's Customers.**

Defendant KEVIN VU responds to this Interrogatory by stating that there are no records by which the answer may be determined, namely credit card and check records, since Cafe Bonita, Inc.'s "Boiling Crab" restaurant accepts only cash. The only customers of which Defendant KEVIN VU is aware are those which were disclosed previously pursuant to *Federal Rule of Civil Procedure* 26.

Dated: 2 January 2008.                    Law Offices of Christopher Hays


                              By _____/s/ Christopher Hays_____
                                        Christopher Hays
                                     Attorneys for Defendant
                                           KEVIN VU

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

VERIFICATION

1

2    I, Kevin Vu, declare:

3            I am a Defendant in the above-entitled action; I have read the

4    foregoing ANSWERS TO INTERROGATORIES and know its contents; I declare that

5    the matters stated in the foregoing document are true of my own knowledge,

6    except as to the matters which are stated on my information or belief, and as to

7    those matters, that I believe them to be true.

8            I declare under penalty of perjury under the laws of the State of

9    California that the foregoing is true and correct, and that this verification is executed

10   on 31 December 2007 at San Francisco, California.

11

12                          _____      12/31/07
                                 Kevin Vu

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

-PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed by Law Offices Of Christopher Hays in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Embarcadero Center, Suite 500, San Francisco, California 94111.

On 2 January 2008 I served the foregoing document(s) described as ANSWERS TO INTERROGATORIES on the interested parties in this action as stated on the attached service list as follows:

**X**     By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list
          BY PERSONAL SERVICE
          I delivered such envelope(s) by hand to the offices of the addressee(s).
     **X**     BY MAIL
          I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
     BY FACSIMILE:
     On 2 January 2008, at approximately _____ , I served the above stated document by facsimile from the facsimile machine of Law Offices Of Christopher Hays, whose fax number is (415) 956-1221, as stated on the attached service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission by facsimile was reported as complete and without error.
**X**     BY E-MAIL:
     On 2 January 2008, at approximately 3:00 pm, I served the above stated document by e-mail directed to the parties as indicated of the attached service list.

Executed on 2 January 2008 at San Francisco, California.

**X**     (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                  _____/s/ Christopher Hays_____
                  Christopher Hays

<u>ATTACHED SERVICE LIST</u>

Michael W. DeVries, Esq.
Andrew J. Fossum, Esq.
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

<mike.devries@lw.com>
<Andrew.Fossum@lw.com>

# EXHIBIT C

 Network**Solutions**.

Call us 1-800-333-7680    Shopping Cart

Login | Help

| Domain Names | Web Sites And Design | E-Mail | Web Hosting & VPS | E-Commerce | Online Marketing | SSL Certificates |

**Account Manager**

...ons >> Whois >>

## WHOIS Search Results

Available **boilingcrab** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |
|------|------|-----|-------|-------|------|-----|-----|--------|-----|-----|



**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/ yr**

Learn the do's and don'ts of search engine optimization. **Download** our *Guide to Getting Found Online* now.

### Your WHOIS Search Results



IMAGE NOT AVAILABLE

**boilingcrab.com**

Services from Network Solutions:

- ⟫ **Certified Offer Service** - Let us help you get this domain name!
- ⟫ **Backorder** - Try to get this name when it becomes available.
- ⟫ **SSL Certificates** - Get peace of mind with a secure certificate.
- ⟫ **Enhanced Business Listing** - Promote your business to millions of viewers for only $1 a month!



Learn the Secrets of **Search Engine** Optimization

Attend our **SEO Seminar**

**Learn More ⟫**

Search Engines

TOP SECRET

The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: BOILINGCRAB.COM
        Created on: 15-May-06
        Expires on: 15-May-11
        Last Updated on:

Administrative Contact:
    Private, Registration  BOILINGCRAB.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599      Fax -- (480) 624-2599

Technical Contact:
    Private, Registration  BOILINGCRAB.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260

think local.com

Help your customers find
you. Take advantage of a
free ThinkLocal listing today!

Join Now!

It's smart to
ThinkLocal™

Want to shop?
We make it easy to
find what you need.

SHOPPING SEARCH & DIRECTORY
MonsterMarketplace.com

Search Again

Enter a search term:

e.g. networksolutions.com

Search by:
    Domain Name
    NIC Handle
    IP Address

United States
(480) 624-2599    Fax -- (480) 624-2599

Domain servers in listed order:
DNS.SITE5.COM
DNS2.SITE5.COM

The previous information has been obtained either directly from the registrant
or a registrar of the domain name other than Network Solutions. Network
Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GODADDY.COM, INC. |
| **IP Address:** | 70.47.144.67 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW JERSEY-CEDAR KNOLLS |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 14-Jun-2005 |

When you register a domain name, current policies require that the contact information for your domain
registration be included in a database known as WHOIS. To learn about actions you can
take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through
the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data
in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is
provided by Network Solutions for information purposes only, and to assist persons in obtaining
information about or related to a domain name registration record. Network Solutions does not guarantee
its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree
that you may use this Data only for lawful purposes and that under no circumstances will you use this
Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to Network Solutions (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior
written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes
to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has
or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS
database in its sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use.
Network Solutions reserves the right to modify these terms at any time.




**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee




**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**

Resellers •Affiliates •Promotions and Free Offers •WHOIS Search •VIP Program •Earn Airline Miles •SEO Training •Resources

About Us •Jobs •Partner Offers • Site Map •Privacy Policy







© Copyright 2008 Network Solutions. All rights reserved.



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

# EXHIBIT D



Call us 1-800-333-7680    Shopping Cart

Login | Help

| Domain Names | Web Sites And Design | E-Mail | Web Hosting & VPS | E-Commerce | Online Marketing | SSL Certificates |



Account Manager

...ons >> Whois >>

# WHOIS Search Results

Available **theboilingcrab** extensions:

| .net | .org | .us | .mobi | .info | .biz | .de | .tv | .co.uk | .eu | .bz |



**NEW! VPS HOSTING**

Get the power of a dedicated server at a fraction of the cost.    LEARN MORE

**Choose Your Domain Name Provider Wisely** and **Transfer Domains for $9.99/yr**

Learn the do's and dont's of search engine optimization. **Download** our *Guide to Getting Found Online* now.

## Your WHOIS Search Results



IMAGE NOT AVAILABLE

**theboilingcrab.com**

Services from Network Solutions:



- **Certified Offer Service** - Let us help you get this domain name!
- **Backorder** - Try to get this name when it becomes available.
- **SSL Certificates** - Get peace of mind with a secure certificate.
- **Enhanced Business Listing** - Promote your business to millions of viewers for only $1 a month!



Learn the Secrets of **Search Engine Optimization**

Attend our **SEO Seminar**

Learn More

Search Engines

TOP SECRET

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  Domains by Proxy, Inc.
  DomainsByProxy.com
  15111 N. Hayden Rd., Ste 160, PMB 353
  Scottsdale, Arizona 85260
  United States

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: THEBOILINGCRAB.COM
    Created on: 18-May-06
    Expires on: 18-May-11
    Last Updated on:

  Administrative Contact:
    Private, Registration  THEBOILINGCRAB.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599    Fax -- (480) 624-2599

  Technical Contact:
    Private, Registration  THEBOILINGCRAB.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260

think local.com

Help your customers find
you. Take advantage of a
free ThinkLocal listing today!

Join Now!

It's smart to
ThinkLocal™

Want to shop?
We make it easy to
find what you need.

SHOPPING SEARCH & DIRECTORY
MonsterMarketplace.com

Search Again

Enter a search term:

e.g. networksolutions.com

Search by:
    Domain Name
    NIC Handle
    IP Address

United States
(480) 624-2599    Fax -- (480) 624-2599

Domain servers in listed order:
DNS.SITE5.COM
DNS2.SITE5.COM

The previous information has been obtained either directly from the registrant
or a registrar of the domain name other than Network Solutions. Network
Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GODADDY.COM, INC. |
| **IP Address:** | 70.47.144.67 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-NEW JERSEY-CEDAR KNOLLS |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | clientDeleteProhibited |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | 1 |
| **Data as of:** | 14-Jun-2005 |

When you register a domain name, current policies require that the contact information for your domain name registration be included in a database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 

**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $11.95/month, plus a $499.00 design fee

 

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as **$125/month** plus **$99 one time set-up fee**

Resellers •Affiliates •Promotions and Free Offers •WHOIS Search •VIP Program •Earn Airline Miles •SEO Training •Resources

About Us •Jobs •Partner Offers • Site Map •Privacy Policy

   



© Copyright 2008 Network Solutions. All rights reserved.



**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

# EXHIBIT E



Copyright © 2006 The Boiling Crab - Powered by e-Asiacorp