1  LATHAM & WATKINS LLP
2     Michael W. De Vries (SBN 211001)
      *mike.devries@lw.com*
3     Andrew Fossum (SBN 250373)
      *andrew.fossum@lw.com*
4  650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626
5  Telephone: (714) 540-1235
6  Facsimile: (714) 755-8290

7  Attorneys for Plaintiff
   SINHDARELLA, INC.
8

9  Law Offices of Christopher Hays
      Christopher Hays
10       *hays-sf@pacbell.net*
   One Embarcadero Center, Suite 500
11 San Francisco, CA 94111
   Telephone: (415) 398-0848
12 Facsimile: (415) 931-0444

13 Attorneys for Defendants
   KEVIN VU and CAFE BONITA, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17

18 SINHDARELLA, INC., a California        CASE NO. C 07 04353 WHA
   corporation,
19                                         Honorable William H. Alsup
                 Plaintiff,
20                                         **STIPULATION TO SERVICE OF
         v.                                SUMMONS TO CAFE BONITA, INC.**
21
22 KEVIN VU, an individual, d/b/a/ THE
   BOILING CRAB; CAFE BONITA, INC.,
23 a California corporation; and DOES 2
   through 10,
24
25               Defendants.

26
27
28

1  Plaintiff Sinhdarella, Inc. ("Sinhdarella") and Defendants Kevin Vu and Café
2  Bonita, Inc. ("Defendants") hereby stipulate through their respective counsel of record:
3  WHEREAS, Christopher Hays attests that he is counsel for Cafe Bonita, Inc. in
4  the above-captioned action and is authorized to accept service on its behalf.
5  WHEREAS, Counsel for Sinhdarella transmitted to Christopher Hays the
6  Summons attached as Exhibit A and Sinhdarella's First Amended and Supplemental Complaint.
7  WHEREAS, Christopher Hays acknowledges receipt and accepts service of the
8  Summons on behalf of Cafe Bonita, Inc.
9  WHEREAS, Christopher Hays acknowledges prior service of all supplementary
10  material required under Local Rule 4-2.
11  NOW, THEREFORE, IT IS STIPULATED AND AGREED that Cafe Bonita,
12  Inc. was served with a Summons in the above-captioned action on January 16, 2008 in
13  compliance with the Federal Rules of Civil Procedure and all applicable Local Rules.
14
15  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
16  DATED: January 16, 2008.
17                                           LATHAM & WATKINS LLP
18                                           By: _____
19                                                ANDREW FOSSUM
20                                           Attorneys for Plaintiff Sinhdarella, Inc.
21  DATED: January 25, 2008.
22                                           LAW OFFICES OF CHRISTOPHER HAYS
23
24                                           By: _____
25                                                CHRISTOPHER HAYS
26                                           Attorneys for Defendants Kevin Vu and Cafe Bonita, Inc.
27
28

# EXHIBIT A

Case 3:07-cv-04353-WHA    Document 49    Filed 01/29/2008    Page 3 of 4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC. a California corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C 07 04353 WHA

KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., a California corporation; and DOES 2 through 10,

TO: (Name and address of defendant)
Cafe Bonita, Inc.
Agent for Service of Process: Kevin Vu
393 North Capitol Ave.
San Jose, CA 95133

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LATHAM & WATKINS LLP
MICHAEL W. DE VRIES, ESQ.
ANDREW FOSSUM, ESQ.
650 TOWN CENTER DRIVE, 20TH FLOOR
COSTA MESA, CA 92626-1925

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HILARY JACKSON
(BY) DEPUTY CLERK

DATE JAN 1 1 2008

NDCAO440