1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendants
   KEVIN VU and CAFE BONITA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.                     No. C 07 04353 WHA

12           vs.                          SUPPLEMENTAL DECLARATION
                                          OF CHRISTOPHER HAYS
13  KEVIN VU, etc., et al.,               IN OPPOSITION TO MOTION
                                          FOR PRELIMINARY INJUNCTION
14           Defendants.
                                          Hearing Date:   7 February 2008
15  _____/      Time:           8:00 a.m.
                                          Courtroom:      9
16

17

18  I, Christopher Hays, hereby declare under penalty of perjury that:

19          1.  I am an attorney at law authorized to practice in the courts of the

20  State of California and in the United States District Court, Northern District of

21  California, and am the attorney for Defendants KEVIN VU and CAFE BONITA, INC.,

22  herein.   If called upon I would and could  competently testify to the matters set forth

23  in this declaration based upon my personal knowledge.

24          2.  This declaration is offered in response to the Court's request for

25  additional information regarding the "Boiling Crab" restaurant, which Kevin Vu

26  states in his Declaration in opposition to this motion that he had seen in Ho Chi Minh

27  City (formerly "Saigon") (the "Vietnam "Boiling Crab" Restaurant") when he was

28  traveling there beginning in December 2005.

SUPP DECL CHRISTOPHER HAYS
                                    -1-

3.    Attached hereto as Exhibit D [Exhibits A through C in opposition to this motion are attached to the Declaration of Kevin Vu] is a true and correct copy of the documents, Bates Numbered D000068 through D00076, inclusive, which were provided to Plaintiff herein in response to Plaintiff's Second Request for Production for "All DOCUMENTS CONCERNING any restaurants in Vietnam using the name THE BOILING CRAB or any similar name," all of which relate to the Vietnam "Boiling Crab" Restaurant.

4.    Kevin Vu informs me that page D000068 of Exhibit D is a true and correct copy of a printout he made of a webpage which no longer exists on the nhahangcua.com website depicting soup and salad dishes offered at the Vietnam "Boiling Crab" Restaurant.

5.    Kevin Vu informs me that pages D000070 through D000076 of Exhibit D is a true and correct copy of a printout from the kitw.com website discussing and depicting a trip to Vietnam by two American couples, which states on page D000072, under the heading "Saigon Traffic," that "We had dinner one night at the Boiling Crab."

6.    Attached hereto as Exhibit E s a true and correct copy of a printout of the two photographs of the Vietnam "Boiling Crab" Restaurant which presently appear on the same kitwu.com website as small "thumbnail" photographs, depicted on pages D000075 and D000076 of Exhibit D.

7.    Attached hereto as Exhibit F is a true and correct copy of a printout of the same website's Home Page at http://www.kitwu.com/index.php?inc=2-&page=3 that is discussed and depicted in Exhibits D and E.  Said website states therein that it was "Created on 02/04/2003."

8.    Attached hereto as Exhibit G is a true and correct copy of a printout of the "Hoi An" webpages from the same kitwu.com website, which states on the second page thereof, in the first line under the heading "Last Day in Hoi An," that "Sunday 4 March was our last day in Hoi An."

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

9.  My computer's calendar indicates that 4 March first appeared on a Sunday before 2003 in the year 2001, and did not appear on a Sunday again until the year 2007.

10.  Kevin Vu, who is presently in Vietnam and is accordingly unable to give his own declaration, has informed me that the Vietnam "Boiling Crab" Restaurant was no longer there when he traveled to Vietnam in July 2007.

9.  Kevin Vu informs me that he has an original "To Go" Menu from the Vietnam "Boiling Crab" Restaurant at his home in San Jose, California, but it cannot be produced to the Court at this time because no one presently in the United States has a key to his home.

10.  Should the Court wish to see said Original Vietnam "Boiling Crab" Restaurant Menu, and to have before it Kevin Vu's Declaration regarding the matters stated herein, it can continue the hearing on this matter for one week, since Mr. Vu has informed me that he is planning to return to the United States on Monday 11 February 2008, and his deposition is scheduled to be taken in this action on 12 and 13 February 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed at San Francisco, California on the date set forth below.

Dated: 6 February 2008.

_____
Christopher Hays

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

**Exhibit D**



Giới thiệu .......... 1

Thực đơn .......... 2

Hướng dẫn cách ăn ... 3

Dịch vụ .......... 4

Liên hệ - Góp ý ..... 5

Tin tức - Sự kiện ..... 6

Liên kết Website ...... 7

157 Lê Thánh Tôn, P. Bến Thành, Q.1, Tp.HCM

Thực đơn ........................

**The Boiling Crab Salad**
Salad Nhà hàng Cua

**49.000 VND**

**Crawfish bisque soup**
Soup Crawfish

**49.000 VND**

**The Boiling Crab Soup**
Soup Nhà hàng Cua

**49.000 VND**

1 2 **[3]**

Copyright © 2006 The Boiling Crab - Powered by e-Asiacorp

LOUISIANA CRAWFISH
**THE BOILING CRAB**
*Nhà Hàng Cua*
157 Lê Thánh Tôn, P. Bến Thành, Q.1, Tp.HCM
(08) 823 3289

*Menu in VN* (handwritten)

*Thực đơn..........................*

*Crawfish*

| | | |
|---|---|---|
| Small (Nhỏ) | | 117.000 VND |
| Large (Lớn) | | 197.000 VND |

*Crab*

| | | |
|---|---|---|
| Small (Nhỏ) | | 147.000 VND |
| Large (Lớn) | | 247.000 VND |

*Tiger Shrimp*

| | | |
|---|---|---|
| Small (Nhỏ) | | 137.000 VND |
| Large (Lớn) | | 237.000 VND |

*Crawfish Fried Rice*

Cơm chiên Crawfish — 79.000 VND

*Crawfish Pasta*

Mì Ý Crawfish — 79.000 VND

*Crawfish Cocktail Salad*

Salad trái cây — 49.000 VND

*The Boiling Crab Salad*

Salad Nhà Hàng Cua — 49.000 VND

*Crawfish Bisque Soup*

Soup Crafish — 49.000 VND

*The Boiling Crab Soup*

Soup Nhà Hàng Cua — 49.000 VND

*Corn*

Bắp — 7.000 VND

*Sausage*

Xúc xích — 7.000 VND

*Nước uống.........................*

| | |
|---|---|
| SODA ( Coke, 7 up, Diet Coke, Twister, Xá xị...) | 15.000 VND |
| Nước Suối | 15.000 VND |
| Nước Dừa | 15.000 VND |
| Bia ( Heineken, Tiger, Sài gòn) | 22.000 VND |

Mở cửa các ngày trong tuần - Từ 10:30 - 23:30
Email: contact@nhahangcua.com

# kitwu.com

MENU

Home

LOG IN

Username

Password

Remember Me ☐
[Log In]

New Account Signup
Forgot Your Password?

SEARCH WEB PAGES

[Search]

CALENDAR

< December, 2007 >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 01 | 02 | 03 | 04 | 05 |

[Submit Event]

SAIGON - HO CHI MINH CITY (HCMC)

## Saigon - Ho Chi Minh City (HCMC)

Our flight from Canberra to Sydney was good (Qantas). The Departure counter staff checked our baggage all the way through to HCMC which meant that we could go straight from the Domestic terminal in Sydney to the International terminal without having to wait for our baggage. The plane to Sydney was only about 1/3 full.

Our flight to HCMC was very good (Vietnam Airlines) although we departed about 40 minutes late. Gaye had nausea during the flight but apart from that everything was good. Pete and Chris said the space on the plane was much more roomy than Jetstar. The meals were Asian but they were also tasty.

We arrived at HCMC around 4pm and it was about 1720 before we got through immigration - lots of passengers from various planes. No problems with the immigration. Then we went off to collect our baggage. Everyone's baggage was there except mine. Probably all the batteries, battery chargers and cables in the bag caused a problem. Anyway the customs official was very helpful and explained that my baggage would arrive via Jetstar at 8pm - the following night.

The Liberty 6 Hotel staff were waiting for us outside the airport with the Liberty Hotels' minibus. The ride from the airport introduced us to the local traffic - very interesting to watch. The Liberty 6 Hotel is quite OK and in a great spot. The Ben Thanh market is just around the corner. Tip - always arrange for your hotel to pick you up from the airport as it saves hassles with taxis.

First night out. We had dinner in the hotel and then went for a stroll around the block. There are night markets in the street next to us. We browsed a bit and I bought a shirt and trousers to wear the next day as I didn't have my luggage. Tip - if you're travelling with your partner then put a pair of underclothes and socks and maybe a shirt in your partners luggage - just in case.

After Gaye, Pete and Chris turned in for the night I went for a longer stroll to buy water and milk and to get my bearings. The hotel staff said the supermarket was about four blocks down and on the right. Four blocks down and no supermarket. I asked around there and they said about four blocks down. Four blocks down and no supermarket. In that four by four block sweep I saw the Rex and Continental hotels but no supermarket. Every 50 metres and every street corner I was offered a lift by motor cycle riders, two girls followed me down one sidewalk on their motorbike offering me a massage and something else. The later it got the more it happened. I

WHAT'S RELATED

These might interest you as well
**Documents**
Saigon

• Saigon To Do List

**Wiki**
Saigon

• SaiGon

**Photo Albums**
Saigon

• Saigon

was looking for a supermarket that was facing the street, we found out later that they are tucked away inside multipurpose buildings and not on the ground floor.

On Saturday we went for a stroll to visit the Notre Dame Cathedral, Post Office, Rex Hotel, Continental Hotel, Opera House and the Tax Department store. It was very hot and humid but I think we did all right walking the distance. After a break we did the Ben Than Market which is just around the corner from the Liberty 6 Hotel.

On Sunday we visited the Chinese Quarter and the Bin Thay Market in Cho Lon. I have never seen so much packed into the one place and there were people everywhere and goods coming and going all the time. We got some good video footage of the area outside the market - bicycles laden with goods etc. Sunday night we had dinner at the Boiling Crab which is on the corner block down from the Liberty 6 Hotel. We were entertained by the traffic as we were seated on the balcony overlooking the intersection.

On Monday we caught up with Linda, Gaye's friend from school and went for a stroll to the old Russian Market area. We checked out several handicraft shops. That night we had dinner at Miss Saigon.

Tuesday we left in the morning for Hoi An. There is no airport at Hoi An so we flew into Danang. At Danang the hotel minibus and driver were waiting for us. More on the Hoi An page.



## Saigon Traffic

The traffic in Saigon was unbelievable. There are basic rules such as you drive on the right hand side of the road most of the time, and you give way to bigger vehicles especially if they are travelling fast, and you beep the horn as often as you can. All the other rules are optional, like stopping at red traffic lights and pedestrian signs and zebra crossings mean nothing. Crossing a busy street for the first time can be very

D000070

intimidating but after a while you get used to it.

We had dinner one night at the Boilng Crab which was on the corner of the block that the Liberty 6 was on. We sat at a balcony table and were quite amused at the night traffic crossing the intersection of two small streets.

Another night we went to a restaurant (not that good) on the top of the Tax Department store overlooking the Rex Hotel and a roundabout at a major intersection. There was more traffic but we were further from the action and the effect was not the same.



## HCMC Markets

Markets are big part of Vietnam. I saw a market in every town we drove through either on the main road or just back from it. I saw one makeshift one on the rubble created for what might be a new housing development. In Australia we have huge farms, processing plants, warehouses, refrigeration units, trucks and supermarkets and volumes of regulations and middle men and inspectors controlling it all. If Vietnam goes the same way it will lose part of its character.

The big markets in HCMC are the Ben Thanh Market and the Cholon Market. The Ben Thanh Market is close to the backpackers area in Saigon and the Cholon Market is in the old Chinese district of Cholon. It is much easier to walk around the Ben Thanh Market than the Cholon Market as the Cholon market is crammed full of all sorts of goods and people and the goods just keep coming and going as a lot more dealing in bulk is done there. A new flash housing development at the back of the Cholon Market is a sign of successful businesses.

The Tax Department store has taken over from the Russian Market and is located near the Rex Hotel. It is airconditioned, has escalators and has a supermarket on the second floor. You can get fake brand goods there and cheap DVDs as well as reasonably priced lacquer ware and silk art.

If you want to purchase fake brand clothing and souvenirs and you are good at bargaining then the Ben Thanh Market is best. If you like a bit more comfort then the Tax Department store would be more suitable.

D000072

There are smaller niche markets around the place and one
we visited had military clothing and equipment, switch blades
and fake zippo lighters.

Created on 02/18/2007 08:30 AM by Phil
Updated on 03/25/2007 07:37 AM by Phil

---

COMMENTS - MAKE A COMMENT

The comments are owned by the poster. We are not
responsible for its content.

Nested    ·    Oldest First    ·    [ Refresh ]

All site content © kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and
GNU GPL

**D000073**

# ănăn ▮▮ Thành Phố Hồ Chí Minh
Ameria ng Vietnam

**Địa điểm dành cho người sành ăn ở Việt Nam "ănăn"** > Hochiminh City > Nhà hàng Cua

The Boiling Crab

# Nhà hàng Cua
Nhà hàng Hải sản

Thưởng thức món cua đặc biệt của vùng Louisiana, đông nam nước Mỹ. "Thịt Crawfish ăn giống thịt tôm hùm nhưng mềm hơn và có vị đặc trưng"



| | |
|---|---|
| Địa chỉ | 157 Le Thanh Ton St., Dist. 1, HCMC |
| Điện thoại | 08-823-3289 |
| Giờ mở cửa | 11:00 - 24:00 |
| Ngày nghỉ | - |

Liên hệ với **Nhà hàng Cua**

Produced by GOATsystem
©2005 VIETNAM GOURMET NAVIGATION PROJECT. All rights reserved.

# *kitwu.com*

**MENU**

Home

**LOG IN**

Username

Password

Remember Me ☐

[ Log In ]

New Account Signup
Forgot Your Password?

**CALENDAR**

< **December, 2007** >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 01 | 02 | 03 | 04 | 05 |

[ Submit Event ]

PHOTO ALBUM: SAIGON

Order By: Newest | Oldest  First          List Albums | Slide Show

Limits: 1 | 4 | 9 | 16          << 1 2 3 [ 4 ] 5 >>


Watching the traffic at the Boing Crab


The Continental Hotel


The Continental Hotel - that&#39;s us!


The Saigon Opera House


The Saigon Opera House - side view


The Rex Hotel


The roundabout at The Rex


The Rex Hotel at Night


Going to the Tax Department Store

Limits: 1 | 4 | 9 | 16          << 1 2 3 [ 4 ] 5 >>

All site content © kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

# kitwu.com

**MENU**

Home

**LOG IN**

Username

Password

Remember Me ☐

[ Log In ]

New Account Signup
Forgot Your Password?

**CALENDAR**

< **December, 2007** >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 25 | 26 | 27 | 28 | 29 | 30 | 01 |
| 02 | 03 | 04 | 05 | 06 | 07 | 08 |
| 09 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | 01 | 02 | 03 | 04 | 05 |

[ Submit Event ]

PHOTO ALBUM: SAIGON

Order By:  Newest | Oldest  First                    List Albums | Slide Show

Limits: 1 | 4 | 9 | 16            << 1 2 [3] 4 5 >>


The Miss Saigon Restaurant


A nice building, there&#39;s a &#39;No Photos&#39; sign next to it.


This tree id different to the norm in Canberra


Night traffic near The Rex


Phone booths in the Saigon Post Office


The Post Office is worth a visit


A map of Saigon in the Post Office


Post Office

The Boiling Crab

Limits: 1 | 4 | 9 | 16            << 1 2 [3] 4 5 >>

**Exhibit E**

# kitwu.com

MENU

Home

VIEW PHOTO

Back to album                                                                    Print

<< Prev    Next >>

LOG IN

**Username**

**Password**

**Remember Me** ☐

Log In

New Account Signup
Forgot Your Password?

CALENDAR

< **February, 2008** >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 01 |

Submit Event



**Width:** 389   **Height:** 518   **Type:** image/jpeg   **Updated:** 03/26/2007
09:23 AM

**Short:** The Boiling Crab

# kitwu.com

MENU

Home

VIEW PHOTO

Back to album                                                                 Print

<< Prev    Next >>

LOG IN

**Username**

**Password**

**Remember Me** ☐

[ Log In ]

**New Account Signup**
**Forgot Your Password?**



CALENDAR

**< February, 2008 >**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 01 |

[ Submit Event ]

**Width:** 518     **Height:** 389     **Type:** image/jpeg     **Updated:** 03/26/2007 09:23 AM

**Short:** Watching the traffic at the Boing Crab

<< Prev    Next >>

All site content © kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

**Exhibit F**

# kitwu.com

MENU

Home

LOG IN

Username

Password

Remember Me ☐

Log In

New Account Signup
Forgot Your Password?

WIKI TOOLBOX

What links here
Recent changes
Random page

CALENDAR

< February, 2008 >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 01 |

Submit Event

VIETNAM PLACES VISITED

Saigon
Hoi An
Halong Bay
Hanoi

BAC DOES NAM



## KITWU Purpose

### Introduction

This site holds photos and information about the trip to Vietnam by Chris, Gaye, Pete and Phil.

See the menu above for links to individual web pages written about the places we visited. Open the photo albums below to see some of the photos we took in each place.

## Photo Albums

Check out our photos from our trip (all ours except for the photo of the Ben Thanh Market). They are in no particular order.

The photos have been reduced in resolution for quicker loading.

Mixed Photo Album

Saigon Photo Album

Hoi An Photo Album

Halong Bay Photo Album

Hanoi Photo Album

Cuc Phuong National Park Photo Album

Created on 02/04/2003 10:24 AM by admin
Updated on 03/27/2007 09:20 AM by Phil

This page does not exist yet.

WHAT'S RELATED

**These might interest you as well**                    **Documents**

Travel Docs
• Travel Documents

FEATURED PHOTO



**Dinner on the Emeraude**
We cruised Halong Bay on the Emeraude, a refurbished paddle steamer. We sp the boat. Phil is wearing his new suit from Hoi An and matching moustache.

**Exhibit  G**

# kitwu.com

MENU

Home

LOG IN

Username

Password

Remember Me

Log In

New Account Signup
Forgot Your Password?

SEARCH WEB PAGES

Search

CALENDAR

**< February, 2008 >**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 01 |

HOI AN



## Hoi An

Hoi An is a lovely place and is worth a couple of days visit if you have time. We stayed at the Vinh Hung Resort. We had villa style one room units overlooking one of the rivers and out the back is our own pool.

Hoi An is a must visit if you come to Vietnam. I will post some pictures we have taken later as for now the computer won't let me.

The town is as pretty as the picture you see here. There are lots of tourists but there are even more tailors, cafes and hawkers. The town is almost one big shopping centre.

Gaye and I got up at 4:45am to visit the market. Heaps of people buying and selling heaps of fish. All kinds of fish from sharks to sardines.

The weather was very humid but not as hot as Saigon.

There are over 400 tailor shops in Hoi An and we went to three of them. We had a few suits, skirts, pants and whatever made and are a little bit tired from walking from place to place. I got my cheapest suit made in one of the open shops in the Cloth Market. There are no change rooms here - you strip off in front of whoever is there and whoever walks down the aisle. The suits are not easy to try on when you are hot and sweaty.

Submit Event

Friday night we hung around the old town and watched the full moon festivities. The locals light small red candles and float them down the river in multicoloured cardboard boxes. All the street lights are turned off and outside lighting is provided by silk lanterns. People got into small boats and paddled among the candles up and down the river. The close the streets to motorized traffic during the festivities and so it was nice to be able to walk down the street without the constant beep beep of motor bikes.

## Last Day in Hoi Ahn

Sunday 4 March was our last day in Hoi Ahn. We went for a tour to visit the Marble Mountains just before Danang and the Citadel in Hue. We started at 0700 and finished at 1730, it was a long hot trip. Climbing the many steps at Marble Mountain made me sweat so much my jeans and shirt were wet. Was it worth it - I think so as I got to see some things that I would never have seen otherwise. I would love to have some of the marble statues in our garden however the shipping charges are huge.

We stopped on top of the mountain pass between Danang and Hue and got hassled by touts selling postcards beads and fake pearls. We also saw the concrete fortifications built by the French and Americans.

The Citadel in Hue was huge. We had a very ordinary lunch at a restaurant in Hue that our driver took us to - worst lunch in Vietnam. The trip over the mountains between Danang and Hue was very scary. All in all we were very glad to arrive back at the hotel in one piece. Along the way there were a couple of road accidents - one involved a big truck that flipped over on its side.

Created on 02/19/2007 07:10 AM by Phil
Updated on 05/26/2007 09:35 AM by Phil

COMMENTS

The comments are owned by the poster. We are not responsible for its content.

Nested ⬍    Oldest First ⬍    Refresh

All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed by Law Offices Of Christopher Hays in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Embarcadero Center, Suite 500, San Francisco, California 94111.

On 16 February 2008 I served the foregoing document(s) described as SUPPLEMENTAL DECLARATION OF CHRISTOPHER HAYS IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION on the interested parties in this action as stated on the attached service list as follows:

X    By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list
    ☐    BY PERSONAL SERVICE
        I delivered such envelope(s) by hand to the offices of the addressee(s).
    X    BY MAIL
        I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
    ☐    BY OVERNIGHT MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing via _____. Under that practice such envelope(s) would be deposited at an authorized _____ location on that same day with delivery fees fully provided for at San Francisco, California, in the ordinary course of business.
X    BY E-MAIL:
    On 6 February 2008, at approximately 1:45 pm, I served the above stated document(s) by e-mail directed to the parties as indicated of the attached service list.

Executed on 6 February 2008 at San Francisco, California.

X    (FEDERAL)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Christopher Hays

<u>ATTACHED SERVICE LIST</u>

Michael W. De Vries, Esq.
Andrew J. Fossum, Esq.
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

<mike.devries@lw.com>
<Andrew.Fossum@lw.com>