1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
  Michael W. De Vries (SBN 211001)
    *mike.devries@lw.com*
  Andrew Fossum (SBN 250373)
    *andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., a California corporation; and DOES 2 through 10,<br><br>                    Defendants. | CASE NO. C 07-04353 WHA<br><br>Honorable William H. Alsup<br><br>**SECOND SUPPLEMENTAL DECLARATION OF MICHAEL W. DE VRIES IN SUPPORT OF PLAINTIFF SINHDARELLA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          February 7, 2008<br>Time:          8:00 a.m.<br>Courtroom:   9 |

1    Pursuant to the Court's statement at the February 7, 2008 hearing on plaintiff

2  Sinhdarella, Inc.'s Motion for Preliminary Injunction authorizing the submission of this

3  supplemental declaration containing additional evidence presented by counsel for plaintiff at that

4  hearing, plaintiff Sinhdarella, Inc. hereby submits the Second Supplemental Declaration of

5  Michael W. De Vries and attached exhibits in further support of its Motion for Preliminary

6  Injunction.  For the convenience of the Court, please note that the Supplemental Declaration of

7  Michael W. De Vries that was handed up to the Court (and then returned) during the

8  aforementioned hearing is being renamed the "Second Supplemental Declaration of Michael W.

9  De Vries" and, in addition to containing everything included in the Supplemental Declaration of

10  Michael W. De Vries that was handed up to the Court during the hearing, also now attaches

11  additional evidence presented to the Court by counsel for plaintiff at the hearing:

12

13    **SECOND SUPPLEMENTAL DECLARATION OF MICHAEL W. DE VRIES**

14    I, Michael W. De Vries, hereby declare under penalty of perjury that:

15  1.  I am an active member of the State Bar of California and an attorney with the law firm of

16    Latham & Watkins LLP, counsel of record for plaintiff Sinhdarella, Inc.  The facts set

17    forth herein are within my personal knowledge, and if called as a witness, I could and

18    would testify competently thereto.

19    Department of Planning and Investment of Ho Chi Minh City

20  2.  Attached hereto as **Exhibit A** is a true and correct copy of a .pdf file rendering of the web

21    page appearing at www.vnnic.vn/english/5-6-300-1-2-04-20071115.htm on February 5,

22    2008.  This document states that the "GOV.VN" domain name extension is used by

23    "central- and local-level State agencies and organizations."

24  3.  Attached hereto as **Exhibit B** are true and correct copies of .pdf file renderings of web

25    pages appearing at the website located at www.vietnam.gov.vn (which redirects to a

26    website located at www.chinhphu.vn) and at the website located at

27    www.hochiminhcity.gov.vn on February 5, 2008.   These web pages begin at the home

28    page of the "Social Republic of Vietnam – The Government Website" website located at

1    www.vietnam.gov.vn, continue to the English language home page appearing at the

2    website located at www.vietnam.gov.vn, continue to the "Sitemap" link of the website

3    located at www.vietnam.gov.vn, continue to the "Ho Chi Minh City" link under the

4    "Local governments" section of the aforementioned "Sitemap" web page, continue to the

5    www.hochiminhcity.gov.vn link at the immediately aforementioned page, continue to the

6    "Ting Viet" link at the immediately aforementioned page, and continue to the "Sở Kế

7    hoạch và Đầu tư" link at the immediately aforementioned page, which leads to the splash

8    page for the Department of Planning and Investment of Ho Chi Minh City's website

9    located at dpi.hochiminhcity.gov.vn, which in turn leads to the last web page contained in

10    Exhibit B: the home page for the Department of Planning and Investment of Ho Chi

11    Minh City's website located at dpi.hochiminhcity.gov.vn.

12    4.   Attached hereto as **Exhibit C** are true and correct copies of .pdf file renderings of web

13    pages appearing on February 5, 2008 at the web site for the Department of Planning and

14    Investment of Ho Chi Minh City located at dpi.hochiminhcity.gov.vn.

15    5.   Attached hereto as **Exhibit D** is a true and correct copy of a certified translation of the

16    final web page found in Exhibit C hereto from the web site for the Department of

17    Planning and Investment of Ho Chi Minh City (located at dpi.hochiminhcity.gov.vn/vie/

18    webappdn/view.asp?id=4112023930&ht=&loaihinh=DT&HienThi=1) as that web page

19    identically appeared on February 1, 2008.  This translation indicates that the Ho Chi

20    Minh City Department of Planning and Investment states at its website located at

21    dpi.hochiminhcity.gov.vn that the "Business license issuance date" for the "Crab

22    Restaurant" located at "157-Le Thanh Ton-Ward Ben Thanh-District 1" was September

23    20, 2006, approximately three months after defendant Kevin Vu swears he opened his

24    San Jose restaurant under the name "The Boiling Crab" on or about June 20, 2006, and

25    more than eight months after defendant Kevin Vu swears that he saw the restaurant

26    located at that address in Ho Chi Minh City while traveling in Vietnam between

27    December 2005 and approximately January 16, 2006.

28    6.   Attached hereto as **Exhibit E** is a true and correct copy of a document provided by the

1   President of my client, Dada Ngo, to my firm on or about February 5, 2008.  I believe this

2   document to be substantively identical to the final web page found in Exhibit C hereto

3   from the web site for the Department of Planning and Investment of Ho Chi Minh City

4   (located at dpi.hochiminhcity.gov.vn/vie/webappdn/view.asp?id=

5   4112023930&ht=&loaihinh=DT&HienThi=1).  I have been informed by my client that:

6   the document attached hereto as Exhibit E was obtained by Duy Nguyen – who works for

7   a company by the name of THAM TU TU VIET MY located at Cong Ty Cung Cap

8   Thong Tin Luong Gia(LuongGia.Co) 355/39 Su Van Hanh(ND).P12.Q10.Ho Chi Minh,

9   VIETNAM, Tel : (08) 6122 334 -0908.39.39.01 - (08) 2428881 - 0909.39.39.02 – who

10  then (i) had the copy "certified" by one of the clerks in the office of the Department of

11  Planning and Investment of Ho Chi Minh City (meaning, I believe, that the clerk signed

12  and stamped Mr. Nguyen's copy of the document), and then (ii) sent the document

13  attached hereto as Exhibit E via international overnight courier to his satellite office

14  located at 14746 Bushard #B,  Westminster, CA, Phone: (714) 468-4294, where Dada

15  Ngo's father, Wing Ngo, picked up the document and provided it to Dada Ngo, who in

16  turn provided the document attached hereto as Exhibit E to this firm on or about February

17  5, 2008.

18                              Nhahangcua.com

19  7.  Attached hereto as **Exhibit F** is a true and correct copy of the WHOIS record for the

20  domain name nhahangcua.com, obtained from the website located at www.whois.net,

21  which I caused to be printed on February 6, 2008.  Paragraph 4 of the Supplemental

22  Declaration of Christopher Hays in Opposition to Motion for Preliminary Injunction filed

23  with the Court on February 6, 2008, states that "the nhahangcua.com website" is the

24  source of the menu of "the Vietnam 'Boiling Crab' Restaurant" produced by defendant at

25  Bates number D000068, a copy of which was attached as Exhibit D to the Supplemental

26  Declaration of Christopher Hays.  Page 2 of the WHOIS record attached hereto as Exhibit

27  F (which bears the Bates number TBC 000423) indicates that the domain name

28  nhahangcua.com was registered on November 16, 2006, *i.e.*, it states that the "Creation

1    date" of the domain name nhahangcua.com was "16 Nov 2006."

2    <center>Kitwu.com</center>

3    8.    Attached hereto as **Exhibit G** is a true and correct copy of the WHOIS record for the

4    domain name kitwu.com, obtained from the website located at who.godaddy.com, which

5    I caused to be printed on February 6, 2008.  The Supplemental Declaration of Christopher

6    Hays in Opposition to Motion for Preliminary Injunction filed with the Court on February

7    6, 2008, attaches several printouts from the website located at kitwu.com and states that

8    "[Sunday] 4 March" – a date referred to on the website located at kitwu.com – "first

9    appeared on a Sunday before 2003 in the year 2001, and did not appear on a Sunday

10    again until the year 2007" (at ¶ 9).  Page 1 of the WHOIS record attached hereto as

11    Exhibit G (which bears the Bates number TBC 000424) indicates that the domain name

12    kitwu.com was registered on January 11, 2007, *i.e.*, it states that the domain name was

13    "Created on" "11-Jan-07."

14    9.    Attached hereto as **Exhibit H** is a true and correct copy of a .pdf file rendering of a web

15    page appearing at the website located at kitwu.com on February 7, 2008, which I caused

16    to be printed on February 7, 2008.  This print out states that the "Itinerary" and "Travel

17    Documents" sections were "Updated" on "02/22/2007" and that the "Saigon To Do List"

18    section was "Updated" on "02/17/2007."

19    10.    Attached hereto as **Exhibit I** are true and correct copies of .pdf file renderings of web

20    pages appearing at the website located at kitwu.com on February 6, 2008, which I caused

21    to be printed on February 6, 2008.  These print-outs contain calendars for February 2007

22    and March 2007, and what appear to be calendar entries for certain dates associated

23    therewith.  The calendar for February 2007 includes the word "Leaving" for the date

24    February 23, 2007, and the calendar for March 2007 includes the words "Location – Hoi

25    An" for the date March 4, 2007.

26    <center>Defendant's New Restaurants</center>

27    11.    Attached hereto as **Exhibit J** is a true and correct copy of a screen capture of a web page

28    appearing at the website located at yelp.com on or about February 4, 2008, which I

caused to be printed on or about February 4, 2008.    This web page refers to a restaurant called "The Boiling Crawfish" located at "2333 Irving St (between 24th Ave & 25[th] Ave) San Francisco, CA 94122" and includes nine reviews for this restaurant.  Excerpts from the review from "Daisy V" of "Richmond, CA" dated 01/27/2008, found at the last page of Exhibit J hereto, include: "I took my bf to this restaurant because I had them while I was in Los Angeles. … We bought the medium spicy because I wasn't sure how spicy it was there than in orange county. … It was everything like the one in orange county, except for the season fries and chicken wings. … All I wanted was the crawfish boiling in that broth that they serve in orange county."  Excerpts from the review from "swys" of "San Francisco, CA" dated 02/02/2008, found at page 2 of Exhibit J hereto, include: "I love that T.B.C. menu is limited to messy eating love that they do well … T.B.C. is def- a new gem in this neck of the hood."  Excerpts from the review from "I.D. Cloaker" of "San Francisco, CA" dated 01/27/2008, found at page 3 of Exhibit J hereto, include: "I don't know where they get the crawfish.  But their size is not consistent.  Some of them are good sized, but most of them are rather small. … The unevenness in size tells me the owner probably doesn't have a good, reliable source for the crawfish."  The review from "sean c." of "San Francisco, CA" dated 01/21/2008, found at the last page of Exhibit J hereto, states: "absolutely the rudest staff ever!!!"

12.  Attached hereto as **Exhibit K** is a true and correct copy of a .pdf file rendering of a web page appearing at the website located at chowhound.com on February 5, 2008, which I caused to be printed on or about February 5, 2008.  This web page refers to a restaurant called "Boiling Crawfish (New) Outer Sunset" and includes various posted comments about the restaurant.  The following is an excerpt from the comment posted by "Xiao Yang" on Jan 19, 2008 at 8:17 p.m., at pages 1-2 of Exhibit K hereto: "the same guy owns a 'Boiling Crawfish' place in Sacramento."  The following is an excerpt from a comment posted by "junesix" on January 20, 2008 at 5:10 p.m., at page 2 of Exhibit K hereto: "It is part of the same Boiling Crawfish chain in Sacramento and San Jose."  The following is an excerpt from a comment posted by "PorkButt" on January 21, 2008 at

1    6:04 p.m., at page 3 of Exhibit K hereto: "I think that the Louisiana style crawfish boils

2    have come up here via transplants from Louisiana and Houston through Southern

3    California.  There have been these types of restaurants opened by ethnic Vietnamese in

4    the Westminster[, Orange County] area for a few years now."  The following is an

5    excerpt from a comment posted by "Xiao Yang" on January 21, 2008 at 7:42 p.m., at

6    page 3 of Exhibit K hereto: "The owner of Boiling Crawfish may be ethnic Vietnamese,

7    judging from his name (Kevin Vu)."

8    13.  Attached hereto as **Exhibit L** is a true and correct copy of a .pdf file rendering of a web

9    page appearing at the website located at sf.eater.com on February 5, 2008, which I caused

10    to be printed on or about February 5, 2008.  This web page refers to the Boiling Crawfish

11    restaurant located at "2333 Irving Street, between 24th and 25th, the Sunset; (415) 663-

12    6033; Mon-Thu 3pm-10pm, Fri-Sun 12pm-10pm."  Page 2 of Exhibit L hereto refers to

13    the restaurant's "quizzical 3pm opening time."  The following is an excerpt from the

14    "Comment #3" dated 01/17/08 at 11:18 p.m., at page 4 of Exhibit L hereto: "I'm a big fan

15    of the Cajun crawfish restaurants in Garden Grove (Southern California) so I was eager to

16    try out this new spot."

17    ///

18    ///

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\935024.2

6

SECOND SUPPLEMENTAL DECLARATION OF
MICHAEL W. DE VRIES (CASE NO. C 07-04353 WHA)

1    14. Attached hereto as **Exhibit M** is a true and correct copy of a print-out of a web page

2    appearing at the website located at yelp.com on or about February 5, 2008, which I

3    caused to be printed on or about February 5, 2008.    This web page refers to a restaurant

4    called "The Boiling Crawfish" located at "6835 Stockton Blvd, Ste 450, Sacramento, CA

5    95814" and includes one review for this restaurant.  Excerpts from that review, from

6    "Misa W" of "Sacramento, CA" dated 01/20/2008, found at pages 1-2 of Exhibit M

7    hereto, include: "they go to SMF in the morning to pick up fresh Louisiana crawfish …

8    Hence, the later opening time each day (3-10pm). … The owner has 2 other branches in

9    SF and SJ."

10            I declare under penalty of perjury under the laws of the United States that the

11   foregoing is true and correct.

12            Executed this 7th day of February, 2008 at San Francisco, California.

13

14                                                                    Michael W. De Vries

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
ORANGE COUNTY

OC\935024.2

7

SECOND SUPPLEMENTAL DECLARATION OF
MICHAEL W. DE VRIES (CASE NO. C 07-04353 WHA)