# EXHIBIT A



MINISTRY OF INFORMATION AND COMMUNICATIONS

# VIETNAM INTERNET NETWORK INFORMATION CENTER

**Home**

**About VNNIC**

**Domain name** ▶

**Registrars** ▶

**Internet statistic**

**▸▸** Home >> Country-code top level domain name

## Country-code top level domain name

### 1. VN Category and Whois :

- Category

1. VN domain name is allowed to be registered both in second level (under .vn) and third level (under .com.vn, org.vn, net.vn…).

2. Generic second-level domain (gSLD) names mean domain names classified by sectors, including the following domain names:

a/ COM.VN: For organizations and individuals involved in commercial activities.

b/ BIZ.VN: For organizations and individuals involved in business activities, equivalent to domain name ".COM.VN".

c/ EDU.VN: For organizations and individuals involved in education and training activities.

d/ GOV.VN: For central- and local-level State agencies and organizations.

e/ NET.VN: For organizations and individuals involved in the establishment and provision of online services.

f/ ORG.VN: For organizations involved in political, cultural and social activities.

g/ INT.VN: For Vietnam-based international organizations.

h/ AC.VN: For organizations and individuals involved in research activities.

i/ PRO.VN: For organizations and individuals involved in highly-specialized domains.

j/ INFO.VN: For organizations and individuals involved in the creation, distribution and supply of information.

k/ HEALTH.VN: For organizations and individuals involved in pharmaceutical and medical activities.

l/ NAME.VN: For proper names of individuals involved in Internet-related activities.

m/ And other domain name categories to be regulated by the Ministry of Information and Communication.

- Whois

### 2. Principles for .VN registration :

\* It is strictly prohibited to use Internet resources for purposes of opposing the State of the Socialist Republic of Vietnam, disturbing security, economy, social order and safety, undermining the nation's fine tradition and custom, infringing upon the legitimate rights and interests of organizations and individual.

* Principles for registration of domain names

- To make registration on the principle of equality and non-discrimination and on first come-first serve basis.

- Organizations and individuals registering and using dot VN shall take full responsibility in accordance with current provisions of Law for the purposes of use and accuracy of information supplied to VNNIC and ensure that the registration and use of such domain names does not infringe upon the legitimate rights and interests of other organizations or individuals that exist before registration date.

- A registered domain name must not start with character "**xn--**".

- Return, suspension and withdrawal of domain names.

* Naming principles

- Domain names shall be freely selected in accordance with current provisions of law and the provisions of this Regulation.

- A registered domain name must not include words infringing upon national interests or unsuitable to social ethics, national lifestyle or culture; must be searious to avoid misunderstanding and distorting because of the  polyphonic and polysemantic of Vietnamese.

- A registered domain name may contain characters from A to Z; 0 to 9 and Vietnamese- language characters in the Vietnamese alphabet. These characters may be either in capital block  or normal ones.

- A registered domain name may contain character "-" but must neither start nor end with this character.

- A registered domain name must not start with character "xn-".

- A registered domain name must contain at least 3 characters but not more than 63 characters.

* Return, suspension and withdrawal of domain names

- Return of domain names : If organization or individual no longer has need to use domain names, he/she shall submit a written requests for returning the domain name to respective Registrars or in case, the domain name exceed the expiry date without renewal, it is considered to be not in use and will be returned automatically.

+ Suspension of domain name applied in the following cases:

 -  At the written request of competent State agencies or in case of violations of this Regulation.

 -  In the excess of expiry date without paying renewal fees within 30 days..

 -  If a third-level domain name under a second-level domain name of an organization or individual needed to be suspended at the written request of State agencies is not done accordingly, that second level domain name will be suspended.

+ Domain names shall be withdrawn in the following cases:

 - At written requests of competent State agencies or under decisions on settlement of domain-name disputes.

 - In violation of the following regulation or providing inaccurate registration information.

> Using Internet resources for purposes of opposing the State of the Socialist Republic of Vietnam, disturbing security, economy, social order and safety, undermining the nation's fine tradition and custom, infringing upon the legitimate rights and interests of organizations and individual.

> Domain names stand for The Party and State agencies' name is infringed. It is strictly prohibited for inappropriate organizations and individuals to register these type of Domain names

> A registered domain name include words infringing upon national interests or unsuitable to social ethics, national lifestyle or culture; must be searious to avoid misunderstanding and distorting because of the polyphonic and polysemantic of Vietnamese.

- On-going use of the domain name after being suspended or warned but without any corrective action.

+ Giving notification of :

- **Suspension:** VNNIC requires Registrars to send written notification to concerned organizations, individuals about domain name suspension as requested by competent State agencies or in violation of this regulation.

- **Withdrawal:** VNNIC requires Registrars to send written notification to concerned organizations, individuals about domain name withdrawal in case of violation of withdrawal provisions.

**3. Fee Schedule of  .VN :**(Stipulated by the Minister of Finance at the Decision No 28/2006/ QĐ-BTC dated 05/05/2006)

| Ord No. | Charges | Per | Amount (VND) |
|---|---|---|---|
| **1** | **Registration Fee** | | |
| a) | Second-level domain names | Once | 450,000 |
| b) | Third-level domain names | Once | 450,000 |
| c) | One Vietnamese domain name (IDN) registration for each Second-level domain name or Third-level domain name | Once | 0 |
| d) | Additional Vietnamese domain name (IDN) registration | Once | 0 |
| **2** | **Renewal Fee :** | | |
| a) | Other Second-level domain names | Year | 600,000 |
| b) | Third-level domain names | Year | 480,000 |
| c) | One Vietnamese domain name (IDN) registration for each Second-level domain name or Third-level domain name | Year | 0 |
| d) | Additional Vietnamese domain name (IDN) registration | Year | 160,000 |

Exchange rate: 1USD ~ 16.100 VND (for reference only)

For example : Registration fee for Second-level domain names = 450.000 VND ~ 27.95 USD

Powered by Vietnam Internet Network Information Centre
115 Tran Duy Hung St, Cau Giay Dst, Hanoi
Tel : + 84 - 4 - 5564944
Fax : + 84 - 4 - 5564955
Email: webmaster@vnnic.net.vn
Website : http://www.vnnic.net.vn

# EXHIBIT B



TRANG TIN ĐIỆN TỬ
**CHÍNH PHỦ NƯỚC CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**

Trang chủ ׀ Thư điện tử ׀ Hộp thư bạn đọc ׀ Liên kết ׀ Sơ đồ website ׀ English

Thứ tư, 06/02/2008

**Tìm kiếm**

[            ]  **Tìm**

**Giới thiệu Website**

**Nước CHXHCN Việt Nam**

**Chính phủ nước CHXHCN Việt Nam**

**Thủ tướng Chính phủ**

**Văn phòng Chính phủ**

**Các Bộ, cơ quan ngang Bộ, cơ quan thuộc Chính phủ**

**Các tỉnh, thành phố**

**Các doanh nghiệp**

**Chính sách phát triển kinh tế - xã hội**

**Các chương trình, dự án phát triển KT-XH trọng điểm của quốc gia**

**Thông tin tổng hợp**



**Sự kiện quan trọng**


Hội nghị lần thứ sáu Ban Chấp hành Trung ương Đảng Khoá X: Thảo luận và quyết định nhiều vấn đề có ý nghĩa rất to lớn

Hội nghị triển khai kế hoạch KT-XH và NSNN 2008: Phấn đấu hoàn thành cơ bản các chỉ tiêu chủ yếu giai đoạn 2006 - 2010

**Bản đồ hành chính**



**TRANG TIN THỦ TƯỚNG CHÍNH PHỦ NGUYỄN TẤN DŨNG**



**THỦ TƯỚNG CHÍNH PHỦ ĐỐI THOẠI TRỰC TUYẾN**

**SÁCH ĐIỆN TỬ**

**Tin tức nổi bật**

**Tổng Bí thư  Nông Đức Mạnh chúc Tết Đảng bộ, chính quyền và nhân dân Thủ đô**


(Website Chính phủ) - Thăm và chúc Tết Đảng bộ, chính quyền và nhân dân Hà Nội sáng nay 5/2, Tổng Bí thư Nông Đức Mạnh gửi tới cán bộ, đảng viên, đồng bào, chiến sĩ Thủ đô lời thăm hỏi ân cần và những lời chúc mừng tốt đẹp nhất, mong muốn Hà Nội hoàn thành xuất sắc nhiệm vụ đã đề ra, trở thành một đô thị văn minh, hiện đại, không gian rộng mở, xứng đáng với vai trò là Thủ đô, trái tim của cả nước, đầu não chính trị - hành chính quốc gia, trung tâm lớn về văn hoá, khoa học, giáo dục, kinh tế và giao dịch quốc tế.

**Lãnh đạo Chính phủ thăm, chúc Tết các địa phương**


(Website Chính phủ) - Nhân dịp Tết Mậu Tý 2008, Thủ tướng Chính phủ Nguyễn Tấn Dũng và các Phó Thủ tướng Nguyễn Sinh Hùng, Nguyễn Thiện Nhân đã tới thăm, chúc Tết các địa phương: tỉnh Bình Phước, Trung ương Hội Người cao tuổi Việt Nam, và tỉnh Trà Vinh.

**Chủ tịch nước trả lời phỏng vấn Đài Truyền hình Việt Nam**

(Website Chính phủ) - Nhân dịp năm mới Mậu Tý 2008, trong cuộc phỏng vấn với Đài Truyền hình Việt Nam, Chủ tịch nước Nguyễn Minh Triết đã đề cập đến những thành tựu của công tác đối ngoại, những vấn đề của khu vực nông thôn và kết quả của những công việc ưu tiên của Chủ tịch nước trong năm Đinh Hợi 2007.

- Xuất gạo Dự trữ quốc gia hỗ trợ các tỉnh Cao Bằng, Thanh Hóa, Quảng Ngãi
- Phó Thủ tướng Hoàng Trung Hải thăm và chúc Tết tỉnh Hải Dương
- Thị trường Tết Mậu Tý: Hàng hóa dồi dào – sức mua tăng mạnh
- Thống nhất, thông suốt quản lý ngành, lĩnh vực công tác từ Trung ương đến cơ sở

 Xem tiếp...

**LẤY Ý KIẾN NHÂN DÂN VỀ DỰ THẢO VĂN BẢN QUY PHẠM PHÁP LUẬT**
Nhấn vào đây để tham gia

**Các ý kiến góp ý của nhân dân về Dự thảo Nghị định**

Bạn đọc góp ý Dự thảo Nghị định đơn giản hóa thủ tục hành chính trên một số lĩnh vực quản lý nhà nước

- Bạn đọc góp ý Dự thảo Luật Công vụ
- Bạn đọc góp ý Dự thảo Luật Công vụ

 Xem tiếp...

**Nghị quyết phiên họp**

- Nghị quyết Phiên họp Chính phủ thường kỳ tháng 01 năm 2008
- Chương trình hành động của Chính phủ nhiệm kỳ 2007 - 2011
- Nghị quyết Phiên họp Chính phủ thường kỳ tháng 12 năm 2007

 Xem tiếp...



Chuyến thăm 3 nước vùng Vịnh của Phó Thủ tướng Nguyễn Sinh Hùng thành công ngoài dự kiến

Xem tiếp...

### Thông báo ý kiến của Thủ tướng

**Phê duyệt danh mục dự án của Viện Dệt May do Bỉ viện trợ**

(Website Chính phủ) - Ngày 5/2, Thủ tướng Chính phủ đã phê duyệt danh mục dự án "Tăng cường năng lực nghiên cứu, đào tạo và phát triển thử nghiệm kỹ thuật dệt của Viện Dệt May, giai đoạn II" do Chính phủ Vương quốc Bỉ viện trợ không hoàn lại.

- Thành lập Trường Đại học tư thục Nguyễn Trãi tại Hà Tây
- Phê chuẩn kết quả bầu cử bổ sung, miễn nhiệm thành viên UBND các tỉnh Quảng Ninh, Hưng Yên, Hải Dương, Bình Dương, Quảng Ngãi, Thái Nguyên nhiệm kỳ 2004-2009
- Bộ Nông nghiệp và Phát triển nông thôn quyết định việc chuyển đổi Tổng công ty Lâm nghiệp Việt Nam theo hình thức công ty mẹ-công ty con
- Xuất gạo Dự trữ quốc gia hỗ trợ các tỉnh Cao Bằng, Thanh Hóa, Quảng Ngãi

Xem tiếp...

### Tình hình KT-XH

- Báo cáo năm 2008
- Báo cáo năm 2007
- Báo cáo năm 2006
- Báo cáo năm 2005
- Báo cáo năm 2004
- Báo cáo năm 2003
- Báo cáo năm 2002







BẠN ĐỌC HỎI, CƠ QUAN CHỨC NĂNG TRẢ LỜI

Nhấn vào đây để tham gia

### Cơ quan chức năng trả lời bạn đọc

**Ban Quản lý lao động và doanh nghiệp đưa lao động đi làm việc tại Malaysia đã bảo vệ quyền lợi chính đáng cho người lao động**

(Website Chính phủ) - Ông Lê Văn Đô (tỉnh Kiên Giang) phản ánh về việc ngày 08/09/2007, vợ ông và 4 lao động Việt Nam khác làm việc tại Malaysia bị cảnh sát sở tại giam giữ với lý do chủ xí nghiệp nơi họ làm việc không đóng tiền thuế thân và không làm giấy tờ hợp pháp cho người lao động. Về vấn đề này, Bộ Lao động - Thương binh và Xã hội có công văn số 105/QLLĐNN-QLLĐ ngày 21/01/2008 cho biết như sau:

- Sở Tài nguyên và Môi trường tỉnh Bình Dương trả lời phản ánh của ông Mạnh Đình Hưởng
- Việc thành lập các tổ chức sự nghiệp trực thuộc Chi cục Tiêu chuẩn Đo lường Chất lượng theo cơ chế tự chủ, tự chịu trách nhiệm là đúng chủ trương của Chính phủ

Xem tiếp...

Ý KIẾN CÔNG DÂN, DOANH NGHIỆP
VỀ THỦ TỤC HÀNH CHÍNH
Nhấn vào đây để gửi phản ánh, kiến nghị

### Kết quả xử lý kiến nghị, phản ánh về thủ tục HC

**Kiểm tra sự việc nêu trên báo Đại Đoàn kết**

(Website Chính phủ) - Thực hiện nhiệm vụ được Thủ tướng Chính phủ giao, ngày 28/12, Văn phòng Chính phủ đã có công văn đề nghị Bộ Nông nghiệp và Phát triển nông thôn kiểm tra sự việc nêu trên báo Đại Đoàn kết số ra ngày 24/12 với bài viết: "Bộ Nông nghiệp và Phát triển nông thôn đợi "làm thủ tục" khiến: Toàn quốc... đói muối".

- Đề nghị Chủ tịch UBND tỉnh Hòa Bình xử lý phản ánh của bà Liêu Thị Hải
- Bưu điện Thành phố Hồ Chí Minh đã giải quyết kiến nghị của ông Huỳnh Đức Tấn chuyển hồ sơ 104 ngôi nhà thuộc Nhà nước quản lý cho Sở Xây dựng Thành phố Hồ Chí Minh



Xem tiếp...

## Hoạt động của Bộ, Ngành

### Thị trường Tết Mậu Tý: Hàng hóa dồi dào – sức mua tăng mạnh



(Website Chính phủ) – Vào những ngày giáp Tết nguyên đán mậu Tý, theo dự đoán của một số chuyên gia, sức mua ước tăng gần 300%, so với những ngày trước đó, song do chuẩn bị kỹ, với khối lượng hàng hóa dồi dào, các doanh nghiệp của mọi thành phần kinh tế đã và đang đáp ứng được nhu cầu mua sắm đón Tết, vui Xuân Mậu Tý của nhân dân, giá cả tuy có tăng song theo đúng quy luật mua sắm trong dịp Tết.

☐ Cuối 2008, nhà thuốc của bệnh viện chỉ được phép hoạt động sau khi đạt nguyên tắc, tiêu chuẩn GPP

☐ Đồng chí Trương Tấn Sang thăm và chúc tết Báo Nhân Dân

 Xem tiếp...

## Hoạt động của địa phương

### Các địa phương chăm lo tết cho các gia đình chính sách, hộ nghèo, nạn nhân chất độc da cam

(Website Chính phủ) – Những ngày Tết nguyên đán Mậu Tý, các địa phương trong cả nước đã tích cực chăm lo, tặng quà cho các gia đình chính sách, hộ nghèo, nạn nhân chất độc da cam để mọi người dân được đón Tết, vui xuân.

☐ Phó Thủ tướng Nguyễn Thiện Nhân thăm và chúc tết tại tỉnh Cà Mau

☐ Dành nhiều ưu đãi đối với các nhà đầu tư tại Khu kinh tế Vân Phong

 Xem tiếp...

## Thế giới và Việt Nam

### Việt Nam bày tỏ quan điểm về tình hình Chad tại Hội đồng Bảo an Liên Hợp Quốc

(Website Chính phủ) - Đại sứ đại diện Việt Nam tại Hội đồng Bảo an Liên Hợp Quốc Lê Lương Minh : Việt Nam phản đối mọi âm mưu chiếm quyền từ Chính phủ hợp pháp của Cộng hòa Chad bằng vũ lực.

☐ Thủ tướng Nguyễn Tấn Dũng thăm hỏi nhân dân vùng bị thiên tai miền Trung và miền Nam Trung Quốc

☐ Việt Nam khuyến khích các doanh nghiệp Hàn Quốc đầu tư vào cơ sở hạ tầng

 Xem tiếp...

Trang chủ  ǀ  Sơ đồ website  ǀ  Liên hệ  ǀ  Liên kết  ǀ  Trợ giúp

© TRANG TIN ĐIỆN TỬ CHÍNH PHỦ (WEBSITE CHÍNH PHỦ)
CƠ QUAN THÔNG TIN THUỘC CHÍNH PHỦ NƯỚC CỘNG HOÀ XÃ HỘI CHỦ NGHĨA VIỆT NAM
**Trưởng Ban chỉ đạo:** ĐOÀN MẠNH GIAO (nguyên Bộ trưởng, Chủ nhiệm Văn phòng Chính phủ)
**Phó trưởng Ban thường trực:** TRẦN QUỐC TOẢN (Phó Chủ nhiệm Văn phòng Chính phủ)
**Tổng biên tập: PHẠM VIỆT DŨNG**
**Trụ sở:** 16. Lê Hồng Phong - Ba Đình - Hà Nội
**Điện thoại:** 080.48922 - 080.48580; **Email:** toasoanwebcp@chinhphu.vn
Bản quyền thuộc Website Chính phủ - Cơ quan cung cấp thông tin chính thống của Chính phủ.
Ghi rõ nguồn 'Website Chính phủ' khi bạn phát hành lại thông tin từ Website này.



# SOCIALIST REPUBLIC OF VIETNAM
# THE GOVERNMENT WEBSITE
http://www.vietnam.gov.vn



Home ı Contact Us ı Site map ı Vietnamese

Tuesday, 05/2/2008

## Search

[ ] **Go**

**About the website**

Prime Minister's Speech

Website Opening Ceremony

Website-related documents

**The Socialist Republic of Vietnam**

About Vietnam

Diplomatic relations

**Central government**

Members of government

**Prime Minister**

Monthly resolutions

**Ministries**

**Local governments**

**Strategies and policies**

## Highlights


Youth union opens 9th national congress


VN's new position in international arena


VN: A proactive, constructive and responsible member of international community

 More…

**STATE ADMINISTRATION REFORM PROGRAMME**

## News

### VN encourages RoK businesses to jump in infrastructure



VNGOP – The Vietnamese Government is willing to provide best conditions for enterprises from the Republic of Korea (RoK) to invest in planning and developing the infrastructure network, said Standing Deputy PM Nguyễn Sinh Hùng.

▫ Party, State, Gov't leaders pay Tết visits to people
▫ CPV solemnly celebrates its 78th anniversary

 More…


VIETNAM'S ACCESSION TO WTO

## Government in action

### PM stipulates functions of int'l border-gate economic zone manager



VNGOP – The PM made a decision yesterday, February 4, stipulating functions, duties, power and organizational structure of the Management Board of the Bờ Y International Border-gate Economic Zone.

▫ Bắc Phú Cát IP merged into Hòa Lạc Hi-tech Park
▫ Many IPs in Hải Phòng, Cà Mau stand in national masterplan of IP development

 More…

## Ministerial activities

### MoF gives solutions to stabilize stock market



VNGOP – The Ministry of Finance (MoF) just presented some solutions to stabilize the stock market, including the plan to schedule the IPO of some enterprises in conformity with the market conditions.

▫ Temporary classrooms to vanish by 2012
▫ Financial and capital markets to dramatically develop in 2008

 More…

## Local activities

### Incentives granted to investors in Vân Phong EZ

VNGOP – Under a decision signed by the PM on February 4 to revise and supplement some articles of the Statutes on the Operation of Vân Phong Economic Zone (EZ), investors will be granted with many preferential conditions.

▫ Thăng Long Imperial Citadel Festival kicked off
▫ Thừa Thiên-Huế eyes on better transport infrastructure to 2020

 More…

## The map of Vietnam





APEC VIET NAM 2006


BUSINESS

## Info for Non-residents

▪ Visa, Customs and Currency

▪ Transportation

▪ Foreign embassies

**Vietnam and World**

**PM expresses sympathy to natural disaster victims in China**

VNGOP – PM Nguyễn Tấn Dũng on February 4 sent a message to Chinese Premier Wen Jiabao expressing his sympathy over a large number of Chinese people suffering from snow storms in many central and southern provinces of China.

☐ Leaders congratulates Sri Lanka's National Day

☐ VN criticizes Taiwan leader's visit to Ba Binh Island

 More...

---

Home ı Contact Us ı Site map ı Vietnamese

**THE GOVERNMENT WEBSITE**
**ONLINE INFORMATION AGENCY OF THE SOCIALIST REPUBLIC OF VIETNAM GOVERNMENT**
**Editor-in-chief:** Pham Viet Dung
**Head Office:** 16 Le Hong Phong Str., Ba Dinh District, Hanoi, Vietnam
**Tel.** 080.48922 - 080.48923; **Email:** toasoanwebcp@chinhphu.vn
**Copyright © 2007 www.vietnam.gov.vn. All rights reserved.**
**Note:** **Pilot version.**

Site Map



**SOCIALIST REPUBLIC OF VIETNAM**
**THE GOVERNMENT WEBSITE**
http://www.vietnam.gov.vn



Home ı Contact Us ı Site map ı Vietnamese

Tuesday, 05/2/2008

**Search**

[                    ] [Go]

**About the website**

Prime Minister's Speech

Website Opening Ceremony

Website-related documents

**The Socialist Republic of Vietnam**

About Vietnam

Diplomatic relations

**Central government**

Members of government

**Prime Minister**

Monthly resolutions

**Ministries**

**Local governments**

**Strategies and policies**

**Highlights**


Youth union opens 9th national congress

VN's new position in international arena

VN: A proactive, constructive and responsible member of international community

➡ More...





**Sitemap**

**VIETNAM GOVERNMENT PORTAL**

+-- About the Website
   +-- Prime Minister's Speech
   +-- Website Open Ceremony
   +-- Legal documents on Website
+-- Ministries
   +-- Ministries and ministry-level agencies
   +-- Government' s Agencies
+-- Local governments
   +-- Hanoi
   +-- Hai Phong
   +-- Khanh Hoa
   +-- Quang Ngai
   +-- Ho Chi Minh City
   +-- Da Nang
   +-- Kien Giang
   +-- Quang Ninh
   +-- An Giang
   +-- Gia Lai
   +-- Kon Tum
   +-- Quang Tri
   +-- Ba Ria - Vung Tau
   +-- Hoa Binh
   +-- Lai Chau
   +-- Soc Trang
   +-- Bac Lieu
   +-- Ha Giang
   +-- Long An
   +-- Son La
   +-- Bac Giang
   +-- Ha Nam
   +-- Lao Cai
   +-- Thanh Hoa
   +-- Bac Kan
   +-- Ha Tay
   +-- Lam Dong
   +-- Thai Binh
   +-- Bac Ninh
   +-- Ha Tinh
   +-- Lang Son
   +-- Thai Nguyen
   +-- Ben Tre

**The map of Vietnam**







**Info for Non-residents**

▪ Visa, Customs and Currency

▪ Transportation

▪ Foreign embassies

```
        +-- Hung Yen
        +-- Nam Dinh
        +-- Thua Thien - Hue
        +-- Binh Duong
        +-- Hai Duong
        +-- Nghe An
        +-- Tien Giang
        +-- Binh Dinh
        +-- Hau Giang
        +-- Ninh Binh
        +-- Tra Vinh
        +-- Binh Phuoc
        +-- Dien Bien
        +-- Ninh Thuan
        +-- Tuyen Quang
        +-- Binh Thuan
        +-- Dak Lak
        +-- Phu Tho
        +-- Tay Ninh
        +-- Cao Bang
        +-- Dak Nong
        +-- Phu Yen
        +-- Vinh Long
        +-- Ca Mau
        +-- Dong Nai
        +-- Quang Binh
        +-- Vinh Phuc
        +-- Can Tho
        +-- Dong Thap
        +-- Quang Nam
        +-- Yen Bai
    +-- Strategies and policies
    +-- Info for Non-residents
        +-- Visa, Customs and Currency
        +-- Transportation
        +-- Foreign embassies
    +-- Hot News
        +-- Hot News
        +-- Politics
        +-- Business
        +-- Society
        +-- Government in action
        +-- Mnistrial activities
        +-- Local activities
        +-- Vietnam and World
        +-- Strategies
        +-- Policies
    +-- Site Map
    +-- Strategies
    +-- Contact Us
```

+-- Vietnam-WTO
+-- Business
+-- APEC Vietnam 2006
+-- Weather
+-- Prime Minister Website
    +-- Lastest News
    +-- Search results
    +-- News and events
    +-- Gallery
    +-- Speeches
    +-- Opinions
    +-- Talk online
    +-- Sitemap
    +-- Contact Prime Minister

Home ׀ Contact Us ׀ Site map ׀ Vietnamese

**THE GOVERNMENT WEBSITE**
**ONLINE INFORMATION AGENCY OF THE SOCIALIST REPUBLIC OF VIETNAM GOVERNMENT**
**Editor-in-chief:** Pham Viet Dung
**Head Office:** 16 Le Hong Phong Str., Ba Dinh District, Hanoi, Vietnam
**Tel.** 080.48922 - 080.48923; **Email:** toasoanwebcp@chinhphu.vn

**Copyright © 2007 www.vietnam.gov.vn. All rights reserved.**
**Note:** Pilot version.

Ho Chi Minh City



**SOCIALIST REPUBLIC OF VIETNAM**
# THE GOVERNMENT WEBSITE
http://www.vietnam.gov.vn



Home ı Contact Us ı Site map ı Vietnamese

Tuesday, 05/2/2008

**Search**

[ ] **Go**

**About the website**

Prime Minister's Speech

Website Opening Ceremony

Website-related documents

**The Socialist Republic of Vietnam**

About Vietnam

Diplomatic relations

**Central government**

Members of government

**Prime Minister**

Monthly resolutions

**Ministries**

**Local governments**

**Strategies and policies**

**Highlights**

 Youth union opens 9th national congress

 VN's new position in international arena

 VN: A proactive, constructive and responsible member of international community

 VN wants to contribute more to development, peace and security in the world

 PM starts tours to UN and France

 More...

| People's Committee of HỒ CHÍ MINH CITY | |
|---|---|
| Address: | No. 86 Lê Thánh Tôn St., District 1, Ho Chi Minh City |
| Tel. | 08 8291036 - 08 8292030 - 08 8296999 |
| Fax: | 08 8295675 - 08 8296988 |
| E-mail: | |
| Website: | http://www.hochiminhcity.gov.vn |

**Leaders of the People's Committee**

| Title | Full name |
|---|---|
| Chairman | Lê Hoàng Quân |
| Vice Chairman | Nguyễn Hữu Tín |
| Vice Chairman | Nguyễn Thành Tài |
| Vice Chairman | Nguyễn Trung Tín |
| Vice Chairman | Nguyễn Thị Hồng |

**News**

■ HCM City Airport launches new int'l terminal

■ US tops surge of foreign visitors to HCMC

 More...

Ho Chi Minh City



Home ı Contact Us ı Site map ı Vietnamese

**THE GOVERNMENT WEBSITE**
**ONLINE INFORMATION AGENCY OF THE SOCIALIST REPUBLIC OF VIETNAM GOVERNMENT**
**Editor-in-chief:** Pham Viet Dung
**Head Office:** 16 Le Hong Phong Str., Ba Dinh District, Hanoi, Vietnam
**Tel.** 080.48922 - 080.48923; **Email:** toasoanwebcp@chinhphu.vn
**Copyright © 2007 www.vietnam.gov.vn. All rights reserved.**
**Note:** **Pilot version.**

http://www.hochiminhcity.gov.vn/





# THÀNH PHỐ HỒ CHÍ MINH

THÀNH

**Trang chủ** | **Giới thiệu** | **Góp ý** | **Cấu trúc site** | **Hỗ trợ** | **English**

**Tin mới:** Hỗ trợ quà Tết cho cán bộ, chiến sỹ đang làm nhiệm vụ trên biển tại quần đảo Trường Sa. * Kế hoạch giữ vệ sinh công cộng phục vụ Tết Nguyên Đán Mậu Tý. * Bảo đảm trật tự an toàn giao thông nhân dịp Tết Nguyên đán 2008 * Tôn vinh doanh nghiệp có vốn đầu tư nước ngoài phát triển bền vững *



### Giới thiệu
- Giới thiệu chung
- Lịch sử - Văn hóa
- Thắng cảnh - Du lịch
- Định hướng - Phát triển
- Số liệu Kinh tế - Xã hội

### Tin tức - Sự kiện
- Hoạt động của Thường trực HĐND và UBND Thành phố
- Tin thời sự

### CÔNG BÁO
- Văn bản mới
- Công báo
- Văn bản quy phạm pháp luật

### Thông tin cần biết
- Tổ chức hành chính Thành phố
- Lãnh sự - Cơ quan đại diện nước ngoài
- Tra cứu số điện thoại

### Bản đồ
- Bản đồ thành phố và các quận huyện

**Liên kết Website**

--------Liên kết website--------



**Góp ý thủ tục hành chính**

**Hộp thư góp ý xây dựng TP**

gopyhdndtp@tphcm.gov.vn

**Góp ý cho website**

---

**Tin nổi bật**

**Ngăn chặn hành vi sản xuất, buôn bán, vận chuyển, tàng trữ và sử dụng trái phép các loại pháo nổ và các loại pháo trang trí khác.**

UBND TP nghiêm cấm việc sản xuất, buôn bán, vận chuyển, tàng trữ, kinh doanh và sử dụng trái phép các loại pháo (pháo nổ, pháo hoa lễ hội, các loại pháo biến tưởng), kể cả công cụ để sử dụng các loại pháo này (như súng bắn pháo vòng), pháo điện và pháo trang trí bằng giấy, bằng nhựa, bằng tre trúc, kim loại...

▶▶ **Hoạt động của Thường trực HĐND và UBND Thành phố**

**Xây dựng mô hình "Ngôi nhà chung TP HCM" phục vụ công tác xúc tiến thương mại, du lịch và đầu tư**

- Các hoạt động hưởng ứng ngày đất ngập nước thế giới năm 2008  (05-02-2008)
- Nâng cao chất lượng phục vụ vận tải khách trong dịp Tết Nguyên đán và mùa Lễ hội Xuân Mậu Tý 2008  (05-02-2008)
- Hợp tác liên doanh thực hiện dự án Cụm Công nghiệp Lê Minh Xuân  (05-02-2008)
- Trao giấp phép dự án công nghệ thông tin đầu tiên tại Khu đô thị mới Thủ Thiêm  (05-02-2008)
- Hỗ trợ kinh phí hoạt động Xuân Mậu Tý 2008 cho vùng sâu, vùng xa.  (05-02-2008)

**>>Xem thêm**

▶▶ **Tin thời sự**

**Chương trình hành động của Chính phủ nhiệm kỳ 2007 – 2011.**

Chính phủ tập trung chỉ đạo thực hiện 5 nhóm nhiệm vụ chủ yếu sau: (1) tiếp tục xây dựng và hoàn thiện thể chế kinh tế thị trường định hướng xã hội chủ nghĩa; (2) tập trung khai thác mọi nguồn lực, thực hiện các giải pháp, chính sách đồng bộ để tạo bước đột phá, đẩy nhanh tốc độ tăng trưởng kinh tế, bảo đảm nâng cao hiệu quả, tính bền vững và sức cạnh tranh: xây dựng nền kinh tế độc lập, tự chủ gắn với chủ động hội nhập kinh tế quốc tế; (3) phát triển mạnh mẽ giáo dục, đào tạo, khoa học và công nghệ, nâng cao chất lượng nguồn nhân lực; chú trọng chăm sóc sức khoẻ nhân dân; đẩy mạnh công tác tạo việc làm và giảm nghèo: đẩy biết quan tâm công tác bảo vệ môi trường; (4) đẩy mạnh cải cách hành chính, nâng cao hiệu lực, hiệu quả hoạt động của bộ máy hành chính nhà nước và tăng cường công tác phòng, chống tham nhũng, thực hành tiết kiệm, chống lãng phí; (5) tăng cường quốc phòng, an ninh, bảo vệ vững chắc Tổ quốc, giữ vững an ninh chính trị và bảo đảm trật tự an toàn xã hội.

- Mức chênh lệch lãi suất được tính hỗ trợ trên bằng tự cho các dự án vay vốn bằng ngoại tệ, điều chỉnh lãi suất cơ bản bằng Đồng Việt Nam, lãi suất tái cấp vốn và lãi suất chiết khấu.  (04-02-2008)
- Ưu tiên đầu tư xây dựng 5 tuyến xe điện ngầm tại TP HCM bằng vốn ODA  (30-01-2008)
- Tập đoàn đầu tư Sài gòn tặng 10 tỷ đồng cho đồng bào Khmrne nghèo  (30-01-2008)
- Tặng và truy tặng Huân chương Đại đoàn kết dân tộc cho 18 nhân sĩ, trí thức TP HCM  (29-01-2008)
- Tôn vinh doanh nghiệp có vốn đầu tư nước ngoài phát triển bền vững  (28-01-2008)

**>>Xem thêm**

## CÁC WEBSITE THÀNH VIÊN

### Sở ban ngành

| | | |
|---|---|---|
| ▶ Đại biểu nhân dân TP | ▶ Sở Lao động Thương binh và Xã hội | ▶ Sở Văn hóa - Thông tin |
| ▶ UB Mặt trận Tổ quốc TP | ▶ Sở Ngoại vụ | ▶ Sở Xây dựng |
| ▶ Cải cách hành chính TP | ▶ Sở Nông nghiệp và PTNT | ▶ Sở Y tế |
| ▶ Sở Bưu chính Viễn thông | ▶ Sở Nội vụ | ▶ Cục Hải Quan |

---

Thứ Ba, 5 tháng 2, 2008

○ Telex ○ VNI ○ OFF

[Tìm chi tiết]   [Tìm]

Tìm chi tiết    Trợ giúp

### TIN ĐỌC NHIỀU NHẤT

- ▶ Chủ đầu tư dự án cầu Thủ Thiêm xin cơ chế đầu tư theo hình thức B.T
- ▶ Tập đoàn đầu tư Sài gòn tặng 10 tỷ đồng cho đồng bào Khmer nghèo
- ▶ Bảo đảm trật tự an toàn giao thông nhân dịp Tết Nguyên đán 2008
- ▶ Đầu tư xây dựng dự án Trung tâm Hiến máu nhân đạo
- ▶ Tôn vinh doanh nghiệp có vốn đầu tư nước ngoài phát triển bền vững
- ▶ Điều chỉnh tăng cao xây dựng chung cư tại phường Tân Phú, quận...
- ▶ Ban hành Quy định về công tác phòng, chống thiên tai và tìm kiếm cứu nạn tại TP HCM
- ▶ Xóa số đăng ký, thu hồi biển số của phương tiện giao thông cơ giới đường bộ hết niên hạn sử dụng
- ▶ Điều chỉnh dự án nâng cấp, cải tạo và chỉnh trang nâng cấp Hương lộ 60 huyện Hóc Môn
- ▶ Bảo vệ nguồn nước thô của Nhà máy nước Tân Hiệp

### TRA CỨU GIÁ ĐẤT TPHCM

**Theo:** Mức giá



**ĐỘI MŨ BẢO HIỂM ĐỂ TRÁNH BỊ CHẤN THƯƠNG SỌ NÃO**

| ▶ Sở Công nghiệp | ▶ Sở Quy hoạch Kiến trúc | ▶ Cục Thống Kê |
| ▶ Sở Du lịch | ▶ Sở Tài chính | ▶ Cục Thuế |
| ▶ Sở Giáo dục và Đào tạo | ▶ Sở Tài nguyên và Môi trường | ▶ TT Xúc tiến Thương mại - Đầu tư |
| ▶ Sở Giao thông công chính | ▶ Sở Thể dục-Thể thao | ▶ Tòa án nhân dân TP |
| ▶ Sở Kế hoạch và Đầu tư | ▶ Sở Thương mại | ▶ UB về người VN ở nước ngoài |
| ▶ Sở Khoa học và Công nghệ | ▶ Sở Tư pháp | ▶ Viện Kinh tế |
| ▶ Trường cán bộ thành phố | ▶ Ban công tác người Hoa TP HCM | |

### Quận, huyện ▼

| ▶ Quận 1 | ▶ Quận 8 | ▶ Quận Gò Vấp |
| ▶ Quận 2 | ▶ Quận 9 | ▶ Quận Tân Bình |
| ▶ Quận 3 | ▶ Quận 10 | ▶ Quận Tân Phú |
| ▶ Quận 4 | ▶ Quận 11 | ▶ Quận Thủ Đức |
| ▶ Quận 5 | ▶ Quận 12 | ▶ Huyện Bình Chánh |
| ▶ Quận 6 | ▶ Quận Bình Tân | ▶ Huyện Cần Giờ |
| ▶ Quận 7 | ▶ Quận Bình Thạnh | ▶ Huyện Củ Chi |
| ▶ Huyện Hóc Môn | ▶ Huyện Nhà Bè | |

### Đoàn, Hội ▼

| ▶ Hội Bảo trợ bệnh nhân nghèo TP HCM | ▶ Hội liên hiệp phụ nữ thành phố | ▶ Liên đoàn Lao động |
| ▶ Thành đoàn TP HCM | | |

### Khu đô thị mới, công nghệ, chế xuất, Tổng công ty ▼

| ▶ Tổng Cty Du lịch Sài Gòn | ▶ Ban Quản lý KCX - KCN | ▶ Cụm cảng hàng không Miền Nam |
| ▶ Tổng Cty Thương mại Sài Gòn | ▶ Ban Quản lý Khu Nam | ▶ Công viên phần mềm Quang Trung |
| ▶ Khu công nghệ cao TP HCM | ▶ Liên minh hợp tác xã TP HCM | |

---

**76 BIỂU MẪU**
**Công chứng Chứng thực**
Theo QĐ 123/2005/QĐ-UBND ngày 15/7/2005

**Hướng dẫn thủ tục cấp** | **CON DẤU**

**XEM TIN THEO NGÀY**

**HƯỚNG DẪN THỦ TỤC HÀNH CHÍNH**

- Đầu tư - Kinh doanh
- Thuế
- Tài chính
- Thương mại
- Du lịch
- Y tế
- Khoa học và công nghệ
- Giáo dục
- Tư pháp
- Ngoại vụ
- Công nghiệp
- Nông nghiệp và Phát triển nông thôn
- Quy hoạch kiến trúc
- Xây dựng - Tài nguyên môi trường
- Hải quan
- Giao thông công chính
- Văn hoá - Thông tin
- Lao động - Thương binh - Xã hội
- Tổ chức - Nhân sự
- Thủ tục tại Quận - Huyện
- Thủ tục liên quan đến Việt kiều

**DỊCH VỤ CÔNG TRỰC TUYẾN**

- Đăng ký kinh doanh
- Đăng ký cấp phép xây dựng
- Tra cứu tình trạng thụ lý hồ sơ
- Đối thoại Doanh nghiệp - Chính quyền thành phố
- Đăng ký thẻ xe buýt tháng
- Chợ Công nghệ - Thiết bị

Một số biểu trưng đoạt giải trong cuộc thi thiết kế mẫu biểu trưng văn hóa đặt tại 5 cửa ngõ vào TPHCM

[Trang chủ]  [Cấu trúc site]

© Mạng Thông tin Tích hợp trên Internet của TP HCM (HCM CityWeb); Giấy phép số 117/GP-BVHTT, ngày 31/7/2006 do Bộ VH - TT cấp

Cơ quan chủ quản: Ủy ban Nhân dân TP HCM; Cơ quan Thường trực mạng: Văn phòng HĐND & UBND TP HCM

Trưởng Ban biên tập: Lâm Văn Ba, Phó Văn phòng HĐND & UBND TP HCM

Địa chỉ: 86 Lê Thánh Tôn, Q.1, TP HCM; Điện thoại: 8226191; Fax: 8296116; Email: bbt@hochiminhcity.gov.vn

® Ghi rõ nguồn "HCM CityWeb" khi bạn phát hành lại thông tin từ website này



Chào mừng quý khách đến website

# Sở Kế hoạch và Đầu tư
## THÀNH PHỐ HỒ CHÍ MINH

**DEPARTMENT OF PLANNING AND INVESTMENT OF HOCHIMINHCITY**

☐ **TIẾNG VIỆT**
Vietnamese

☐ **TIẾNG ANH**
English

© **Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh** : 32 Lê Thánh Tôn, Quận I
Tel : (84.8) 8297834 ● Fax : (84.8) 8295008 - 8290817 ● Email : skhdt@tphcm.gov.vn

**SỞ KẾ HOẠCH VÀ ĐẦU TƯ THÀNH PHỐ HỒ CHÍ MINH**

Trang chủ | Giới thiệu | Sơ đồ site | Liên hệ | English

welcome to
**w w w . d p i . h o c h i m i n h c i t y . g o v . v n**



Thứ ba, ngày 05 tháng 02 năm 2008

Trang chủ

### Thông tin chung

 **Nghị định 153/2007/NĐ-CP** về Quy định chi tiết và hướng dẫn thi hành Luật Kinh doanh bất động sản

Xem chi tiết ...

### Tổng quan về tình hình Kinh tế - Xã hội

- Tình hình kinh tế xã hội tại thành phố Hồ Chí Minh
- Quy hoạch phát triển kinh tế xã hội 2001 - 2010 thành phố Hồ Chí Minh
- Các lợi thế khi đầu tư vào thành phố Hồ Chí Minh

### Văn bản pháp quy về đầu tư trong nước

- Đầu tư xây dựng
- Đất đai
- Xã hội hóa đầu tư

### Hướng dẫn thủ tục đầu tư trong nước

- Quy trình, thủ tục đầu tư chung
- Quy trình, thủ tục đấu thầu

### Hướng dẫn thủ tục đầu tư nước ngoài

- Luật, Nghị định và các thông tư hướng dẫn có liên quan
- Các văn bản qui định của Ủy ban Nhân dân Thành phố

### Thông tin doanh nghiệp từ cơ quan đăng ký kinh doanh

- Doanh nghiệp giải thể
- Doanh nghiệp bị thu hồi giấy chứng nhận đăng ký kinh doanh
- Danh sách doanh nghiệp bị thu hồi giấy CNĐKKD theo quyết định số 69/QĐ-ĐKKD, ngày 22/8/2003
- Doanh nghiệp không nộp báo cáo tài chính

### Trao đổi thông tin với các cơ quan quản lý nhà nước

- Hồ sơ đăng ký kinh doanh đang tham khảo ý kiến Ủy ban Nhân dân Quận, Huyện
- Tìm kiếm doanh nghiệp theo Sở quản lý chuyên ngành

### Cơ hội đầu tư tại thành phố Hồ Chí Minh

- Đấu thầu lựa chọn nhà đầu tư thực hiện các dự án có sử dụng đất trên địa bàn Thành phố Hồ Chí Minh
- Các khu công nghiệp, khu chế xuất
- Danh mục các dự án kêu gọi đầu tư

### Hội nhập kinh tế quốc tế

- Chương trình Ưu đãi Hội nhập ASEAN (AISP)
- Quy chế cấp và quản lý thẻ đi lại của doanh nhân APEC

### Chương trình hợp tác kinh tế - xã hội giữa Thành phố Hồ Chí Minh và các tỉnh

- Chương trình hợp tác kinh tế - xã hội giữa Thành phố Hồ Chí Minh và các Tỉnh
- Bắc Kạn - Tiềm năng và triển vọng hợp tác đầu tư

### Văn bản pháp quy về đăng ký kinh doanh

- Luật doanh nghiệp, Nghị định và các thông tư hướng dẫn liên quan
- Luật, Nghị định và các Thông tư hướng dẫn liên quan khác
- Các văn bản quy định của Ủy ban Nhân dân thành phố

### Hướng dẫn đăng ký và hoạt động kinh doanh

- Những điều cần lưu ý khi đăng ký kinh doanh
- Thủ tục cấp đăng ký kinh doanh và biểu mẫu chi tiết
- Danh mục ngành nghề cần có chứng chỉ hành nghề trước khi đăng ký kinh doanh
- Danh mục ngành nghề có quy định mức vốn pháp định
- Những điều kiện của ngành nghề kinh doanh có điều kiện
- Tổng quan về tình hình đăng ký kinh doanh
- Tìm kiếm thông tin chi tiết doanh nghiệp
- Hướng dẫn khởi sự doanh nghiệp
- Hội nhập kinh tế quốc tế

Dịch vụ cấp phép đầu tư nước ngoài qua mạng

- Đăng ký xác nhận tổ chức họp mặt, giới thiệu sản phẩm và huấn luyện nhân viên
- Đăng ký xác nhận danh mục thiết bị máy móc nhập khẩu
- Đăng ký Thành lập và thay đổi Đơn vị trực thuộc
- Đăng ký xác nhận Hội đồng quản trị và Ban điều hành
- Công ty 100% vốn nước ngoài, Doanh nghiệp liên doanh

Dịch vụ đăng ký kinh doanh qua mạng

- Doanh nghiệp tư nhân
- Công ty TNHH
- Công ty Cổ phần
- Chi nhánh
- Văn phòng đại diện
- Thay đổi nội dung đăng ký kinh doanh

Đối thoại với Doanh nghiệp

- Hồ sơ đăng ký kinh doanh đã nộp đang ở đâu ?
- Hồ sơ đăng ký kinh doanh đang yêu cầu Doanh nghiệp bổ sung
- Hỏi và đáp thủ tục đăng ký kinh doanh

Số lượt truy cập:
2699811

© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn

# EXHIBIT C



Trang chủ    Giới thiệu    Sơ đồ site    Liên hệ    English

Tìm kiếm chi tiết

Thứ ba, ngày 05 tháng 02 năm 2008

### TÌM KIẾM THEO ĐIỀU KIỆN

| | | | |
|---|---|---|---|
| Loại hình | | | |
| Số GP | | Ngày cấp | Đến          (dd/mm/yyyy) |
| Tên Tiếng Việt | | Số nhà | |
| Tên Tiếng N.Ngoài | | Đường phố | |
| Tên Viết tắt | | Quận,huyện | |
| Ngành nghề | | Phường,xã | |
| Vốn KD từ | Đến | | |
| Sắp xếp | | | |
| Đối với loại hình đơn vị trực thuộc DN NQD ( Đơn vị chủ quản) | | Thường trú tại TP HCM | |
| | | Không trú đóng tại TP HCM | |

© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn

Kết quả tìm kiếm




SỞ KẾ HOẠCH VÀ ĐẦU TƯ THÀNH PHỐ HỒ CHÍ MINH | Trang chủ | Giới thiệu | Sơ đồ site | Liên hệ | English

DOANH NGHIỆP THÀNH PHỐ

Tìm kiếm chi tiết

Thứ ba, ngày 05 tháng 02 năm 2008

## KẾT QUẢ TÌM KIẾM

| Stt | GPKD | Tên doanh nghiệp | Địa chỉ | Vốn (triệu đồng) |
|-----|------|------------------|---------|------------------|
| 1 | 4112023930 | Chi nhánh Công ty TNHH Sản xuất Thương mại Dịch vụ D&D - NHà hàng Cua | 157-Lê Thánh Tôn-Phường Bến Thành-Quận 1 | 0 |

Tìm thấy : 1 doanh nghiệp                                                    1

© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn




SỞ KẾ HOẠCH VÀ ĐẦU TƯ THÀNH PHỐ HỒ CHÍ MINH | Trang chủ | Giới thiệu | Sơ đồ site | Liên hệ | English

Tìm kiếm chi tiết

Thứ ba, ngày 05 tháng 02 năm 2008

### Chi nhánh Công ty TNHH Sản xuất Thương mại Dịch vụ D&D - NHà hàng Cua

Mã số thuế :

Tên viết tắt :

Tên đối ngoại :

Loại hình DN :      Đơn vị trực thuộc DN NQD

Địa chỉ :            157-Lê Thánh Tôn-Phường Bến Thành-Quận 1

Điện thoại :

Email :

WebSite :

Tình trạng hiện tại   Doanh nghiệp giải thể

Số GPKD:            4112023930

Ngày cấp GPKD :      20/09/2006

Người đại diện PL :  Đinh Thị Như ái

Nơi thường trú :     91A Phù Đổng Thiên Vương, Phường 11, Quận 5, TP HCM

Ngành nghề KD :      Nhà hàng ăn uống (không kinh doanh rượu)./.

© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn

# EXHIBIT D



STATE OF CALIFORNIA        )
                           )        ss
COUNTY OF SAN FRANCISCO    )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Vietnamese into English of the Ho Chi Min City Department of

Planning and Investment webpage (http://dpi.hochiminhcity.gov.vn/vie/webappdn/view.asp?id=

4112023930&ht=&loaihinh=DT&HienThi=1).

Brandon Carney, Senior Project Manager
Geotext Translations, Inc.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me

on this 1ˢᵗ day of February , 20    ,

by Brandon Carney                  ,

personally know to me or proved to me on the

basis of satisfactory evidence to be the person(s)

who appeared before me.

Signature:

MELISSA PIERONI
COMM. # 1755133
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires July 3, 2011

New York
259 West 30th Street, 17th Floor
New York, NY 10001
**tel** 212.631.7432  **fax** 212.631.7778
www.geotext.com
**e-mail** translations@geotext.com

San Francisco
220 Montgomery Street, 3rd Floor
San Francisco, CA 94104
**tel** 415.576.9500  **fax** 415.520.0525
www.geotext.com
**e-mail** sanfrancisco@geotext.com

London
107-111 Fleet Street
London EC4A 2AB
**tel** +44 (0)20 7936 9002  **fax** +44 (0)20 7990 9909
www.geotext.com
**e-mail** london@geotext.com

HO CHI MINH CITY DEPARTMENT OF PLANNING AND INVESTMENT    Home Page   Introduction   Site Map    Contact    English

Search

Detailed Search

Friday February 01, 2008

**CITY BUSINESS**

---

### Crab Restaurant – A Branch of D&D Production Commercial Service Ltd.

---

| | |
|---|---|
| **Tax code:** | |
| **Abbreviated name:** | |
| **Foreign name:** | |
| **DN Format:** | **Branch unit of DN NQD** |
| **Address:** | **157-Le Thanh Ton-Ward Ben Thanh-District 1** |
| **Telephone:** | |
| **Email:** | |
| **WebSite:** | |
| **Current status:** | **Dissolved company** |
| **Business license number:** | **4112023930** |
| **Business license issuance date:** | **20/09/2006** |
| **PL representative:** | **Dinh, Thi Nhu Ai** |
| **Permanent residence:** | **91A Phu Dong Thien Vuong, Ward 11, District 5, HCM City** |
| **Business type:** | **Restaurant (no liquor)./.** |

---

© Ho Chi Minh City Department of Planning and Investment
32 Le Thanh Ton, District 1, Ho Chi Minh City, Vietnam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn

`

SỞ KẾ HOẠCH VÀ ĐẦU TƯ THÀNH PHỐ HỒ CHÍ MINH     **Trang chủ     Giới thiệu     Sơ đồ site     L**

DOANH NGHIỆP THÀNH PHỐ

Tìm kiếm chi tiết

Thứ sáu, ngày 01 thá

### Chi nhánh Công ty TNHH Sản xuất Thương mại Dịch vụ D&D - NHà hàng Cua

| | |
|---|---|
| Mã số thuế : | |
| Tên viết tắt : | |
| Tên đối ngoại : | |
| Loại hình DN : | Đơn vị trực thuộc DN NQD |
| Địa chỉ : | 157-Lê Thánh Tôn-Phường Bến Thành-Quận 1 |
| Điện thoại : | |
| Email : | |
| WebSite : | |
| Tình trạng hiện tại | Doanh nghiệp giải thể |
| Số GPKD: | 4112023930 |
| Ngày cấp GPKD : | 20/09/2006 |
| Người đại diện PL : | Đinh Thị Như ái |
| Nơi thường trú : | 91A Phù Đổng Thiên Vương, Phường 11, Quận 5, TP HCM |
| Ngành nghề KD : | Nhà hàng ăn uống (không kinh doanh rượu)./. |

© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn