# EXHIBIT E



**SỞ KẾ HOẠCH VÀ ĐẦU TƯ THÀNH PHỐ HỒ CHÍ MINH**    Trang chủ    Giới thiệu    Sơ đồ site    Liên hệ    **English**

Tìm kiếm

DOANH NGHIỆP THÀNH PHỐ

Tìm kiếm chi tiết

Thứ sáu, ngày 01 tháng 02 năm 2008

### Chi nhánh Công ty TNHH Sản xuất Thương mại Dịch vụ D&D - NHà hàng Cua

Mã số thuế :
Tên viết tắt :
Tên đối ngoại :
Loại hình DN :        Đơn vị trực thuộc DN NQD
Địa chỉ :        157-Lê Thánh Tôn-Phường Bến Thành-Quận 1
Điện thoại :
Email :
WebSite :
Tình trạng hiện tại    Doanh nghiệp giải thể
Số GPKD :        4112023930
Ngày cấp GPKD :    20/09/2006
Người đại diện PL :  Đinh Thị Như ái
Nơi thường trú :    91A Phù Đổng Thiên Vương, Phường 11, Quận 5, TP HCM
Ngành nghề KD :    Nhà hàng ăn uống (không kinh doanh rượu)./.



© Bản quyền thuộc Sở Kế hoạch và Đầu tư thành phố Hồ Chí Minh
32 Lê Thánh Tôn, Quận 1, Thành phố Hồ Chí Minh, Việt Nam
Tel : (84.8) 8297834 • Fax : (84.8) 8295008 - 8290817 • Email: skhdt@tphcm.gov.vn

# EXHIBIT F



**Whois.Net**

DOMAIN-BASED RESEARCH SERVICES

## WHOIS Lookup

XML error: syntax error at line 1

**Domain Registration**

[_____] [.com] [Go!]

Lookup registration data for domains.

XML error: syntax error at line 1

**Click here for a SiteTiki.com article about nhahangcua.com.**

## WHOIS information for: **nhahangcua.com:**

```
[whois.enom.com]
======

Registration Service Provided By: P.A Vietnam Ltd - $9.99/Domain/Yearly
Contact: pa@pavietnam.com

Domain name: nhahangcua.com

Registrant Contact:
   CTY CP UNG DUNG A DONG
   CTY CP UNG DUNG A DONG CTY CP UNG DUNG A DONG (chauminhtrung@gmail.com)
   8633630
   Fax: 8633630
   155 huynh van banh, p12, q phu nhuan
   155 huynh van banh, p12, q phu nhuan
   HCM, SG 70000
   VN

Administrative Contact:
   CTY CP UNG DUNG A DONG
   CTY CP UNG DUNG A DONG CTY CP UNG DUNG A DONG (chauminhtrung@gmail.com)
   8633630
   Fax: 8633630
   155 huynh van banh, p12, q phu nhuan
   155 huynh van banh, p12, q phu nhuan
   HCM, SG 70000
   VN

Technical Contact:
   CTY CP UNG DUNG A DONG
   CTY CP UNG DUNG A DONG CTY CP UNG DUNG A DONG (chauminhtrung@gmail.com)
   8633630
   Fax: 8633630
   155 huynh van banh, p12, q phu nhuan
   155 huynh van banh, p12, q phu nhuan
   HCM, SG 70000
   VN
```

TBC 000422

Whois.Net

Status: Locked

Name Servers:
    dns1.name-services.com
    dns2.name-services.com
    dns3.name-services.com
    dns4.name-services.com
    dns5.name-services.com

Creation date: 16 Nov 2006 08:52:02
Expiration date: 16 Nov 2008 08:52:02
======
The data in this whois database is provided to you for information
purposes only, that is, to assist you in obtaining information about or
related to a domain name registration record. We make this information
available "as is," and do not guarantee its accuracy. By submitting a
whois query, you agree that you will use this data only for lawful
purposes and that, under no circumstances will you use this data to: (1)
enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or (2) allow,
enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic
mail, or by telephone. The compilation, repackaging, dissemination or
other use of this data is expressly prohibited without prior written
consent from us.

We reserve the right to modify these terms at any time. By submitting
this query, you agree to abide by these terms.
Version 6.3 4/3/2002

Verio Inc. - Growing Your Business, One Click At A Time

## Hosting Resources
Web Hosting, VPS, Managed Hosting, Windows Hosting, Windows Servers

## Domain Information
Domain Name Registration, News Daily DNS Changes, ICANN

***Copyright © 1999-2008***

http://www.whois.net/whois_new.cgi?d=nihahanguxu&tld=com (2 of 2) [2/6/2008 2:28:44 PM]

# EXHIBIT G



KITWU.COM

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: KITWU.COM
Created on: 11-Jan-07
Expires on: 11-Jan-10
Last Updated on:

Administrative Contact:
Private, Registration KITWU.COM@domainsbyproxy.com
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Technical Contact:
Private, Registration KITWU.COM@domainsbyproxy.com
Domains by Proxy, Inc.

DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599 Fax -- (480) 624-2599

Domain servers in listed order:
NS17.CIRTEXHOSTING.COM

TBC 000424

NS18.CIRTEXHOSTING.COM

Registry Status: clientRenewProhibited
Registry Status: clientTransferProhibited
Registry Status: clientUpdateProhibited
Registry Status: clientDeleteProhibited

See Underlying Registry Data
Report Invalid Whois

---

▶24/7 Sales and Support: (480) 505-8877    ▶Billing Questions? Call (480)505-8855    | Free Email Updates! Enter address | GO |

Home | Contact Us | GoDaddy.com® Rewards MasterCard® | Product Advisor | Catalog | How to Pay | Legal | Site Index |
Whois | Affiliates | Resellers | Link to Us
GoDaddyLive.com | BobParsons.com | GoDaddyGirls.info | WildWestDomains.com
DomainNameAftermarket.com | GoDaddyConnections.com

       

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,
.BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2006

Copyright © 1999 - 2008 GoDaddy.com, Inc. All rights reserved. **View offer Disclaimers**



**TBC 000425**

# EXHIBIT H

# kitwu.com



## Menu

[Home](#)

## Log In

Username

Password

Remember Me

[New Account Signup](#)
[Forgot Your Password?](#)

## Search Documents

## Documents

[Categories](#) | [List Documents](#)

You do not have permission to view documents

### Current Documents *1 - 4 of 4*

| Name ☐ | Updated ☐ | Actions |
|--------|-----------|---------|
| [Itinerary](#) | 02/22/2007 | [View](#) |
| *Travel Itinerary* | | |
| [Travel Documents](#) | 02/22/2007 | [View](#) |
| *Passport and Visa information* | | |
| [Hoi An Information](#) | 02/17/2007 | [View](#) |
| *Lists of restaurants, cafes and taylors.* | | |
| [Saigon To Do List](#) | 02/17/2007 | [View](#) |
| *Things to do in Saigon* | | |



All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

EXHIBIT I

KITWU



# kitwu.com

**Menu**

**Home**

**Log In**

Username

Password

Remember Me

New Account Signup
Forgot Your Password?

**Search Events**

| View Options | Year | Month | Week |
|---|---|---|---|

## < February, 2007 >

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 **08:30 AM** ⓘLeaving | 24 |
| 25 | 26 | 27 **05:00 PM** ⓘLocation - Hoi An (Day 1) | 28 **All Day** ⓘLocation - Hoi An (Day 2) | 01 **All Day** ⓘLocation - Hoi An (Day 3) | 02 **All Day** ⓘLocation - Hoi An (Day 4) | 03 **All Day** ⓘLocation - Hoi An (Day 5) |

1 2 3 4 5
Week



**Calendar**

**< February, 2007 >**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 01 | 02 | 03 |

All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL



# kitwu.com

**Menu**

**Home**

**Log In**

Username

Password

Remember Me

New Account Signup
Forgot Your Password?

**Search Events**

**Calendar**

< **February**, 2007 >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 01 | 02 | 03 |

**View Options** | Year | Month | Week

< **March**, 2007 >

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 25 | 26 | 27 **05:00 PM** ⓘLocation - Hoi An (Day 1) | 28 **All Day** ⓘLocation - Hoi An (Day 2) | 01 **All Day** ⓘLocation - Hoi An (Day 3) | 02 **All Day** ⓘLocation - Hoi An (Day 4) | 03 **All Day** ⓘLocation - Hoi An (Day 5) |
| 04 **All Day** ⓘLocation - Hoi An (Day 6) | 05 **Until 10:00 AM** ⓘLocation - Hoi An (Day 7) | 06 **12:00 PM** ⓘHanoi (Day 1) | 07 **Until 12:00 PM** ⓘHanoi (Day 2) | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

1 2 3 4 5
Week

All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

KITWU

# kitwu.com



**Menu**

## Home

**Log In**

Username

Password

Remember Me

New Account Signup
Forgot Your Password?

**Search Events**

| View Options | Year | Month | Week |
| --- | --- | --- | --- |

## Leaving

Departing Canberra, then Sydney for Saigon.

**08:30 AM - 03:20 PM**
**02/23/2007**



**Calendar**

**< February, 2007 >**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 01 | 02 | 03 |

All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

KITWU

# kitwu.com



## Menu

**Home**

## Log In

Username

Password

Remember Me

**New Account Signup**
**Forgot Your Password?**

## Search Events

---

| **View Options** | **Year** | **Month** | **Week** |
|---|---|---|---|

### Location - Hoi An

Vinh Hung Resort

**From: 05:00 PM, 02/27/2007**
**To: 10:00 AM, 03/05/2007**

---

### What's Related

**These might interest you as well**

#### Documents
Hoi An

- Hoi An Information

#### Wiki
Hoi An

- HoiAn

#### Photo Albums
Hoi An

- Hoi An

KITWU



**Calendar**

< **February, 2007** >

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 01 | 02 | 03 |
| 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 01 | 02 | 03 |

All site content © www.kitwu.com

This site is powered by phpWebSite © Appalachian State University. phpWebSite is licensed under the GNU LGPL and GNU GPL

# EXHIBIT J

File  Edit  View  Favorites  Tools  Help

Back ▾  ▾  ✕  ↻  ⌂  Search  ⭐ Favorites  ✦  ▾  ▾  W  ▾  📁  🔧

Address  http://www.yelp.com/biz/the-boiling-crawfish-san-francisco  ▾  → Go  🔖 ▾  Links »

**yelp**
Real People. Real Reviews.™

Search for *(e.g. taco, salon, Max's)*

Near *(Address, City, State or Zip)*
sacramento, CA

**Search**

Welcome   About Me   Write a Review   **Find Reviews**   Invite Friends   Messaging   Talk   Events

Member Search | Account | Log In

## The Boiling Crawfish

⭐⭐⭐☆☆ *based on 9 reviews*  ≡ Rating Details »

Category: Cajun/Creole [Edit]

Neighborhood: Outer Sunset
2333 Irving St
(between 24th Ave & 25th Ave)
San Francisco, CA 94122
(415) 665-6033



Add Photos

| | | |
|---|---|---|
| Price Range: $$ | Accepts Credit Cards: No | Parking: Street |
| Attire: Casual | Good for Groups: Yes | Good for Kids: Yes |
| Takes Reservations: Yes | Delivers: No | Take-out: Yes |
| Waiter Service: Yes | Wheelchair Accessible: Yes | Outdoor Seating: No |
| Good for: Dinner | Alcohol: Beer & Wine Only | BYOB/Corkage: BYOB, Corkage Fee |
| Open 24 Hours: No | | |

🖉 Edit Business Info  🔗 Link to This Page

🔆 First to Review  🧑 Daniel W.

📧 Send to Friend    🚩 Bookmark    📄 Send to Phone    🔖 **Write a Review**    🖨 Print version

Map data ©2008 Tele Atlas - Terms of Use
Lincoln Way, Irving St, Judah St, Kirkham St, Lake, King Jr Dr, South Dr, Mallard Lake
POWERED BY Google
View Larger Map/Directions »

**Browse Nearby:**
Restaurants | Night Life | Shopping | Coffee | All

**You Might Also Consider**                    *Sponsored Result*

**Elite Cafe**
San Francisco, CA
⬜⬜⬜⬜⬜ *217 reviews*

Heated Outdoor Dining in the Heart of the Upper Fillmore - Full Bar, 20 Wines by the
Glass, and Fresh Oysters

**People Who Viewed This Also Viewed...**

Cajun Pacific
⬜⬜⬜⬜⬜ *58 reviews*
Neighborhood: Outer Sunset
Category: Cajun/Creole

Pagan Restaurant
⬜⬜⬜⬜⬜ *9 reviews*
Neighborhood: Outer Richmond
Category: Burmese

## 9 Reviews for The Boiling Crawfish

Search Reviews

Sort by: Recent + Votes ▾ | Time | Rating

Brenda's French Soul Food

✦ Internet

★★★★★                                                                          01/29/2008

**amanda b.**
San Jose, CA

Friendly service, and nice waiters... The mild sauce would do it for me. I don't want to lose the taste of the texture. It's a new restaurant, so they are not organize yet, but the sauce is really GOOD & the corn is to die for... Compare to PJ down the street for 2 lbs for $34, this place is much better, & also family own....

The crawfish is not in season now & they are from Louisiana & fresh... I got to see the crawfish from their kitchen.. fresh & crawling around!!! & the Plane Cargo Label on the Crawfish box.. that was cool!

Ask for the bread next time to dip with the sauce... you won't regret...

Bookmark    Send to a Friend    Link to This Review

★★★☆☆                                                                          02/02/2008

**swys -.**
San Francisco, CA

A bag full of Cajun-Asian love...

Since I was exhausted from pulling money form Wamus belly to feed my landlord. I stop by the Boiling Craw fish last night for a quick pick me up.The place was slow for a Friday night but what the hell - I love Craw fish.

I've been making these little critters at home for some years now and let me say  I love them but they do get messy. So the idea of a messy meal at some else place- great why not. I love that T.B.C. menu is limited to messy eating love that they do well- which is great , focus on what you know girls... I also like the simple decor of this place, I hope they keep this way. The half pound of critters a ate was simple and perfect tasting.

T.B.C. is def- a new gem in this neck of the hood.

Bookmark    Send to a Friend    Link to This Review

★★☆☆☆                                                                          01/27/2008

**I.D. Cloaker ..**
San Francisco, CA

It is very spicy. We ordered the "medium spicy" boiling crawfish, and my lips are still burning after 3 beers and 2 bottles of water.

The corn cooked in the spice broth is very good. I will order the corn again.

---

141 reviews
Neighborhood: Civic Center/Tenderloin
Category: Cajun/Creole

**Hot and New**

Coffee Bar
★★★★☆ 36 reviews
Neighborhood: The Mission

Imperial Spa
★★★★☆ 82 reviews
Neighborhood: Pacific Heights

Spruce
★★★★☆ 153 reviews
Neighborhood: Laurel Heights

Epic Roasthouse
★★★★★ 18 reviews
San Francisco, CA

Rosamunde Sausage Grill
★★★★★ 471 reviews
Neighborhood: Lower Haight

Get weekly updates on what's Hot and New in San Francisco!

The Weekly Yelp    Subscribe

File   Edit   View   Favorites   Tools   Help

Back   Search   Favorites

Address   http://www.yelp.com/biz/the-boiling-crawfish-san-francisco   Go   Links »



★★☆☆☆                                                          01/27/2008

I.D. Cloaker ..
San Francisco, CA

It is very spicy. We ordered the "medium spicy" boiling crawfish, and my lips are still burning after 3 beers and 2 bottles of water.

The corn cooked in the spice broth is very good. I will order the corn again.

I don't know where they get the crawfish. But their size is not consistent. some of them are good sized, but most of them are rather small. If the owner really knows the crawfish vendor well, then I'd assume the vendor would pick out the large ones for her. The unevenness in sizes tells me the owner probably doesn't have a good, reliable source for the crawfish.

The menu is very weird. I thought I could get some gumbo or Jambalaya there, too. But no... It's crawfish, or crab, or shrimp, cooked in cajun style or steamed. It's like their menu has only been half developed and the owner is still trying to figure out how to develop the other half of the menu.

I was looking forward to a down home dixie experience. But this ain't no dixie. I just can't imagine eating crawfish without that down-home, warm, easy-going NOLA feeling. The place feels very sterile to me.

Anyway, one star for the corn, one star for opening up a NON-ASIAN restaurant on that stretch of Irving street (god we need more diversity there). But I don't know what to make of this place. I can buy crawfish for $3.99/lb at 99 Ranch Market in south san francisco and boil my own, complete with gumbo and jambayaya. Given this place has no dixie feel to it, and the menu is incomplete, I don't know when I would go there again.

🔖 Bookmark   ✉ Send to a Friend   🔗 Link to This Review

People thought this was:  Useful (1)

★★★★★                                                          01/18/2008

Daniel W.
San Francisco, CA

Soupy. Savory. SPICY. This joint is a little slice of southern heaven.  The food here rocked my world so hard that I had to create a Yelp account just to sing its praise.

Walking through the door, the friendly establishment proprietor, Lisa, sat me and my roomate down at a simple table covered with butcher paper and brought us our menus - she then came around behind us and tied large plastic bibs around our necks.  This was gonna get ugly...

I ordered 1 lb of crawfish, 3 pieces of corn, and 6 hotlinks spicy. All of this came in a clear plastic

File   Edit   View   Favorites   Tools   Help

Back ·   ·   ·   Search   Favorites   ·   ·   ·

Address   http://www.yelp.com/biz/the-boiling-crawfish-san-francisco   → Go   Links »

★★★★★                                                                 01/18/2008

**Daniel W.**
San Francisco, CA

Soupy. Savory. SPICY. This joint is a little slice of southern heaven. The food here rocked my world so hard that I had to create a Yelp account just to sing its praise.

Walking through the door, the friendly establishment proprietor, Lisa, sat me and my roomate down at a simple table covered with butcher paper and brought us our menus - she then came around behind us and tied large plastic bibs around our necks. This was gonna get ugly...

I ordered 1 lb of crawfish, 3 pieces of corn, and 6 hotlinks spicy. All of this came in a clear plastic bag, swimming in a hot garlicky broth. Picking up my bag, I peered into it like a giddy schoolboy that had just won a goldfish at the county fair. An intoxicatingly torrid stank wafted forth.

The stringy flesh of the crawfish was suprisingly sweet, the corn (soaking up the soup) wonderfully savory, and the hotlinks errr... were ummm... hot. My lips swelled to twice their normal size cos the food was so hot and I flicked spicy sauce into my eyes half a dozen times but deeyamn, it was glorious.

I'm hooked on this joint and probably headed back in a couple of days. It won't be winning the "Classiest Restaurant" award any time soon, but the grub is untouchable. Ohya, I'll be bringing chapstick and goggles next time around.

🔖 Bookmark   ✉ Send to a Friend   🔗 Link to This Review

People thought this was: Useful (2) Funny (2) Cool (1)

★★★★★                                                                 01/30/2008

**jackie d.**
San Francisco, CA

Just to clarify a few things about crawfish - it's still extremely early in the season, so that's why some are pretty small - go back to this place in May and they'll be three times the size I'm sure. Also, the size will never be "consistent"! I've eaten boiled crawfish about 1000 times in my life, and there are always big and small ones mixed together. They aren't sorted by hand to be consistent - that'd make the price double what it is!

🔖 Bookmark   ✉ Send to a Friend   🔗 Link to This Review

★★☆☆☆                                                                 01/26/2008

**cheryl f.**

one star for the corn & sausage ... one star for the nice staff ...

Internet



⭐⭐◻◻◻                                                                    01/26/2008

**cheryl f.**
San Francisco, CA

one star for the corn & sausage ... one star for the nice staff ...

a friend told me about this place this afternoon. i've mentioned that i'm from louisiana before ... no self respecting louisianian in the city would hear tell of boiled crawfish, and not get straight to it .

the crawfish were UNbelievably tiny (see picture). they tasted good ... but at $16 for a pound of tiny crawfish, 2 inches of sausage, and 2 half pieces of corn, i'm not impressed at all. at ALL.

i know that crawfish aren't in season right now, so i'll give them another chance in march. after that, if the crawfish are still so small ... i'll be done with this place.

again, the taste was nice. i got the spicy ... the very sweet staff advised me that even they couldn't eat the spicy. feh, it was not that spicy. but it was very tasty.

sorry if this review seems so hot-cold. for the price, i would have *loved* it if the crawfish were bigger. but they were so tiny that they were difficult to peel ...

... looking forward to crawfish season ... maybe i'll be happier with the boiling crawfish then.

for now, buy a ticket to baton rouge and go to tony's ... it's cheaper, and a lot less frustrating!

🔖 Bookmark  📧 Send to a Friend  🔗 Link to This Review

⭐⭐⭐⭐⭐                                                                    01/28/2008

**Stephen C.**
Orange, CA

i used to eat crawfish down in socal all the time but this place blows them out of the water. Right now they are brand new so they are still trying to hire staff so the service isn't the greatest but the food is amazing. Medium is pretty spicy so if you can't handle spicy, go for the mild.

Get sausage and corn too...so good

🔖 Bookmark  📧 Send to a Friend  🔗 Link to This Review

⭐⭐⭐⭐⭐                                                                    01/27/2008

**Daisy V.**
Richmond, CA

Very good...
I took my bf to this restaurant because I had them while I was in Los Angeles..Crawfish isn't in season during this season. but the owner explain that the crawfish would be bigger during the

★★★★★                                                        01/28/2008

**Stephen C.**
**Orange, CA**

i used to eat crawfish down in socal all the time but this place blows them out of the water. Right now they are brand new so they are still trying to hire staff so the service isn't the greatest but the food is amazing. Medium is pretty spicy so if you can't handle spicy, go for the mild.

Get sausage and corn too...so good

🔖 Bookmark    ✉ Send to a Friend    🔗 Link to This Review

---

★★★★★                                                        01/27/2008

**Daisy V.**
**Richmond, CA**

Very good...
I took my bf to this restaurant because I had them while I was in Los Angeles..Crawfish isn't in season during this season, but the owner explain that the crawfish would be bigger during the summer. I didn't really mind because I was craving the sauce that comes with the crawfish and corn. We bought the medium spicy because I wasn't sure how spicy it was there than in orange county. For me it was spicy and perfect for me, but my bf wanted more spicy. So definitely the next time we go he can get his own bag. It was everything like the one in orange county, except for the season fries and chicken wings. "The Boiling Crawfish" just open last week, so the menu wasn't as huge as it will be. But the waiters explain that they serve steam crabs and oysters. I have no complaint towards this place because I love seafood. All I wanted was the crawfish boiling in that broth that they serve in orange county. I wasn't going to drive an hour to San Jose to get crawfish so I was glad that someone open this kind of style of crawfish in San Francisco.

I hope they stay open for a while.

🔖 Bookmark    ✉ Send to a Friend    🔗 Link to This Review

People thought this was: Useful (2)

---

★☆☆☆☆                                                        01/21/2008

**sean c.**
**San Francisco, CA**

absolutly the rudest staff ever!!!

🔖 Bookmark    ✉ Send to a Friend    🔗 Link to This Review

---

1 to 9 of 9                                          **Write a Review**

Reviews of San Francisco Cajun Restaurants on



# EXHIBIT K

Boiling Crawfish (New) Outer Sunset - San Francisco Bay Area - Chowhound

# CHOWHOUND
### For Those Who Live To Eat

# CHOWHOUND
### For Those Who Live To Eat

TechRepublic:
10 illegal
job
interview
questions

Login | Sign Up

See all member recipes and hacks, and publish your own.

Recipes ▼
Boards ▼
Places ▼
Stories ▼
Blogs ▼
Videos
my CHOW ▼

theme ■□

## San Francisco Bay Area

Search this board | Hide topic

options

Email to Friend

Send to Cell          Print

                      Add to Delicious

                              Digg this

## Boiling Crawfish (New) Outer Sunset

I saw this just the other day, just opened Cajun- Creole style shrimp, crawfish, crab, oysters, beer and wine. On Irving at 24th Ave. in the former Ha's Chinese or Ho's place.

Any reports yet?

I am curious to know where the crawfish is coming from.

**Lori SF** Jan 19, 2008 07:07PM                    Permalink |

                                                     Reply

### 11 replies so far

Since the same guy owns a "Boiling Crawfish" place in Sacramento, it's a fair bet they come from someplace

## Who's Talking?

## Places Mentioned

Boiling Crawfish

2333 Irving St San Francisco, CA 94122

▼ Ad Feedback

TV.com

Get more into the shows you're into.

Check it out

## In Videos

between here and there, like this place:

http://www.isletoncoc.org/today.htm



**Xiao Yang** Jan 19, 2008 08:17PM

Permalink |
Reply

1.

that is funny, you might be right.

re: Xiao Yang

**Lori SF** Jan 19, 2008 08:38PM

Permalink |
Reply

1.

I tried it on Thursday night. It is part of the same Boiling Crawfish chain in Sacramento and
San Jose. The manager of this new location was brought over from San Jose. Amazingly,
she opened this new location in 15 days - got the keys on Jan 1 and opened on Jan 16!

We were informed the crawfish are flown over every other day from Louisiana. She personally goes to SFO
in the morning to inspect all the crawfish and toss out any dead ones.

My roommate and I each got 1-lb of crawfish with 3 corn on the cob pieces and 6 half-links of sausage. He
got the spicy heat and I got medium. Total came to $20 each - $12 per lb of crawfish and $0.50 for each
piece of corn or sausage.

I'm not a very descriptive writer so you can read his review on Yelp instead. My abbreviated review is that it
was very tasty, a great bargain for the food, and we'll definitely be going back.

http://www.yelp.com/biz/the-boiling-c...

re: Lori SF

**junesix** Jan 20, 2008 05:10PM

Permalink |
Reply

1.

No need to be descriptive if that's not your think ... only that you liked it or not. Thanks for
the post. No credit cards accepted?

re: junesix

Some other info and a picture from sf.eater.com

http://sf.eater.com/archives/2008/01/...

Boiling Crawfish
2333 Irving St San Francisco, CA 94122

**rworange** Jan 21, 2008 12:59AM

Permalink |
Reply

1.



In the Boards

How to use a bag of frozen mixed seafood so that it
isn't chewy as gum.

Full tummy in Home Cooking

In Stories


Obsessives Video
**Let's Get Married, Let's Have Cake**
The heights to which a wedding cake baker
will go


The Ten
**From the Alps to Your Apéritif**
Cocktails made with elderflower

Recipe-Free Cooking
**Baked Breaded Salmon**
Salmon fillet with breadcrumbs

In Recipes


Main

Case 3:07-cv-04353-WHA    Document 50-3    Filed 02/07/2008    Page 34 of 49



Some of the commenters on SF eater seemed mystified by the location and the connection with Asians, but if you've been to Shanghai lately you'll find that crawfish is more popular than watermelons these days over there, with crawfish restaurants popping up on almost every street corner over the last two years. Beijing is said to have gone through a similar craze.

re: rworange

**Xiao Yang** Jan 21, 2008 07:56AM

Permalink |

Reply

1.

I think that the Louisiana style crawfish boils have come up here via transplants from Louisiana and Houston through Southern California.

There have been these types of restaurants opened by ethnic Vietnamese in the Westminster area for a few years now.

re: Xiao Yang

**PorkButt** Jan 21, 2008 06:04PM

Permalink |

Reply

1.

The owner of Boiling Crawfish may be ethnic Vietnamese, judging from his name (Kevin Vu).

re: PorkButt

**Xiao Yang** Jan 21, 2008 07:42PM

Permalink |

Reply

2.

Cash only. Open until 10pm. Went again tonight with a large group of friends. This time we also tried shrimp - also quite tasty and large but I still prefer crawfish.

re: rworange

**junesix** Jan 23, 2008 01:41AM

Permalink |

Reply

2.

They can't get crawfish from Louisiana year round - I've been in New Orleans this time of year and live crawfish was out of season.

re: junesix

**PorkButt** Jan 21, 2008 06:02PM

Permalink |

Reply

1.

You are so right.

http://www.cajungrocer.com/fresh-food...

re: PorkButt

**Cheesy Enchiladas**

Loaded with cheese and chile gravy

Drink

**Filthy Martini**

Why drink it dirty when you can get filthy?

Side Dish

**Southern-Style Skillet Cornbread**

With hominy and jalapeño to spice it up



**wolfe** Jan 21, 2008 06:06PM

Permalink |

Reply

2.

Crawfish is season from FEB to JUNE. However, you still get them live all year round, its just that they are smaller.

re: PorkButt

The Boiling Crawfish on Irving & 24th are quite good...

**amandabach** Jan 29, 2008 01:23PM

Permalink |

Reply

« Back to the San Francisco Bay Area Board

Back to the Top | Reply to original post

| Stories | Recipes | Blogs | Boards |
|---|---|---|---|
| **Stop Broadcasting Your Social Life** | **Stovetop Macaroni and Cheese** | **Gout, Gout, Let It All Out** | **kitchen faucets** |
| Twittering on your digital device | Creamy, extra-tangy mac 'n' cheese | Fructose-laden drinks are being blamed for a recent boom of gout... | I am redoing my kitchen and wanted recommendations for sink faucets... |
| **From the Alps to Your Apéritif** | **Sour Cream–Banana Bread** | **To the Kitchen ... and Beyond** | **Wellington, Florida? Sick of chains!** |
| Cocktails made with elderflower | Moist, tangy bread full of banana flavor | What will dining look like in 2015? A design competition has... | I am looking for places in Wellington that aren't chains. Are... |
| **Whiskey Steak on a Diet** | **Wilted Greens with Balsamic Fried Eggs** | **Kraft Foods Kill Worms!** | **Baltimore's Best Happy Hour?** |
| Healthy Choice Café Steamers | Tasty anytime | The company's tasty new product line is set to take on... | Where is it, and why... |
| More > | More > | More > | More > |

**About CHOW** | Mobile | Tags | Feedback | Site Talk | **Chowhound** : Guidelines : Manifesto : FAQ

About CNET Networks | Jobs | Advertise | Partnerships

Copyright ©2008 CNET Networks, Inc. All Rights Reserved. | **Privacy Policy** | Terms of Use

Visit other CNET Networks sites:

EXHIBIT L



Curbed   Eater   Racked   Curbed LA   Eater LA   Curbed SF   Eater SF   The Beach   **Advertise with Eater SF**

# The Dish: Boiling Crawfish Opens, Continues to Awe

Thursday, January 17, 2008

Case 3:07-cv-04353-WHA    Document 53-3    Filed 02/07/2008    Page 38 of 49

Last night, Cajun came to the Sunset in the form of **Boiling Crawfish**, now officially open and quickly gaining eccentric status thanks to its quizzical 3pm opening time, elementary want ads and curious menu. What's more, the Boiling Crawfish folks have elected to open **with the old Ha's Chinese signage still up**, representing the first time in our recent memory that a completely-overhauled restaurant has opened with old signage still gracing its facade. Nonetheless, over a dozen diners were spotted inside last night, with countless other curious Sunset denizens peeking at the scene. Inquiring minds still want to know about the 50-cent sausage, by the way. *2333 Irving Street, between 24th and 25th, the Sunset; (415) 663-6033; Mon-Thu 3pm-10pm, Fri-Sun 12pm-10pm*

**Eater Blogads**

*Buy an Eater Blogad*

· **Adventures in Crayons: The Help Wanted Ad of the Day** [~ESF~]

**Posted in Buzz: Open, SF: The Sunset**

Email this post to a friend



**Comments (5 extant)**



Noe_Eater

I'm a little tired of "cajun" places that serve Japanese or Chinese beer, but

can't seem to put Dixie or Abita on the menu. Hard to take seriously.

Comment #1, left at 01/17/08 12:44 PM.

Noe_Eater's stats.

guest



www.**flickr**.com

More photos

in Eater SF

**Links**

**Utility**

AOL CityGuide

Burritoeater

Citysearch

CleanScores

Dodgeball

Menupages

OpenTable

outside.in

Savory SF

SF Station

SocialDomain

Urbanspoon

Yelp

Zagat

They also have Ha's old phone number. They will be getting a lot of calls for delivery which was the center of Ha's business.

I wonder why they chose to open the restaurant here rather than on 9th Avenue. All of the restaurants between 25th & 19th on Irving are Asian.

Comment #2, left at 01/17/08 01:53 PM.



junesix

I'm a big fan of the Cajun crawfish restaurants in Garden Grove (Southern California) so I was eager to try out this new spot. I met the manager and she said the crawfish is live and flown in every other day from Louisiana. She personally goes to SFO to inspect the crawfish and toss out the dead ones. I was impressed and decided to order 1-lb of crawfish with medium spicy sauce, 3 pieces of corn on the cob, and 6 sausage links. They steam the crawfish and serve it in a rich spicy and garlicky broth in a clear bag. The corn and sausage were delicious when dipped in the sauce. A patron at another table who had also eaten there the night before brought his own crusty French rolls and offered us rolls. Those were greedily soaked in the broth and eaten. My roommate ended up eating all the broth using just the bread.

The crawfish was $11.95 a pound. With the corn, sausage, drinks, and tax it came to $20 per person. In all, it was a great meal and I'll definitely be

Print Media Online

7x7

Bon Appetit

Contra Costa Times

Gourmet

Oakland Tribune

San Jose Mercury

San Francisco

SF Bay Guardian

SF Chronicle

SF Examiner

SF Weekly

Saveur

Sunset Magazine

Gastro-Communitites

Chow

Chowhound

Digesty SF

eGullet

Mouthfuls

ShamelessRestaurants

coming back.

Despite the quiet opening, the manager told us they had a great opening night on Wednesday. The manager took delivery of the keys on December 31 and rushed to get the whole operation up and running in 16 days! They'll be getting in new settings and tables soon (the current tables are from the prior restaurant).

Comment #3, left at 01/17/08 11:18 PM.

junesix's stats.

guest

## Blogs

Amateur Gourmet [RSS]

Bay Area Bites [RSS]

Becks & Posh [RSS]

Beer Blog

Between Meals [RSS]

Bits and Bites [RSS]

Burritophile [RSS]

Chez Pim [RSS]

Gourmet's Choptalk [RSS]

Covers [RSS]

Daily Feed [RSS]

NYT Diner's Journal [RSS]

eggbeater [RSS]

Epi-Log [RSS]

Gridskipper SF [RSS]

Chow's The Grinder [RSS]

GrubGirl [RSS]

A Hamburger Today [RSS]

JATBAR [RSS]

Megnut [RSS]

WTF?!

Dipping boiled crawfish in a sauce?

$12/lb? I eat 5-8 pounds of crawfish easily.

Noe_Eater, Dixie is just too hard to come by these days. Hell, it's hard to find Dixie even in Metairie.

Comment #4, left at 01/18/08 03:14 PM.

guest

Metroblogging SF [RSS]

F&W's Mouthing Off [RSS]

NTF: San Francisco

Offal Good [RSS]

Restaurant Whore [RSS]

Rubhman [RSS]

SFist [RSS]

Slice [RSS]

Vinography [RSS]

Waiter Rant [RSS]

Zagat Buzz [RSS]

Daily Candy

Tablehopper

Thrillist

**About Eater SF**

From the newest temples of haute cuisine to the oldest bars in the Bay Area, Eater SF has you covered. More about Eater SF...

**Tipping Is Customary**

Know about a restaurant opening or closing in your neighborhood, or other SF restaurant gossip? Do let us know.

Newsletters

EATER RADAR

Open

Apollo

Golden Natural

Globe

Lava Lounge

Blue Muse

Sage

Noe_Eater, Dixie brewing company took a substantial hit in Katrina and hasn't been in production really since. They were "hoping" to be back in business by Oct 2007, so I'm not sure if they succeeded or not. Of course it'd be awesome to slam some Blackened Voodoo as you shuck_em_an_suck_em but at least you're getting some decent Cajun food here.

Curious enough though, the posted article made it sound like there were no Cajun spots in the Sunset, when there are clearly two of them. PJ's and Cajun Pacific. I know first hand the latter rocks out. I've used Chuck's catering service for 2 years now at my annual Crawfish hoe-down that I have every late Spring in Crissy field. If anyone is interested into coming to the 5th annual this year (last year we had over 120 people, 160 lbs of crawfish flown in live from Lousy-anna, 4 kegs, and tons of southern/Cajun food) drop me a line at:

crawfishboilster@gmail.com

I'll send out the Evite / info closer to the event.

yeehAW!

Comment #5, left at 02/02/08 11:34 AM.

Pizza Orgasmica

Rubio's

Pagan

Sweet Dish

Coffee Bar

The Cravery

De Afghanan

Cafe Fillmore

Sangha

**Reviewed**

Mecca

Jai Yun

Navio

Kelley's

Sahn Maru

1300

Yoshi's

South

Cafe Andree

Chiaroscuro

Seafood Peddler

## Already a commenter?

Log in here...

**Email address**

**Password**

Need help?

## Want to comment?

**You've got two choices...**

**You can sign up to comment**

**Or, you can log in to comment as a guest**

Comments feed for this post

Dona Tomas

Odyssey

1300

Flora

**Closed**

Club Hide

Zoya

Parkside

Popolo

Mekong

Trader Vic's

Washington Square B&G

Imperial Tea Court

Citizen Thai

Vino Venue

SkipJack Sushi

Star India

Pasha

Flying Pan Bistro

Kabul City

**All set here? Continue enjoying Eater SF...**

« Cosentino the Author | Home

Back to top

## Archives

 Full-Content Feed

**Eater SF**

Editor

Paolo Lucchesi

Eater Eds-in-Chief

Ben Leventhal

Lockhart Steele

Banner Design

Jim Cooke

Publisher/GM

Kyle Crafton

Head of Technology

Eliot Shepard

### Other Curbed Sites

San Francisco

[Curbed SF](#)

**New York**

[Curbed NY](#)

[Eater NY](#)

[Racked NY](#)

[The Beach](#) (seasonal)

**Los Angeles**

[Curbed LA](#)

[Eater LA](#)

**Contact Us**

[Email Eater SF](#)



# EXHIBIT M

The Boiling Crawfish - Sacramento, CA 95814 - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back    |    Search   Favorites

Address http://www.yelp.com/biz/the-boiling-crawfish-sacramento    | Go    | Links »

**yelp**
Real People. Real Reviews.™

Search for (e.g. taco, salon, Max's)          Near (Address, City, State or Zip)
                                              sacramento, CA          **Search**

Welcome   About Me   Write a Review   **Find Reviews**   Invite Friends   Messaging   Talk   Events          Member Search | Account | Log In

## The Boiling Crawfish
★★★★☆ based on 1 review

Category: Restaurants [Edit]

6835 Stockton Blvd
Ste 450
Sacramento, CA 95814

Add Photos

✎ Edit Business Info  🔗 Link to This Page          ⚙ First to Review  Misa W.

📧 Send to Friend      📕 Bookmark      📱 Send to Phone      ✍ **Write a Review**      🖶 Print version

Dos Rios Park
Richards Blvd
160
POWERED BY Google  Map data ©2008 Tele Atlas - Terms of Use
View Larger Map/Directions »

### 1 Review for The Boiling Crawfish

Search Reviews

Sort by: Recent + Votes ▾ | Time | Rating

**Browse Nearby:**
Restaurants | Night Life | Shopping | Coffee | All

★★★★☆                                          01/20/2008

Misa W.
Sacramento, CA

👍 19
📷 6

Hooray! There's finally a place to get crawfish (and other boiled shellfish) in Sacramento. I ordered
the boiled Louisiana style crawfish plus corn. You can also get it steamed. I ordered it spicy, and
this Louisiana girl can attest that it was lips-burning spicy with delicious flavor. The spice mix
tastes a little different than New Orleans style in that it had more garlic flavor added to the chili mix.
I really enjoyed it . At $8.99/lb, my crawfish habit could get expensive (a New Orleans-sized portion
is about 3 lbs per person), but I'm not complaining -- it's worth it because it's prepared well AND
they go to SMF in the morning to pick up fresh Louisiana crawfish. Hence, the later opening time
each day (3-10pm). Interestingly enough it came with fresh lime wedges and dry seasoning/salt
mixture. I think perhaps this comes from the Vietnamese influence. I chatted with the owner's
brother who was pleasantly surprised to hear that yelpers had discovered the restaurant so soon

**Hot and New**

Squeeze Inn
★★★★☆ 53 reviews
Sacramento, CA

Jennie Krausse Estate...
★★★★★ 2 reviews
Sacramento, CA

Stagecoach Too!
★★★★☆ 9 reviews
Sacramento, CA

Downloading from site: http://www.yelp.com/biz/the-boiling-crawfish-sacramento          Internet



Restaurants | Night Life | Shopping | Coffee | All

★★★★☆                                                    01/20/2008

**Misa W.**
Sacramento, CA

19
6

Hooray! There's finally a place to get crawfish (and other boiled shellfish) in Sacramento. I ordered the boiled Louisiana style crawfish plus corn. You can also get it steamed. I ordered it spicy, and this Louisiana girl can attest that it was lips-burning spicy with delicious flavor. The spice mix tastes a little different than New Orleans style in that it had more garlic flavor added to the chili mix. I really enjoyed it . At $8.99/lb, my crawfish habit could get expensive (a New Orleans-sized portion is about 3 lbs per person), but I'm not complaining -- it's worth it because it's prepared well AND they go to SMF in the morning to pick up fresh Louisiana crawfish. Hence, the later opening time each day (3-10pm). Interestingly enough it came with fresh lime wedges and dry seasoning/salt mixture. I think perhaps this comes from the Vietnamese influence. I chatted with the owner's brother who was pleasantly surprised to hear that yelpers had discovered the restaurant so soon after opening (3 weeks). The owner has 2 other branches in SF and SJ. Next time, I'd like to try the oysters on the half shell and boiled dungeness crab. I'm excited for my next visit and hope this restaurant does well!

Bookmark   Send to a Friend   Link to This Review

People thought this was: Useful (1) Cool (1)

1 to 1 of 1                                              **Write a Review**

**Hot and New**

Squeeze Inn
★★★★☆ 53 reviews
Sacramento, CA

Jennie Krausse Estate...
★★★★★ 2 reviews
Sacramento, CA

Stagecoach Too!
★★★★☆ 9 reviews
Sacramento, CA

Lalo's Restaurant
★★★★☆ 2 reviews
Sacramento, CA

Temple Coffee House
★★★★☆ 42 reviews
Sacramento, CA

Reviews of Sacramento Restaurants on Yahoo!

Business Owner's Guide | My Account | About Yelp | FAQ | The Weekly Yelp | Yelp Blog | Yelp Mobile | RSS | Developers | Feedback | Jobs

Sacramento Business Listings # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | Newly Added

Use of this site is subject to express Terms of Service. By continuing past this page, you agree to abide by these terms.

Copyright © 2004-2008 Yelp | Privacy Policy

Site Map | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Honolulu | Houston | Las Vegas | Los Angeles | Miami | New York | Philadelphia | Phoenix | Portland | Sacramento | San Diego | San Francisco | San Jose | Seattle | Washington, DC | More Cities


 Internet