**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 7, 2008

Case No.  C 07-04353 WHA

Title: SINHARELLA, INC v. KEVIN VU

Plaintiff Attorneys: Michael DeVries

Defense Attorneys: Christopher Hays

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Plt's Motion for Protective Order - HELD

2)

Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Trial

**ORDERED AFTER HEARING:**

Parties shall file supplemental briefing by noon on 2/8/08.