LATHAM & WATKINS LLP
  Michael W. De Vries (SBN 211001)
    mike.devries@lw.com
  Andrew Fossum (SBN 250373)
    andrew.fossum@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., a California corporation; and DOES 2 through 10,<br><br>            Defendants. | CASE NO. C 07 04353 WHA<br><br>**NOTICE OF ENTRY OF BOND** |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that a bond in the amount of $20,000, attached hereto as Attachment A, is hereby filed by Sinhdarella, Inc. on February 15, 2008 in the above-captioned matter.

Dated: February 15, 2008

                              LATHAM & WATKINS LLP

                              By _____
                                 Andrew Fossum
                                 Attorneys for Sinhdarella, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

OC\937694.1

NOTICE OF ENTRY OF BOND
CASE NO. C 07-04353-WHA

# ATTACHMENT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

BOND NUMBER: 1000773437
PREMIUM:      $400.00

SINHDARELLA, INC., a        )
California corporation,     )
            PLAINTIFF       )
vs.                         )   PRELIMINARY INJUNCTION
KEVIN VU, an individual, d/b/a  )   CASE NUMBER: C 07-04353
THE BOILING CRAB, CAFÉ      )
BONITA, INC., a California  )
Corporation; and DOES 2-10, )
            DEFENDANT(S)    )

WHEREAS, by Order of the above entitled Court, Plaintiff SINHDARELLA, INC., was required to file an undertaking in the sum of TWENTY THOUSAND & NO/100--- ($20,000.00) DOLLARS as a condition for a preliminary injunction to be in effect restraining and enjoining the above named DEFENDANTS, KEVIN VU, d/b/a THE BOILING CRAB, CAFÉ BONITA, INC., from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, AMERICAN CONTRACTORS INDEMNITY COMPANY, a corporation organized and existing under the of the State of CALIFORNIA and authorized to transact the business of Surety, as Surety, in consideration of premises and issuance of said preliminary injunction does hereby undertake to pay all costs and disbursements that may be decreed to the DEFENDANTS, KEVIN VU, d/b/a THE BOILING CRAB, CAFÉ BONITA, INC., and such damages not exceeding the amount of TWENTY THOUSAND & NO/100--- ($20,000.00) DOLLARS as the DEFENDANTS, KEVIN VU, d/b/a THE BOILING CRAB, CAFÉ BONITA, INC., may sustain by reason of said preliminary injunction if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 15th day of FEBRUARY, 2008.

AMERICAN CONTRACTORS INDEMNITY COMPANY
SURETY

BY _____
        JOHN S. ROUGH, ATTORNEY-IN-FACT

# American Contractors Indemnity Company



9841 Airport Blvd., 9th Floor Los Angeles, California 90045

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That American Contractors Indemnity Company of the State of California, a California corporation, does hereby appoint,

**John S. Rough of Santa Ana, California**

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business and to bind the Company thereby, in an amount not to exceed $ __**********Two Million**********__. This Power of Attorney shall expire without further action on January 3, 2010.

This Power of Attorney is granted and is signed and sealed by facsimile under and by the authority of the following resolutions adopted by the Board of Directors of AMERICAN CONTRACTORS INDEMNITY COMPANY at a meeting duly called and held on the 6th day of December, 1990.

*"RESOLVED that the Chief Executive Officer, President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have the power and authority*

   1. *To appoint Attorney(s)-in-Fact and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,*

   2. *To remove, at any time, any such Attorney-in-Fact and revoke the authority given.*

*RESOLVED FURTHER, that the signatures of such officers and the seal of the Company may be affixed to any such Power of Attorney or certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached."*

IN WITNESS WHEREOF, American Contractors Indemnity Company has caused its seal to be affixed hereto and executed by its authorized officer on the __14th__ day of __December__, 200__7__.

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _____
Name: __Leon B. Back, Jr.__   its __Senior Vice President__

STATE OF CALIFORNIA          §
COUNTY OF LOS ANGELES    §

On this __14th__ day of __December__ 200__7__, before me, __Rochelle A. Hill__, a notary public, personally appeared __Leon B. Back, Jr.__, __Senior Vice President__ of American Contractors Indemnity Company, personally known to me (~~or proved to me on the basis of satisfactory evidence~~) to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

*Rochelle A. Hill*
Signature of Notary

> ROCHELLE A. HILL
> Commission # 1634494
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 3, 2010

I, Jeannie J. Kim, Corporate Secretary of American Contractors Indemnity Company, do hereby certify that the Power of Attorney and the resolutions adopted by the Board of Directors of said Company as set forth above, are true and correct transcripts thereof and that neither the said Power of Attorney nor the resolutions have been revoked and they are now in full force and effect.

IN WITNESS HEREOF, I have hereunto set my hand this __15TH__ day of __FEBRUARY__, 200__8__.

Bond No. __1000773437__

Agency No. __2045__

Jeannie J. Kim, Corporate Secretary

Rev. POA03/06

## ACKNOWLEDGMENT

STATE OF CALIFORNIA)
                        ) SS
COUNTY OF ORANGE  )

On <u>FEBRUARY 15</u>, 2008 before me, <u>DARNELL ELZEY WAGE</u>, a Notary Public in and for said State, personally appeared <u>JOHN S. ROUGH</u>, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the within instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____
DARNELL ELZEY WAGE

> DARNELL ELZEY WAGE
> COMMISSION #1751126
> Notary Public - California
> ORANGE COUNTY
> My Commission Expires
> JULY 13, 2011

(Seal)

## OPTIONAL

This Undertaking is subject to the provisions of Local Rule _____ and has been examined pursuant thereto and is recommended for approval. It (is) (is not) required by law to be approved by a judge.

    Dated this _____ day of _____, 200__.

    I hereby approve the foregoing Undertaking.

    Dated this _____ day of _____, 200__.

                                                 _____
                                                        Clerk or Judge

Bond number: <u>10 00773437</u>

Premium: $400.00