1  CHRISTOPHER HAYS, State Bar No. 59480
Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
San Francisco, California 94111
3  Telephone: (415) 398-0848
Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendants
KEVIN VU and CAFE BONITA, INC.

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  SINHDARELLA, INC.                    No. C 07 04353 WHA

12        vs.                           CERTIFICATE OF COMPLIANCE
                                        WITH PRELIMINARY INJUNCTION
13  KEVIN VU, etc., et al.,

14        Defendants.
    _____/

15

16        Defendant Kevin Vu ("Vu"), on behalf of himself as an individual

17  defendant and as President of Defendant Cafe Bonita, Inc., hereby certifies that the

18  following steps have been taken to comply with this Court's Order, dated 12

19  February 2008, granting a Preliminary Injunction herein.

20        1.  The Menus of the restaurants, formerly known as the "Boiling Crab"

21  in San Jose and  the "Boiling Crawfish" in San Francisco and Sacramento, have

22  been changed to reflect those three restaurants' new names, which are "SJ

23  Crawfish," "Coco's Crawfish," and "SAC Crawfish." True and correct copies of said

24  restaurants' Menus are attached hereto as Exhibit A.

25        2.  Telephone listings for each of said three restaurants have been

26  changed as of 26 February 2008.  Defendants are informed and believe that said

27  new names will appear in new telephone books when said books are published

28        3.  New Seller's Permits have been issued by the California State Board

CERT COMPLIANCE W/ PRELIM INJCT
                                   -1-

1  of Equalization for each of the three restaurants.  True and correct copies of said

2  restaurants' Seller's Permits are attached hereto as Exhibit B.

3      4.  Defendants have filled with respect to its changed names with the

4  California State Employment Development Department ("EDD") for each of the

5  three restaurants.  True and correct copies of EDD "Employer Inquiry" Printouts for

6  the San Jose and San Francisco restaurants, and a Change of Employer Account

7  Information, Form DE 24, for the Sacramento restaurant, are attached hereto as

8  Exhibit C.

9      5.  The name of the entity which owned and operated the restaurant in

10  Sacramento in which Vu had an ownership interest was "Sactown Boiling Crawfish

11  LLC."  That entity's name has been changed to "Sac Crawfish LLC."  A true and

12  correct copy of the LLC Statement of Information filled with the California Secretary

13  of State on 21 February 2008 reflecting said changed name is attached hereto as

14  Exhibit D.

15      6.  The name of the entity which owns and operates the restaurant in

16  San Francisco is a California corporation named "The Boiling Crawfish, Inc."  Vu

17  intended to change the name of this restaurant, and of the corporation which owns

18  and operates it, to "SF CRAWFISH, INC.", but has recently learned that this name is

19  the subject of a Fictitious Business Name Statement already filed with the City and

20  Count of San Francisco.  Vu accordingly will name said restaurant "Coco's

21  Crawfish", and intends to amend the Articles of Incorporation of said corporation to

22  change said corporation's name from "The Boiling Crawfish, Inc." to "Lee Crawfish,

23  Inc."

24      7.  Fictitious Business Name Statements for the names "SJ

25  CRAWFISH", "COCO'S CRAWFISH", and "SAC CRAWFISH" have been filed with the

26  Counties of Santa Clara, San Francisco, and Sacramento, respectively, on 20

27  February, 25 February, and 22 February 2008 with respect to the restaurants in

28  San Jose, San Francisco, and Sacramento.  True and correct copies of said

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

CERT COMPLIANCE W/ PRELIM INJCT

1  documents are attached hereto as Exhibit D

2      8. Business Licenses in the names "SJ CRAWFISH" and "SAC

3  CRAWFISH" have been obtained from the City of San Jose and the County of

4  Sacramento with respect to the restaurants in San Jose and Sacramento.  True

5  and correct copies of said documents are attached hereto as Exhibit E.

6      9. The sign on the San Jose Restaurant was changed from "BOILING

7  CRAB" to "SJ CRAWFISH" on 23 February 2008.

8      10. The word "BOILING" is scheduled to be removed from the signs on

9  the exterior of the restaurants in San Francisco and Sacramento on 26 February

10 2008.  Defendants have ordered sign additions, are informed and believe that the

11 names "COCO'S" and "SAC", respectively, will be added to said signs in front of the

12 word "CRAWFISH" on or before 3 March 2008.

13     11. Defendants have no contact data for, and no general or

14 administrator contact data could be found on, the yelp.com website.  However,

15 when Defendants temporarily changed the name of their San Jose "Boiling Crab"

16 restaurant to "Boiling Crawfish", the change spontaneously appeared on that

17 website within two weeks.

18 Dated: 26 February 2008.                  Respectfully Submitted
                                          Law Offices of Christopher Hays
19

20                                         By_____

21                                              Christopher Hays
22                                         Attorneys for Defendants KEVIN VU
                                              and CAFE BONITA, INC.

23

24

25

26

27

28

LAW OFFICES OF
CHRISTOPHER HAYS
ONE EMBARCADERO CENTER, SUITE 500
SAN FRANCISCO, CALIFORNIA 94111

CERT COMPLIANCE W/ PRELIM INJCT

-3-

VERIFICATION

I, KEVIN VU, declare:

I am a Defendant in the above-entitled action; I have read the foregoing CERTIFICATE OF COMPLIANCE WITH PRELIMINARY INJUNCTION and know its contents; I declare that the matters stated in the foregoing document are true of my own knowledge, except as to the matters which are stated on information or belief, and as to those matters, that I believe them to be true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this verification is executed at the date and place set forth below.

Dated: 26 February 2008, San Jose, California.

_____
Kevin Vu

VERIFICATION – CORPORATE

I, KEVIN VU, declare:

I am the President of Cafe Bonita, Inc., a corporation organized and existing under the laws of the State of California, which is a defendant in the above-entitled action, and I have been authorized to make this verification on its behalf.

I have read the foregoing CERTIFICATE OF COMPLIANCE WITH PRELIMINARY INJUNCTION and know the contents thereof. The same is true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Verification is executed at the date and place set forth below.

Dated: 26 February 2008, San Jose, California.

_____
Kevin Vu

**Exhibit A**

**SJ CRAWFISH**
**393 N. CAPITOL AVE.**
**SAN JOSE, CA 95133**
**(408) 347-8344**

### MENU
THE FOLLOWING ITEMS CAN BE COOKED
"L.A CAJUN STYLE" OR "STEAMED"

LOUISIANA CRAWFISH ……… ………………..SEASONAL

CRAB……………………………………….SEASONAL

SHRIMP…………………………………….SEASONAL

CLAM…………………………………….$8.99/LB

OYSTER (RAW)………6PIECES………………..$9.99/LB

CORN…………………………………….$.50/EA

SAUSAGE………………………………….$.50/EA

EXTRA GARLIC BUTTER ………………….…….$.50/LB

### DRINKS

BOTTLE WATER……………….……………$1.50/EA

SODA …………………………………..…$1.50/EA
(COKE, DIET COKE, 7 UP, SUNKIST, SPRITE, PEPSI,
DIET PEPSI, DR. PEPPER, ROOT BEER)

DOMESTIC & IMPORTED BEERS…………$3.50/EA
(HEINEKEN, CORONA, BUDWEISER, BUD LIGHT, BACARDI,
NEGRA MODELO, MODELO ESPECIAL, NEW CASTLE)

**A 15% GRATUITY WILL BE ADDED
FOR PARTIES OF 5 OR MORE**

**OPEN 7 DAYS A WEEK!**
**3:00 PM-10:00 PM**

# COCO'S CRAWFISH
**2333 IRVING STREET**
**SAN FRANCISCO, CA 94122**
**(415) 665-6033**

### MENU
THE FOLLOWING ITEMS CAN BE COOKED
"L.A CAJUN STYLE" OR "STEAMED"

LOUISIANA CRAWFISH ......... .....................SEASONAL

CRAB...............................................SEASONAL

SHRIMP............................................SEASONAL

CLAM...............................................$8.99/LB

OYSTER (RAW).........6PIECES...................$9.99/LB

CORN...............................................$.50/EA

SAUSAGE............................................$.50/EA

EXTRA GARLIC BUTTER ...............................$.50/LB

### DRINKS

BOTTLE WATER..................................$1.50/EA

SODA .............................................$1.50/EA
(COKE, DIET COKE, 7 UP, SUNKIST, SPRITE, PEPSI,
DIET PEPSI, DR. PEPPER, ROOT BEER)

DOMESTIC & IMPORTED BEERS............$4.00/EA
(HEINEKEN, CORONA, BUDWEISER, BUD LIGHT, BACARDI,
TSINGTAO, SAPORO, NEW CASTLE)

**A 15% GRATUITY WILL BE ADDED
FOR PARTIES OF 5 OR MORE**

**OPEN 7 DAYS A WEEK!**
**3:00 PM – 10:00 PM**

**SAC CRAWFISH**
**6835 STOCKTON BLVD. #450**
**SACRAMENTO, CA 95823**
**(916) 422-7883**

## MENU
THE FOLLOWING ITEMS CAN BE COOKED
"L.A CAJUN STYLE" OR "STEAMED"

LOUISIANA CRAWFISH ......... .....................SEASONAL

CRAB...................................................SEASONAL

SHRIMP................................................SEASONAL

CLAM....................................................$8.99/LB

OYSTER (RAW).........6PIECES.....................$9.99/LB

CORN....................................................$.50/EA

SAUSAGE.............................................$.50/EA

EXTRA GARLIC BUTTER ...............................$.50/LB

## DRINKS

BOTTLE WATER...................................$1.50/EA

SODA ..............................................$1.50/EA
(COKE, DIET COKE, 7 UP, SUNKIST, SPRITE, PEPSI,
DIET PEPSI, DR. PEPPER, ROOT BEER)

DOMESTIC & IMPORTED BEERS............$3.50/EA
(HEINEKEN, CORONA, BUDWEISER, BUD LIGHT, BACARDI,
NEGRA MODELO, MODELO ESPECIAL, NEW CASTLE)

**A 15% GRATUITY WILL BE ADDED
FOR PARTIES OF 5 OR MORE**

**OPEN 7 DAYS A WEEK!**
**3:00 PM-10:00 PM**

**Exhibit B**

**DISPLAY CONSPICUOUSLY AT PLACE OF BUSINESS FOR WHICH ISSUED**

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT



ACCOUNT NUMBER

| 1/1/2008 | SR | GH | 101-043913 |

SJ CRAWFISH
CAFE BONITA, INC
393 N CAPITOL AVE
SAN JOSE, CA 95133-1906

*NOTICE TO PERMITTEE:*
*You are required to obey all Federal and State laws that regulate or control your business. This permit does not allow you to do otherwise.*

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION. THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

*Not valid at any other address*

**For general tax questions, please call our Information Center at 800-400-7115.**
**For information on your rights, contact the Taxpayers' Rights Advocate Office at 888-324-2798 or 916-324-2798.**

BOE-442-R REV. 15 (2-06)

---

**DISPLAY CONSPICUOUSLY AT PLACE OF BUSINESS FOR WHICH ISSUED**

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT

ACCOUNT NUMBER

| 1/16/2008 | SR | SH | 101-021362 |

SF CRAWFISH
BOILING CRAWFISH, INC.
2333 IRVING ST
SAN FRANCISCO, CA 94122-1620

*NOTICE TO PERMITTEE:*
*You are required to obey all Federal and State laws that regulate or control your business. This permit does not allow you to do otherwise.*

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION. THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

*Not valid at any other address*

**For general tax questions, please call our Information Center at 800-400-7115.**
**For information on your rights, contact the Taxpayers' Rights Advocate Office at 888-324-2798 or 916-324-2798.**

BOE-442-R REV. 15 (2-06)

---

### A MESSAGE TO OUR NEW PERMIT HOLDER

As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:

DISPLAY CONSPICUOUSLY AT PLACE OF BUSINESS FOR WHICH ISSUED

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT

*ACCOUNT NUMBER*

12/15/2007 SR    KH   101-009457

SAC CRAWFISH
SAC CRAWFISH LLC
6835 STOCKTON BLVD STE 450
SACRAMENTO, CA 95823-2352

*NOTICE TO PERMITTEE:*
*You are required to obey all Federal and State laws that regulate or control your business. This permit does not allow you to do otherwise.*

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION. THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

*Not valid at any other address*

**For general tax questions, please call our Information Center at 800-400-7115.**
**For information on your rights, contact the Taxpayers' Rights Advocate Office at 888-324-2798 or 916-324-2798.**

BOE-442-R REV. 15 (2-06)

---

## A MESSAGE TO OUR NEW PERMIT HOLDER

**As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:**

- Visiting our website at *www.boe.ca.gov*
- Visiting a district office
- Attending a Basic Sales and Use Tax Law class offered at one of our district offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Information Center at 800-400-7115

**As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. Conversely, you have the responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer,**

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the Board
- You are responsible for following the regulations set forth by the Board

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a Board representative when requested. You are also expected to notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a Board office, or giving it to a Board representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the Board, please contact the Taxpayers' Rights Advocate Office for help by calling toll-free, 888-324-2798 or 916-324-2798. Their fax number is 916-323-3319.

**Please post this permit at the address for which it was issued and at a location visible to your customers.**

STATE BOARD OF EQUALIZATION

Sales and Use Tax Department

**Exhibit  C**

Page: 1 Document Name:

```
                          EMPLOYER INQUIRY                        02/25/08
                                                                 14:56:38
   ER  237 2176 4      CAFE BONITA, INC.              STATUS  ACTIVE
                                                    COLLECTABLE
         NAME                                       LAST UPDT  02/25/08
                                                    ETDO   TEAO   ACO   AAO
              SJ CRAWFISH                            744    786    798   744
      ADDRESS  393 N CAPITOL AVE                 LAST STMT DT  02/05/08
              SAN JOSE        CA  95133            SUBJ QTR  04/1
       PHONE  408-347-8344                         REG DATE  03/17/04
      CARE-OF                                      REINST DT
      COUNTY  SANTA CLARA                          INACT DT
                                                   INACT RSN
      CURR BAL           0.00                      SUCC/PRED  N
                                                  MULT ESTAB  N
           REPTG    EFTV                           WORKSHARE  N
           CODE     QTR
      UI   T       04/1    ORG TYPE   CORP        PROBLEM VALUE RATING   096
      DI   S       04/1     ER TYPE   COMMERCIAL        RATING DATE  12/17/07
      ETT  Y               SIC CODE   5461           CASES PENDING
      PIT  S       04/1   NAICS CODE   722213        PROBLEMS OUTSTG      1
                                                    WRITEOFF RSN
```

Date: 2/25/2008 Time: 2:56:41 PM

Page: 1 Document Name:                    1

## EMPLOYER INQUIRY

```
                                                              02/25/08
                                                              14:56:14
  ER  281 4895 5     COCO'S CRAWFISH              STATUS   ACTIVE
                                                 COLLECTABLE
      NAME                                       LAST UPDT  02/25/08
             BOILING CRAWFISH, INC.             ETDO  TEAO  ACO  AAO
             COCO'S CRAWFISH                     798   786  798  733
  ADDRESS    2333 IRVINE ST                  LAST STMT DT
             SAN FRANCISCO     CA  94122        SUBJ QTR   08/1
    PHONE    415-665-6033                       REG DATE   01/09/08
  CARE-OF                                     REINST DT
   COUNTY    UNKNOWN                            INACT DT
                                               INACT RSN
  CURR BAL            0.00                     SUCC/PRED   N
                                              MULT ESTAB   N
         REPTG     EFTV                        WORKSHARE   N
         CODE      QTR
  UI.    T       08/1      ORG TYPE  CORP      PROBLEM VALUE RATING  100
  DI     S       08/1       ER TYPE  COMMERCIAL      RATING DATE  01/09/08
  ETT    Y                 SIC CODE  9999         CASES PENDING
  PIT    S       08/1     NAICS CODE  999999     PROBLEMS OUTSTG
                                                  WRITEOFF RSN
```

Date: 2/25/2008 Time: 2:56:22 PM

 **EDD** Employment Development Department State of California



## CHANGE OF EMPLOYER ACCOUNT INFORMATION

Mail to: Employment Development Department
Account Services Group MIC 28
PO Box 826880
Sacramento CA 94280-0001

ENTER YOUR E.D.D.
ACCOUNT NUMBER: 2 8 1.6 0 4 7 1
Corporation/
Owner's Name: SACTOWN BOILING CRAWFISH LLC
Business
(DBA) Name: THE BOILING CRAWFISH

## PLEASE INDICATE CHANGES/CORRECTIONS THAT APPLY TO YOUR BUSINESS (A-1 BELOW):

A. Address Change / Correction.    Date of Change: ___/___/___    (Enter address information in box 1)

| 1. | NUMBER AND STREET | CITY, STATE, AND ZIP CODE | PHONE NUMBER |
|---|---|---|---|
|  |  |  | ( ) |

B. Business Name (DBA) Change: SAC CRAWFISH    Date Of Change: 2/3/06
C. Corporation Name Change: SAC CRAWFISH LLC    Date Of Change: 3/21/08
D. Personal Name Change (i.e.; marriage): _____    Date Of Change: ___/___/___
E. Discontinued Paying Wages. Date last wage payment was made: ___/___/___
F. If your payroll is now being reported by a Professional Employer Organization (PEO), please provide PEO information:
PEO Name: _____    PEO Address: _____

G. Out Of Business (Without A Successor). Date of Change: ___/___/___    (Provide forwarding address in box 1)
REMINDER: Please submit your final Tax Deposit Coupon (DE 88) with payment, Quarterly Wage and Withholding Report (DE 6),
and Annual Reconciliation Statement (DE 7), when discontinuing paying wages or upon going out of business.

H. Change of Ownership – Date Of Change: ___/___/___    (Mark appropriate box below, and complete box 2 if
required):

- [ ] Partial Sale, Not Out-Of-Business
- [ ] Corporation Formed
- [ ] Corporation Dissolved
- [ ] Entire Business Sold (Enter successor(s) information in box 2)
- [ ] Partnership To Sole (Enter sole proprietor's information in box 2)
- [ ] Other (Explain): _____

| 2. | OWNER'S NAME(S) FOLLOWING CHANGE OF OWNERSHIP | TITLE | BUSINESS NAME (DBA)/ CORPORATION NAME | MAILING ADDRESS |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

RECEIVED
FEB 22 2008
Sacramento Area Audit Office

| New FEIN (Tax ID#): _____    OLD FEIN (Tax ID#): _____ | SOS Corporation, LLC, LLP, or LP |
|---|---|
| Explain reason for new Tax ID: | Identification #: |

I. Change in Partner(s), Officer(s), Member(s), Manager(s), etc. (Mark appropriate box to Add [A], Withdraw [W] or if
Not Applicable [N/A] in box 3, and enter the new information as required):

| 3. | A | W | N/A | DATE OF CHANGE | INDIVIDUAL(S) TO BE ADDED/ WITHDRAWN/NOT APPLICABLE | TITLE | SOCIAL SECURITY # | DRIVER'S LICENSE # |
|---|---|---|---|---|---|---|---|---|
|  | ☒ | ☐ | ☐ | 3/21/08 | HIEP DUC VU | MAN MAN | 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 | C5126064 |
|  | ☐ | ☐ | ☐ | ___/___/___ |  |  |  |  |
|  | ☐ | ☐ | ☐ | ___/___/___ |  |  |  |  |

Note: If business corporation/owner is represented by an authorized agent for employment tax purposes, the agent may sign below. A signed
and properly executed power of attorney must be attached or on file. THE SIGNATURE OF ANY OTHER PERSON/THIRD PARTY WILL NOT
BE ACCEPTED.

"I certify under penalty of perjury that the above information is true and correct, and that these actions are not being taken to receive a more
favorable Unemployment Insurance Rate. I further certify that I have the authority to sign on behalf of the above business."

_____
Signature

KEVIN VU
Print Name

(908) 953-9938    2/22/08
Phone Number    Date

CEO
Title (Officer, Owner, Member, GP, or Authorized Agent)

DE 24 Rev 4 (6-05)    CU

**Exhibit  D**

**State of California**
**Secretary of State**

L

97

**STATEMENT OF INFORMATION**
(Limited Liability Company)

Filing Fee $20.00. If amendment, see Instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME  (Please do not alter if name is preprinted.)

SAC CRAWFISH LLC

**FILED**
In the office of the Secretary of State
of the State of California

FEB 2 1 2008

6 CC This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER

200731810037

3. STATE OR PLACE OF ORGANIZATION

CA

**NO CHANGE STATEMENT**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING**  (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE
1036 SUMMERMIST G

CITY AND STATE
SAN JOSE  CA

ZIP CODE
95122

5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY)
SAME

CITY

STATE
CA

ZIP CODE

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME
KEVIN VU

ADDRESS
1036 SUMMERMIST ST

CITY AND STATE
SAN JOSE  CA

ZIP CODE
95122

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER**  (Attach additional pages, if necessary.)

7. NAME
HIEP DUC VU

ADDRESS
683 STOCKTON BLVD #450

CITY AND STATE
SACRAMENTO, CA

ZIP CODE
95823

8. NAME
KEVIN VU

ADDRESS
1036 SUMMERMIST G

CITY AND STATE
SAN JOSE, CA

ZIP CODE
95122

9. NAME

ADDRESS

CITY AND STATE

ZIP CODE

**AGENT FOR SERVICE OF PROCESS**  (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS
KEVIN VU

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL
1036 SUMMERMIST CT

CITY
SAN JOSE

STATE
CA

ZIP CODE
95122

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
RESTAURANT

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM
KEVIN VU

SIGNATURE

TITLE
CEO

DATE
2/21/08

LLC-12R (REV 03/2007)

APPROVED BY SECRETARY OF STATE

**Exhibit E**

**BEFORE**     **PLEASE USE BLACK INK**

| | |
|---|---|
| A. MAILING NAME AND ADDRESS (OPTIONAL) | **File Number:** **505727**    **No. of Pages:** 1 |
| NAME | **File Date:** 2/20/2008 |
| ADDRESS | **Expires:** 2/20/2013 |
| CITY _____ STATE ____ ZIP ____ | **Fee Total:** 37.35 |
| | **Clerk ID:** 019 |

*585727*

# FICTITIOUS BUSINESS NAME STATEMENT

FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA
COUNTY ON THE DATE IDENTIFIED ON THE FILING LABEL

**REGINA ALCOMENDRAS, County Clerk–Recorder
SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE**

The following person (persons) is (are) doing business as:  (Use the ADDENDUM form if the total number of names will not legibly fit)

1. FICTITIOUS BUSINESS NAME(S):

   SJ CRAWFISH

   at: (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)

2. STREET ADDRESS OF PRINCIPAL PLACE OF BUSINESS | CITY | STATE | ZIP | COUNTY

   393 N. CAPITOL AVE    SAN JOSE    CA    95133   SANTA CLARA

   If the principal place of business identified above is not in Santa Clara County, a current fictitious business name statement on file for the fictitious business name(s) being filed at this time must be on file at the above-identified County that is the principal place of business before this statement can be filed.

3. ☐ THE PRINCIPAL PLACE OF BUSINESS IS IN _____ COUNTY AND A CURRENT FICTITIOUS BUSINESS NAME STATEMENT IS ON FILE
      AT THE COUNTY CLERK-RECORDER'S OFFICE OF SAID COUNTY.
   ☒ DOES NOT APPLY BECAUSE THE PRINCIPAL PLACE OF BUSINESS IS IN SANTA CLARA COUNTY.

4. This business is owned by:  (An asterisk [*] item requires proof of registration with the California Secretary of Business)
   ☐ AN INDIVIDUAL   ☐ A GENERAL PARTNERSHIP   ☐ *A LIMITED PARTNERSHIP
   ☐ AN UNINCORPORATED ASSOCIATION OTHER THAN A PARTNERSHIP   ☒ *A CORPORATION   ☐ COPARTNERS
   ☐ HUSBAND AND WIFE   ☐ JOINT VENTURE   ☐ STATE OR LOCAL REGISTERED DOMESTIC PARTNERS   ☐ LIABILITY PARTNERSHIP

   The name and residence address of the owner(s)/registrant(s) is (are):  (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)
   NOTE:  General Partnerships, Copartnership, Joint Venture, Limited Liability Partnership, Unincorporated Association, and Limited Partnership: Insert full name and residence address of each General Partner.  Trusts - Insert the full name and residence address of each Trustee.  Limited Liability Company and Corporation: Insert full name and address of Limited Liability Company or Corporation as registered with the California Secretary of State's Office.  State or local registered Domestic Partners: Insert full name and residence address of each Domestic Partner.  USE THE ADDENDUM FORM TO LIST ADDITIONAL NAMES AND ADDRESSES

5. | NAME | ADDRESS | CITY | STATE | ZIP |
   |---|---|---|---|---|
   | CAFE BONITA INC. | 393 N. CAPITOL AVE | SAN JOSE | CA | 95133 |
   | | | | | |
   | | | | | |

6. Registrant/Owner began transacting business under the fictitious business name(s) listed above on:
   ☒ DATE: 2/20/08
   ☐ NOT APPLICABLE

7. This filing is a:
   ☐ First Filing (Publication Required)
   ☒ Refile of previous File #  A78892
      ☐ Refiled prior to expiration or within 40 days past expiration with NO CHANGES
      ☒ With changes (Publication Required)
      ☐ After 40 days of expiration date (Publication Required)
      ☐ Due to publication requirement not met on previous filing (Publication Required)

8. I declare that all information in this statement is true and correct.
   (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

   SIGNED  x _____
   PRINTED NAME _____

   If a CORPORATION, LIMITED LIABILITY COMPANY, LIMITED PARTNERSHIP or LIMITED LIABILITY PARTNERSHIP, the following must be completed:
   ENTITY NAME  CAFE BONITA INC
   TITLE/CAPACITY OF SIGNER  PRESIDENT
   ARTICLE/REGISTRATION #  C2438032  (from CA Secretary of State's Office)
   ABOVE ENTITY WAS FORMED IN THE STATE OF  CA

   I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.

   Regina Alcomendras, Santa Clara County Clerk-Recorder

   By _____ , Deputy

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.  THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

VERONICA AGUIRRE

THIS STATEMENT IS A **PUBLIC** RECORD
*(SEE REVERSE SIDE FOR LEGAL REQUIREMENTS)*

TVR 424486

Taxes Paid _____

Tax Exempt _____

**SF County Clerk**
City Hall, Room 168
San Francisco, CA 94102-4678

**FILING FEE:** (Payable by cash, money order, or check with a preprinted name made payable to SF County Clerk)
$41.00   For 1st Business Name and 1st Registrant
$ 9.00   For each additional business name of each additional registrant (owner) on **SAME** statement
ITEMS #1 THROUGH #6 MUST BE LEGIBLE AND FULLY COMPLETED

**ENDORSED**
A-0309496-00
**F I L E D**
San Francisco County Clerk

FEB 25, 2008

by: MAGDALENA ZEVALLOS
Deputy County Clerk

# FICTITIOUS BUSINESS NAME STATEMENT (Instructions for completion - see reverse side)

1. Fictitious Business Name(s): *Coco's Crawfish*

2. *2332 Irving St  S.F 94122*
   Street Address, City, State and Zip Code of Principal Place of Business (P.O. Box **NOT** allowed)
   
   MUST ENTER COUNTY OF FBN ADDRESS: ► *San Francisco*

3. *Coco's Crawfish Inc (CA)*
   Full name of registrant #1 (If Corporation or Limited Liability Company, also indicate State of incorporation or organization)
   
   *20631 Forge Way  apt 264*
   Residence Address (P.O. Box **NOT** allowed)
   *Cupertino Ca 95014*
   City, State and Zip Code

   Full name of registrant #2 (If Corporation or Limited Liability Company, also indicate State of incorporation or organization)
   
   Residence Address (P.O. Box **NOT** allowed)
   City, State and Zip Code

   Full name of registrant #3 (If Corporation or Limited Liability Company, also indicate State of incorporation or organization)
   
   Residence Address (P.O. Box **NOT** allowed)
   City, State and Zip Code

   Full name of registrant #4 (If Corporation or Limited Liability Company, also indicate State of incorporation or organization)
   
   Residence Address (P.O. Box **NOT** allowed)
   City, State and Zip Code

4. The business is conducted by: ☐ an individual   ☐ a general partnership   ☐ a corporation   ☐ a limited partnership
   ☐ an unincorporated association other than a partnership   ☐ a trust   ☐ co-partners   ☐ husband and wife
   ☐ joint venture   ☐ limited liability company   ☐ state or local registered domestic partners   ☐ a limited liability partnership

5. The registrant commenced to transact business under the above-listed fictitious business name or names on: (**enter EXACT date** OR if future date, enter "not applicable")   ► *2/25/08*

6. I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

   Signed *Lisa Lee*
   
   If registrant is a Corporation or Limited Liability Company, sign below
   Corporation or LLC Name: *Coco's Crawfish Inc*
   Signature
   
   Printed Name *Lisa Lee*
   Printed Name & Title *Lisa Lee CEO*

**This statement was filed with the San Francisco County Clerk on date indicated by the file stamp above.**
NOTICE—IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

**CERTIFICATION**
I hereby certify that the foregoing is a correct copy of the original on file at the Office of the County Clerk.

By _____, Deputy County Clerk

FBNStatement.doc

Rev. 01/06

# FICTITIOUS BUSINESS NAME STATEMENT

BUSINESS AND PROFESSIONS CODE 17900 ET SEQ.

**FOR CLERK'S USE**

**Sacramento County**
Department of Finance
Business License Section
700 H Street, Room 1710
Sacramento, CA 95814
(916) 874-6644

**FILING FEES**

| | |
|---|---|
| $20.00 | For first business name on statement |
| $ 5.00 | For each additional business name on this statement at the same location |
| $ 5.00 | For each owner in excess of one |



ENDORSED
SACRAMENTO COUNTY

FEB 2 2 2008

CRAIG A. KRAMER, CLERK RECORDER
BY _____ DEPUTY

**TYPE OR PRINT CLEARLY - MUST BE LEGIBLE. PLEASE READ INSTRUCTIONS ON REVERSE SIDE.
WHEN FILING BY MAIL, PROVIDE SELF ADDRESSED STAMPED ENVELOPE.**

| | | | |
|---|---|---|---|
| **1** | Street Address, City, State, Zip of Principal Place of Business. (P.O. Box or PMB **not** acceptable) | | **County** |
| | 6835 STOCKTON BLVD ##J, SACRAMENTO, 95823 | | Sacto |

| | | | |
|---|---|---|---|
| **2** | Fictitious Business Name(s) to be Filed | | |
| | **(a)** SAC CRAWFISH | **(b)** (if more than 2 names, attach additional sheet) | |

| | | | | |
|---|---|---|---|---|
| **3** | Full Name/Residence Address of Business Owner(s) (P.O. Box or PMB **not** acceptable), OR Full Name/Address of Corporation/LLC as registered with Secretary of State (include State where incorporated) | | | |
| | Name and Address | | **State** | **Zip** |
| | **(a)** SAC CRAWFISH LLC  1036 SUMMER BASIN, SAN JOSE, # 95122 | | | |
| | **(b)** (if more than 2 owners, attach additional sheet) | | | |

| | |
|---|---|
| **4** | This business conducted by: |
| | ☐ an Individual   ☐ General Partnership   ☐ Limited Partnership   ☐ Trust |
| | ☐ Husband & Wife   ☐ Co-Partners   ☒ Limited Liability Company   ☐ State or local Registered Domestic Partners |
| | ☐ Corporation   ☐ Joint Venture   ☐ Limited Liability Partnership   ☐ Unincorporated Association (other than a partnership) |

| | |
|---|---|
| **5** | Date you began doing business under the Fictitious Business Name(s) above: _____ If you have not started doing business, enter "N/A" (not applicable) here _____ . |

| | |
|---|---|
| **6** | I declare that all information in this statement is true and correct. (A business owner who declares as true information which he or she knows to be false is guilty of a crime.) |
| | Signature: _____   Title if Corporate Officer: MANAGER / member |
| | Print Name: HIEP DUC VU   Business Phone No. (916) 422-7883 |

In accordance with Section 17920 (a), a Fictitious Business Name Statement generally expires five years from the date it was filed with the County Clerk, except as provided in Section 17920 (b), where it expires 40 days after any change in the facts set forth in the statement pursuant to section 17913 other than a change in the residence address of a registered owner. A new Fictitious Business Name Statement must be filed before the expiration.

The filing of this Statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under Federal, State, or common law (section 14411 et seq., of the Business and Professions Code).

| | |
|---|---|
| This Statement was filed with the County Clerk of Sacramento County on date indicated by file stamp above. | I hereby certify that this copy is a correct copy of the original Statement on file in my office. |
| | **CRAIG A. KRAMER**, COUNTY CLERK |
| This Statement expires on: 2-22-13 | BY: _____ Deputy |
| Rev. 12/07 | FILE NO. 0802015 |

**Exhibit F**

```
qbma01/gbma2         CITY OF SAN JOSE - BUSINESS LICENSE SYSTEM        gbma01/gbm.
                     ACCOUNT CREATE/UPDATE SCREEN - PART 2
+-----------------------------------------------------------------------------
|Account#     :17482C SJ CRAWFISE            Print New CertificateY    |
|Status (BLT) :3   PAID - CERTIFICATE ISSUE       Home Occupation?N    |
|      (BID)  :0                                                        |
|Care of (c/o) :THE BOILING CRA           Exemption Code:              |
|Mailing Addr  :393 N CAPITOL A'                Source B6              |
|City/State/Zip:SAN JOSE, CA 95133-190          BIMS No:00000C         |
|                                                                      |
|SIC: 5,812  RESTAURANT/DEL              rated on basis oEMPLOYEES     |
|Branch or Main account (B, M, or BLANK)?                              |
|                                                                      |
|District   Start Date   Effective    Last Paid    Certif Printed  Expiration|
| 02        09/20/200:   07/01/200:   07/02/200:   07/22/200:      06/30/2008|
|                                                                      |
|Employees  : 4       Annual Fee :    150.0C   BUSTAX Due :       .00 |
|Units      : 0       Prior Fee :        .00      BID Due :       .00 |
|Square Feet: 0       Penalty :          .00   Total Due :       .00 |
|                                                                      |
|                                                                      |
|Enter Y if application is complete o       to end this transaction   |
+-----------------------------------------------------------------------------
```

The foregoing instrument is
a correct copy of the original
on file in this office.        2/28/08
                                  Date
Attest:
   Finance Department, Treasury Division
   City of San Jose
   County of Santa Clara, State of California
   By:
   Title



# COUNTY OF SACRAMENTO
## GENERAL BUSINESS LICENSE

DAVE IRISH CPA, DIRECTOR - DEPARTMENT OF FINANCE
700 H STREET ROOM 1710
SACRAMENTO, CA 95814
PHONE (916) 874-6644

SAC CRAWFISH LLC
SAC CRAWFISH
6835 STOCKTON BL #450
SACRAMENTO       CA  95823

LICENSE NO:          335771

EXPIRATION DATE:     01/01/11

OWNER NAME:          SAC CRAWFISH LLC

BUSINESS NAME:       SAC CRAWFISH

LOCATION:            6835 STOCKTON BL #450
                     SACRAMENTO       CA  95823

TYPE OF BUSINESS:    DINE IN RESTAURANT

CONDITIONS:    COUNTY REGS APPLY. NO INFLATABLE/PORTABLE/A-FRAME
               SIGNS OR FLAGS. OUTDOOR DISPLAY OR BANNER REQUIRES
               SEPARATE TEMP USE PERMIT. DEVELOPMENT STANDARDS
               (PARKING/FENCE/LANDSCAPE/ETC) APPLY. SIGNS MUST
               NOT COVER MORE THAN HALF THE WINDOWS.

LICENSE NOT TRANSFERABLE. NOT VALID AT ANY OTHER LOCATION.

BY:   *Brian Cavalier*

02/22/08

POST IN A CONSPICUOUS PLACE

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed by Law Offices Of Christopher Hays in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Embarcadero Center, Suite 500, San Francisco, California 94111.

On 26 February 2008 I served the foregoing document(s) described as MEDIATION BRIEF on the interested parties in this action as stated on the attached service list as follows:

X     By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list

☐     BY PERSONAL SERVICE
I delivered such envelope(s) by hand to the offices of the addressee(s).

X     BY MAIL
I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     BY OVERNIGHT MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing via _____. Under that practice such envelope(s) would be deposited at an authorized _____ location on that same day with delivery fees fully provided for at San Francisco, California, in the ordinary course of business.

X     BY E-MAIL:
On 26 February 2008, at approximately 8:30 pm, I served the above stated document(s) by e-mail directed to the parties as indicated of the attached service list.

Executed on 26 February 2008 at San Francisco, California.

X     (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Christopher Hays

## ATTACHED SERVICE LIST

Michael W. De Vries, Esq.
Andrew J. Fossum, Esq.
Latham & Watkins
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626

<mike.devries@lw.com>
<Andrew.Fossum@lw.com>