# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Sinhdarella, Inc., | No. C 07-04353 WHA MED |
|     Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Vu, | |
|     Defendant(s). | |

<u>Instructions</u>: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 2/26/08

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: 3/12/08

Mediator, Daniel J. Bergeson
Bergeson LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110

**Certification of ADR Session**
07-04353 WHA MED