1  LATHAM & WATKINS LLP
    Michael W. De Vries (SBN 211001)
2    mike.devries@lw.com
    Andrew Fossum (SBN 250373)
3    andrew.fossum@lw.com
4  650 Town Center Drive, 20th Floor
   Costa Mesa, California  92626
5  Telephone:  (714) 540-1235
   Facsimile:  (714) 755-8290
6

7  Attorneys for Plaintiff
   SINHDARELLA, INC.
8

9  Law Offices of Christopher Hays
      Christopher Hays
       hays-sf@pacbell.net
10 One Embarcadero Center, Suite 500
   San Francisco, CA 94111
11 Telephone:  (415) 398-0848
12 Facsimile:  (415) 931-0444

13 Attorneys for Defendants
   KEVIN VU and CAFE BONITA, INC.
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  SINHDARELLA, INC., a California corporation, | CASE NO. C 07 04353 WHA |
| 19 | Honorable William H. Alsup |
| 20                 Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 21          v. | **PERMANENT INJUNCTION** |
| 22  KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., | |
| 23  a California corporation; and DOES 2 through 10, | |
| 24 | |
| 25                 Defendants. | |

26
27
28

1    Plaintiff Sinhdarella, Inc. ("Sinhdarella") and Defendants Kevin Vu and Café
2 Bonita, Inc., together with Sac Crawfish LLC and Lee Crawfish, Inc. (collectively,
3 "Defendants") hereby stipulate and agree through their respective counsel of record as follows:
4    WHEREAS Sinhdarella is the owner of common law rights in the mark THE
5 BOILING CRAB and United States Trademark Registration No. 3,256,219 for the mark THE
6 BOILING CRAB in connection with restaurant services in International Class 43 ("Sinhdarella's
7 THE BOILING CRAB Trademark"), as described more fully the Complaint filed in this action
8 on or about August 23, 2007;
9    WHEREAS Sinhdarella operates a chain of restaurants under the trademark THE
10 BOILING CRAB and offers restaurant services and related products and services under the
11 trademark THE BOILING CRAB;
12    WHEREAS Defendants currently own and operate restaurants in San Jose,
13 California; San Francisco, California; and Sacramento, California;
14    WHEREAS beginning in approximately June 2006, years after Sinhdarella first
15 began using the mark THE BOILING CRAB at least as early as 2004, Defendants began using
16 the name "The Boiling Crab" in connection with the operation of a restaurant and providing
17 restaurant services in San Jose, California;
18    WHEREAS beginning in approximately January 2008, Defendants began using
19 the name "The Boiling Crawfish" in connection with the operation of restaurants and providing
20 restaurant services in San Francisco, California and Sacramento, California;
21    WHEREAS Sinhdarella filed this action against Kevin Vu asserting claims for
22 trademark and trade dress infringement on or about August 23, 2007;
23    WHEREAS Sinhdarella filed a First Amended and Supplemental Complaint
24 adding Cafe Bonita, Inc. as a defendant on or about January 4, 2008;
25    WHEREAS the Court entered an Order Granting Sinhdarella's Motion for
26 Preliminary Injunction for trademark infringement on or about February 12, 2008, finding, *inter*
27 *alia*, that "[a] strong probability of success on the merits has been proven" by Sinhdarella,
28 including because Sinhdarella presented admissible evidence of "over thirty instances where

customers of plaintiff's chain of restaurants were confused as to the affiliation between Vu's restaurant and plaintiff's" and because "an overwhelming majority of evidence indicates Vu copied plaintiff's restaurants";

WHEREAS pursuant to the terms of a written Settlement Agreement executed by the Parties on March 13, 2008 ("Settlement Agreement"), the Parties entered into this stipulation and agreed to jointly request that the Court enter the permanent injunction provided below; and

WHEREAS the Parties further agreed in the Settlement Agreement, as more fully described therein, to jointly execute and file with the Court a stipulation for dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, which stipulation for dismissal without prejudice will request that this Court retain jurisdiction to the maximum extent permitted by law to enforce the terms of this stipulated injunction and the Parties' Settlement Agreement, within ten (10) business days after the later of: (i) notice of entry by the Court of this stipulated injunction; or (ii) Defendants' satisfactory tender of the initial payment owed to Sinhdarella under the Settlement Agreement;

NOW, THEREFORE, by and through their undersigned counsel of record, in order to protect consumers from confusion and for good cause showing, as also described in the Court's Order Granting Sinhdarella's Motion for Preliminary Injunction for trademark infringement entered on or about February 12, 2008, and in the briefs and evidence submitted by Sinhdarella in connection with that motion, the Parties hereby stipulate and agree as follows:

1. Defendants shall not use Sinhdarella's THE BOILING CRAB Trademark or any mark confusingly similar thereto (including but not limited to "The Boiling Crawfish," "The Cooking Crab," "The Cooking Crawfish," and any other mark containing the word "Boiling" in combination with the name of a sea-water crustacean) in connection with the operation or promotion of any restaurant or in connection with providing any restaurant-related products or services. Nothing herein shall prohibit Defendants from using the names "SJ Crawfish," "Coco's Crawfish," or "Sac Crawfish" in connection with the restaurants located in San Jose, San Francisco, and Sacramento, California, referred to above and Defendants may use

the names "SJ Crawfish," "Coco's Crawfish," and "Sac Crawfish" in connection with operation of those restaurants.

    2.    Defendants shall not assist, aid, or abet any other person or entity in engaging in or performing any of the activities prohibited by this stipulated injunction.

IT IS SO STIPULATED AND AGREED.

DATED: March 17, 2008

                                LATHAM & WATKINS LLP

                                By: _____
                                    Michael W. De Vries

                                Attorneys for Plaintiff Sinhdarella, Inc.

DATED: March 13, 2008             LAW OFFICES OF CHRISTOPHER HAYS

                                By: _____
                                    Christopher Hays

                                Attorneys for Defendants Kevin Vu and Cafe Bonita, Inc. and also for Sac Crawfish LLC and Lee Crawfish, Inc.

IT IS SO ORDERED.

Dated: _____

                                _____
                                Hon. William H. Alsup
                                United States District Judge

LATHAM&WATKINS  OC\939967.1                                      STIPULATION AND [PROPOSED]
ATTORNEYS AT LAW                                3                        PERMANENT INJUNCTION
ORANGE COUNTY

the names "SJ Crawfish," "Coco's Crawfish," and "Sac Crawfish" in connection with operation of those restaurants.

    2.    Defendants shall not assist, aid, or abet any other person or entity in engaging in or performing any of the activities prohibited by this stipulated injunction.

IT IS SO STIPULATED AND AGREED.

DATED: March 13, 2008

                      LATHAM & WATKINS LLP

                      By: _____
                           Michael W. De Vries

                      Attorneys for Plaintiff Sinhdarella, Inc.

DATED: March 13, 2008

                      LAW OFFICES OF CHRISTOPHER HAYS

                      By: _____
                           Christopher Hays

                      Attorneys for Defendants Kevin Vu and Cafe Bonita, Inc. and also for Sac Crawfish LLC and Lee Crawfish, Inc.

IT IS SO ORDERED.

Dated: _____

                      _____
                      Hon. William H. Alsup
                      United States District Judge