IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SINHDARELLA, INC., a California Corporation,

    Plaintiff,

  v.

KEVIN VU, an individual, d/b/a THE BOILING CRAB; and DOES 1 through 10

    Defendants.

No. C 07-04353 WHA

**ORDER RE STIPULATION OF PERMANENT INJUNCTION**

    The Court has received the parties' stipulation for a permanent injunction and is inclined to wait to sign the stipulation until a stipulation for dismissal is filed.

    **IT IS SO ORDERED.**

Dated: March 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE