LATHAM & WATKINS LLP
   Michael W. De Vries (SBN 211001)
    *mike.devries@lw.com*
   Andrew Fossum (SBN 250373)
    *andrew.fossum@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
SINHDARELLA, INC.

Law Offices of Christopher Hays
   Christopher Hays
    *hays-sf@pacbell.net*
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 398-0848
Facsimile: (415) 931-0444

Attorneys for Defendants
KEVIN VU and CAFE BONITA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>KEVIN VU, an individual, d/b/a/ THE BOILING CRAB; CAFE BONITA, INC., a California corporation; and DOES 2 through 10,<br><br>             Defendants. | CASE NO. C 07 04353 WHA<br><br>Honorable William H. Alsup<br><br>**STIPULATION DISMISSING ACTION WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

1  Plaintiff Sinhdarella, Inc. ("Sinhdarella") and Defendants Kevin Vu and Café
2  Bonita, Inc. ("Defendants") hereby stipulate through their respective counsel of record as
3  follows:

5  WHEREAS, Sinhdarella filed a complaint against Defendant Kevin Vu in the
6  above-captioned action on or about August 23, 2007 ("Complaint");
7  WHEREAS, Defendant Kevin Vu answered the Complaint on or about September
8  18, 2007;
9  WHEREAS, Sinhdarella filed a First Amended and Supplemental Complaint
10  against Defendants on or about January 4, 2008 ("First Amended and Supplemental
11  Complaint");
12  WHEREAS, Defendants answered the First Amended and Supplemental
13  Complaint on or about February 5, 2008; and
14  WHEREAS, a resolution by written settlement agreement has been reached by
15  and between Sinhdarella and Defendants as to the claims in the Complaint and First Amended
16  Complaint ("Settlement Agreement"), which Settlement Agreement provides that the parties
17  shall jointly submit a proposed permanent injunction to the Court ("Stipulated Permanent
18  Injunction") and that, provided certain requirements described in the Settlement Agreement are
19  satisfactorily met, this action shall be dismissed without prejudice by stipulation of the parties on
20  the terms described more fully in the Settlement Agreement;
21  NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties herein,
22  through their undersigned counsel of record, as follows:
23  1.  This action, including any and all claims asserted therein, is dismissed
24  without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;
25  2.  The parties request that the Court retain jurisdiction to the maximum
26  extent permitted by law to enforce the Stipulated Permanent Injunction, to enforce the parties'
27  Settlement Agreement, and to enter a Stipulated Judgment against Defendants in the event that
28  Sinhdarella is entitled to and elects to do so under the Settlement Agreement;

3. All parties shall bear their own attorneys' fees and costs in connection with this action, except as may be expressly provided in the Settlement Agreement.

IT IS SO STIPULATED AND AGREED.

DATED: March 28, 2008

LATHAM & WATKINS LLP

By: _____
Michael W. De Vries

Attorneys for Plaintiff Sinhdarella, Inc.

DATED: March 13, 2008

LAW OFF. OF CHRISTOPHER HAYS

By: _____
Christopher Hays

Attorneys for Defendants Kevin Vu and Cafe Bonita, Inc.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY

OC\940323.1

STIPULATION DISMISSING ACTION WITHOUT
PREJUDICE AND [PROPOSED] ORDER THEREON
2

3. All parties shall bear their own attorneys' fees and costs in connection with this action, except as may be expressly provided in the Settlement Agreement.

IT IS SO STIPULATED AND AGREED.

DATED: March 13, 2008

LATHAM & WATKINS LLP

By:_____
Michael W. De Vries

Attorneys for Plaintiff Sinhdarella, Inc.

DATED: March 13, 2008

LAW OFF. OF CHRISTOPHER HAYS

By:_____
Christopher Hays

Attorneys for Defendants Kevin Vu and Cafe Bonita, Inc.

**[PROPOSED] ORDER**

The Court has reviewed the Stipulation set forth above and incorporates it in this Order as if fully set forth therein. Accordingly, the Court ORDERS as follows:

1. This action, including any and all claims asserted therein, is dismissed <u>without</u> prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. The parties request that the Court retain jurisdiction to the maximum extent permitted by law to enforce the Stipulated Permanent Injunction, to enforce the parties' Settlement Agreement, and to enter a Stipulated Judgment against Defendants in the event that Sinhdarella is entitled to and elects to do so under the Settlement Agreement;

3. All parties shall bear their own attorneys' fees and costs in connection with this action, except as may be expressly provided in the Settlement Agreement.

IT IS SO ORDERED.

Dated: _____

_____
Hon. William H. Alsup
United States District Judge