IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN VU, an individual, d/b/a THE BOILING CRAB; and DOES 1 through 10<br><br>    Defendants. | No. C 07-04353 WHA<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AND PERMANENT INJUNCTION SUBJECT TO STATED CONDITION** |

The stipulation to dismiss this action without prejudice and the stipulation for a permanent injunction are hereby **APPROVED**, except the Court will only retain jurisdiction to enforce the stipulated permanent injunction, the settlement agreement, and the stipulated judgment for one year.

**IT IS SO ORDERED.**

Dated: March 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE