1  Kevin Vu
   Vu2345678@yahoo.com
2  1036 Summermist ct.
3  San Jose, CA. 95122
   Telephone: (408) 772-1242
4

5  Michael W. De Vries (SBN 211001)
     mike.devries@lw.com
6  Andrew Fossum (SBN 250373)
7    andrew.fossum@lw.com
   650 Town Center Drive, 20th Floor
8  Costa Mesa, California 92626
   Telephone: (714) 540-1235
9  Facsimile: (714) 755-8290

10

**FILED**

MAR 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13

14  SINHDARELLA, INC., a California        CASE NO. C 07 04353 WHA
15  corporation,
                                            Honorable William H. Alsup
16              Plaintiff,
                                            **Request for Kevin Vu to represent for both**
17       v.                                 **individual and Café Bonita inc.**

18  KEVIN VU, an individual, d/b/a/ THE
    BOILING CRAB; CAFE BONITA, INC.,
19  a California corporation; and DOES 2
20  through 10,

21              Defendants.

1         My name is Kevin Vu. I am the defendant in this case. I have signed the
2 settlement agreement for payment of $320,000 already. But I was signing under pressured. I
3 would like to take this case to trial but I can not afford the money for the attorney, because my
4 lawyer said it will cost me another $200,000 to take it to trial. I am asking if Judge Alsup would
5 let me represent for both myself and Café Bonita Inc. I know by law a corporation must be
6 represented by an attorney. But since I am the only share holder of my corporation, and I hold
7 all the legal and financial responsibility of the Café Bonita Inc. So can I represent for both?

8

9         If I can not represent for the Café Bonita Inc., I understand that the corporation
10 will go into default. But if I go to trial and win the case as an individual, will the judgement pass
11 on to the corporation too?

12

13         The reason I think I can win this case is because many facts which were presented
14 to you at the hearing were wrong. Therefore I would like to prove it to you and to the jury at the
15 trial. But I don't have the money to hire an attorney to present my case. So would you sir
16 consider my request.

17

18

19 DATED: March 28, 2008

20                                                 By: _____
21                                                     Kevin Vu
22                                 Defendant Kevin Vu and Cafe Bonita, Inc.

23

24

25

26

27

28