**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN VU, an individual, d/b/a THE BOILING CRAB, CAFÉ BONITA, INC., a California Corporation; and DOES 2 through 10<br><br>    Defendants. | No. C 07-04353 WHA<br><br>**ORDER RE DEFENDANT KEVIN VU'S LETTER** |

The Court received defendant Kevin Vu's letter after the stipulation of dismissal and judgement was filed by the Court. Based on the signature of the authorized counsel of record in this case, the stipulation of dismissal ended this case. If Mr. Vu is unhappy with his counsel or the stipulation of judgment, he will have to move within the proper time limits to set aside the judgment under Rule 60(b).

A corporation cannot be represented by anyone except a lawyer. Mr. Vu cannot represent the corporation, but he can represent himself and nobody else. The Court plans to do nothing on the letter beyond advising the parties of it and advising of the necessity of the rules.

**IT IS SO ORDERED.**

Dated: April 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE