1  Kevin Vu
2  Vu2345678@ yahoo.com
   1036 Summermist ct.
3  San Jose, CA. 95122
   Telephone: (408)772-1242
4

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  SINHDARELLA, INC., a California          CASE NO. C 07 04353 WHA
    corporation,
14                                           Honorable William H. Alsup
                    Plaintiff,
15                                           **Request for result of no lawyer represent for
                                             corporation, CAFÉ BONITA INC.**
16         v.

17  KEVIN VU, an individual, d/b/a/ THE
    BOILING CRAB; CAFE BONITA, INC.,
18  a California corporation; and DOES 2
    through 10,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

N/C

1          Dear Judge Alsup,

2                Mr Hays is not my counsel anymore, and I am planning to represent myself to go

3     to trial.  Please be patient with me because law is not my expertise, and please respond to me

4     either by mail, phone, or email.

5                I understand that corporation must have a lawyer.  I have a few questions need to

6     be answered before I can pursue the litigation.

7                Q1- If the corporation doesn't have a lawyer,  does that mean the corporation will

8     going into default and lose automatically, even if I win the case as an individual?

9                Q2-  If the corporation going into default and lose, is that mean the defendant are

10    in title to all financial damages, even if I win the case as an individual?

11

12    DATED: April _2_, 2008

13

14                                          By: _____
                                                  Kevin Vu
15
                                          Defendant for Kevin Vu.
16

17

18

19

20

21

22

23

24

25

26

27

28



SAN JOSE CA 951

03 APR 2008 PM 2 L

KEVIN V
10363 IMMERMDI CT
SAN JOSE, CA. 95122

NORTHERN CAL DISTRICT COURT
150 GOLDEN GATE AVE
SAN FRANCISCO CA. 94102

ATTN: JUDGE ALSUP

94102+73661  C004