IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEVIN VU, an individual, d/b/a THE BOILING CRAB, CAFÉ BONITA, INC., a California Corporation; and DOES 2 through 10<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 07-04353 WHA<br><br>**ORDER RE FURTHER LETTER FROM DEFENDANT KEVIN VU** |

　　　The Court has received a second letter from Defendant Kevin Vu. Again, Mr. Vu must understand that an injunction and judgment have been entered in this case, which he must fully comply with. If Mr. Vu wishes to bring a motion, he must do so under the proper rules and in a timely matter. Mr. Vu should not send any more letters to the Court. As the case now stands, his only conceivable relief would be to file a motion to set aside the stipulated judgment. If such a motion is filed, it might be denied depending on the merits. A copy of this order will be sent to Attorney Christopher Hays. Attorney Hays should contact his client and get control of him.

　　**IT IS SO ORDERED.**

Dated: April 8, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE