1  CHRISTOPHER HAYS, State Bar No. 59480
   Law Offices of Christopher Hays
2  One Embarcadero Center, Suite 500
   San Francisco, California 94111
3  Telephone: (415) 398-0848
   Facsimile: (415) 931-0444
4  Email: <hays-sf@pacbell.net>

5  Attorneys for Defendants
   KEVIN VU and CAFE BONITA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINHDARELLA, INC. | No. C 07 04353 WHA |
| vs. | NOTICE OF NON-REPRESENTATION |
| KEVIN VU, etc., et al., | |
| Defendants. | |

The Court's Order Approving Stipulation to Dismiss Action Without Prejudice having been filed herein on 28 March 2008, the services of the undersigned have concluded and been terminated, and the undersigned no longer represents Defendants KEVIN VU and CAFE BONITA, INC.

Dated: 9 April 2008.

Law Offices of Christopher Hays

By /s/ Christopher Hays
Christopher Hays
Former Attorneys for Defendants
Kevin Vu and Cafe Bonita, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed by Law Offices Of Christopher Hays in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Embarcadero Center, Suite 500, San Francisco, California 94111.

On 9 April 2008 I served the foregoing document(s) described as MEDIATION BRIEF on the interested parties in this action as stated on the attached service list as follows:

**X** By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list
  ☐ BY PERSONAL SERVICE
    I delivered such envelope(s) by hand to the offices of the addressee(s).
  **X** BY MAIL
    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  ☐ BY OVERNIGHT MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing via _____. Under that practice such envelope(s) would be deposited at an authorized _____ location on that same day with delivery fees fully provided for at San Francisco, California, in the ordinary course of business.
**X** BY E-MAIL:
    On 9 April 2008, at approximately 11:45 am, I served the above stated document by e-mail directed to the parties as indicated of the attached service list.

Executed on 9 April 2008 at San Francisco, California.

**X** (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
Christopher Hays

1  ATTACHED SERVICE LIST

2  Michael W. DeVries, Esq.
   Andrew J. Fossum, Esq.
3  Latham & Watkins
   650 Town Center Drive, 20th Floor
4  Costa Mesa, California 92626

5  <mike.devries@lw.com>
   <Andrew.Fossum@lw.com>
6
   Quoc-Huy Doan Do, Esq.
7  DLC Law Group
   222 Kearny St 7th Fl
8  San Francisco, California 94108

9  <huy.do@dlc-law.com>

10 Kevin Vu
   Cafe Bonita, Inc.
11 SJ Crawfish
   393 North Capitol Avenue
12 San Jose, California 95133

13 <vu2345678@yahoo.com>

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28